**Fill in this information to identify the case:**

United States Bankruptcy Court for the:

_____ District of  Colorado
                                (State)

Case number (*If known*): _____  Chapter  11

☐ Check if this is an amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy   04/19

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| 1. | **Debtor's name** | PetroShare Corp. |
| 2. | **All other names debtor used in the last 8 years** <br> Include any assumed names, trade names, and *doing business as* names | |
| 3. | **Debtor's federal Employer Identification Number** (EIN) | 4 6 – 1 4 5 4 5 2 3 |

4. **Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| 9635           Maroon Circle <br> Number          Street <br> Suite 400 <br> Englewood           CO    80112 <br> City                State   ZIP Code <br><br> Arapahoe <br> County | _____ <br> Number       Street <br> _____ <br> P.O. Box <br> _____ <br> City         State    ZIP Code <br><br> **Location of principal assets, if different from principal place of business** <br> _____ <br> Number       Street <br> _____ <br> _____ <br> City         State    ZIP Code |

5. **Debtor's website** (URL)    www.petrosharecorp.com

6. **Type of debtor**
   ☒ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))
   ☐ Partnership (excluding LLP)
   ☐ Other. Specify: _____

---

Official Form 201             Voluntary Petition for Non-Individuals Filing for Bankruptcy             page 1

Debtor __PetroShare Corp._____   Case number (if known)_____
           Name

7. **Describe debtor's business**

   A. *Check one:*

   ☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
   ☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
   ☐ Railroad (as defined in 11 U.S.C. § 101(44))
   ☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
   ☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
   ☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
   ■ None of the above

   B. *Check all that apply:*

   ☐ Tax-exempt entity (as described in 26 U.S.C. § 501)
   ☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)
   ☐ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))

   C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes .

   _2_ _1_ _1_ _1_

8. **Under which chapter of the Bankruptcy Code is the debtor filing?**

   *Check one:*

   ☐ Chapter 7
   ☐ Chapter 9
   ■ Chapter 11. *Check all that apply*:

   ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,725,625 (amount subject to adjustment on 4/01/22 and every 3 years after that).

   ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

   ☐ A plan is being filed with this petition.

   ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

   ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

   ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

   ☐ Chapter 12

9. **Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

   If more than 2 cases, attach a separate list.

   ■ No
   ☐ Yes.  District _____  When _____  Case number _____
                                          MM / DD / YYYY
              District _____  When _____  Case number _____
                                          MM / DD / YYYY

10. **Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

    List all cases. If more than 1, attach a separate list.

    ☐ No
    ■ Yes.  Debtor  __CFW Resources LLC_____  Relationship  __Subsidiary_____
             District __Colorado_____  When  __09/04/2019__
                                                          MM / DD / YYYY
             Case number, if known  _____

Official Form 201                       Voluntary Petition for Non-Individuals Filing for Bankruptcy                       page **2**

| Debtor | PetroShare Corp. | Case number *(if known)* _____ |
|---|---|---|
|  | Name |  |

**11. Why is the case filed in *this district*?**

Check all that apply:

☑ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☑ No
☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
  What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
  Number   Street

_____

_____ _____ _____
City                                  State   ZIP Code

**Is the property insured?**

☐ No
☐ Yes. Insurance agency _____

  Contact name _____

  Phone _____

---

### Statistical and administrative information

**13. Debtor's estimation of available funds**

Check one:

☑ Funds will be available for distribution to unsecured creditors.
☐ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors.

**14. Estimated number of creditors**

☐ 1-49                ☐ 1,000-5,000         ☐ 25,001-50,000
☐ 50-99               ☐ 5,001-10,000        ☐ 50,001-100,000
☑ 100-199             ☐ 10,001-25,000       ☐ More than 100,000
☐ 200-999

**15. Estimated assets**

☐ $0-$50,000              ☐ $1,000,001-$10 million       ☐ $500,000,001-$1 billion
☐ $50,001-$100,000        ☑ $10,000,001-$50 million      ☐ $1,000,000,001-$10 billion
☐ $100,001-$500,000       ☐ $50,000,001-$100 million     ☐ $10,000,000,001-$50 billion
☐ $500,001-$1 million     ☐ $100,000,001-$500 million    ☐ More than $50 billion

---

Debtor __PetroShare Corp._____  Case number (if known)_____
       Name

**16. Estimated liabilities**

- ☐ $0-$50,000
- ☐ $50,001-$100,000
- ☐ $100,001-$500,000
- ☐ $500,001-$1 million
- ☐ $1,000,001-$10 million
- ■ $10,000,001-$50 million
- ☐ $50,000,001-$100 million
- ☐ $100,000,001-$500 million
- ☐ $500,000,001-$1 billion
- ☐ $1,000,000,001-$10 billion
- ☐ $10,000,000,001-$50 billion
- ☐ More than $50 billion

### Request for Relief, Declaration, and Signatures

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

- ■ The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.
- ■ I have been authorized to file this petition on behalf of the debtor.
- ■ I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  09/ 04/ 2019
            MM / DD / YYYY

✗ /s/ Frederick J. Witsell                    Frederick J. Witsell
Signature of authorized representative of debtor       Printed name

Title  President

**18. Signature of attorney**

✗ /s/ Trey A. Monsour                    Date  09/ 04/2019
Signature of attorney for debtor                 MM / DD / YYYY

Trey A. Monsour
Printed name

Polsinelli PC
Firm name

1000  Louisiana Street, Suite 6400
Number  Street

Houston                        TX        77002
City                          State     ZIP Code

(713) 374-1643                 tmonsour@polsinelli.com
Contact phone                  Email address

14277200                       Texas
Bar number                     State

Official Form 201  Voluntary Petition for Non-Individuals Filing for Bankruptcy  page 4

Official Form 201A (12/15)

*[If debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11 of the Bankruptcy Code, this Exhibit A shall be completed and attached to the petition.]*

# UNITED STATES BANKRUPTCY COURT
## District of Colorado

In re: PetroShare Corp.,　　　　　　　　　　Case No. _____
　　　　　　　Debtor(s)　　　　　　　　　　　Chapter　11

## Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11

1. If any of the debtor's securities are registered under Section 12 of the Securities Exchange Act of 1934, the SEC file number is   001-37943  .

2. The following financial data is the latest available information and refers to the debtor's condition on  06-30-2019  .

   a. Total assets　　　　　　　　　　　　　　　　　　$ 36,927,856.00

   b. Total debts (including debts listed in 2.c., below)　$ 45,100,988.00

   c. Debt securities held by more than 500 holders

   Approximate number of holders:

   | | | | | | |
   |---|---|---|---|---|---|
   | secured ☐ | unsecured ☐ | subordinated ☐ | $ _____ | _____ |
   | secured ☐ | unsecured ☐ | subordinated ☐ | $ _____ | _____ |
   | secured ☐ | unsecured ☐ | subordinated ☐ | $ _____ | _____ |
   | secured ☐ | unsecured ☐ | subordinated ☐ | $ _____ | _____ |
   | secured ☐ | unsecured ☐ | subordinated ☐ | $ _____ | _____ |

   d. Number of shares of preferred stock　　　　　　　None
   e. Number of shares of common stock　　　　　　　28,037,808

   Comments, if any:  Asset and Liability information provided is based on SEC Form 10Q for the quarter ended June 30, 2019 (unaudited).  Common Stock information provided is as of the Petition Date.

3. Brief description of debtor's business:  Debtor investigates, acquires and develops crude oil and natural gas properties in the Rocky Mountain or mid-continent portion of the United States, specifically focused in the Denver-Julesburg Basin in northeast Colorado.

4. List the names of any person who directly or indirectly owns, controls, or holds, with power to vote, 5% or more of the voting securities of debtor:
   Providence Energy Operators, LLC is the beneficial owner of approximately 11.6% of outstanding common stock.  Cede&Co, Frederick J. Witsell, Steve Foley and Bill M. Conrad each hold 5% or more of the common stock of the Debtor.

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF COLORADO

|  |  |
|---|---|
| In re:<br><br>PETROSHARE CORP.,<br>EIN: 46-1454523<br>　　　　　　　　Debtor. | ）<br>）  Chapter 11<br>）<br>）  Case No. 19-_____(___)<br>）<br>）<br>） |

## VERIFICATION OF CREDITOR MATRIX

The above captioned debtor and debtor in possession hereby verifies that the attached list of creditors is true and correct to the best of its knowledge.

Dated: September 4, 2019

PETROSHARE CORP.

*/s/   Frederick J. Witsell*
By: Frederick J. Witsell, President

Respectfully submitted,

**POLSINELLI PC**

*/s/   Trey Monsour*
Trey Monsour (Texas Bar No. 14277200)
1000 Louisiana Street, Suite 6400
Houston, TX 77002
Telephone: (713) 374-1643
tmonsour@polsinelli.com

-and-

William Meyer (Colorado Bar No. 34012)
1401 Lawrence Street, Suite 2300
Denver, Colorado 80202
Telephone: (303) 572-9300
wmeyer@polsinelli.com

-and-

James E. Bird (Missouri Bar No. 28833)

70289156.1

900 W. 48th Place, Suite 900
Kansas City, MO 64112
Telephone: (816) 360-4343
jbird@polsinelli.com

-and-

Caryn E. Wang (Georgia Bar No. 542093)
1201 West Peachtree Street NW, Suite 1100
Atlanta, Georgia 30309
Telephone: (4040) 253-6016
cewang@polsinelli.com

*Proposed Counsel to the Debtors and
Debtors in Possession*

2