**Fill in this information to identify the case:**

Debtor name PetroShare Corp.

United States Bankruptcy Court for the: _____ District of Colorado
(State)

Case number (If known): 19-17633

☐ Check if this is an amended filing

## Official Form 204

# Chapter 11 or Chapter 9 Cases: Consolidated List of Creditors Who Have the 30 Largest Unsecured Claims and Are Not Insiders   12/15

A list of creditors holding the 30 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an *insider*, as defined in 11 U.S.C. § 101(31).  Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 30 largest unsecured claims.

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 1 | GARDNER LEWIS EVENT DRIVEN FUND LP 285 WILMINGTON-WEST CHESTER PIKE CHADDS FORD, PA 19317 | EMAIL: joseph.rava@gardnerlewis.com | ORIGINAL UNSECURED NOTEHOLDER | | | | $1,200,000.00 |
| 2 | WEATHERFORD ARTIFICIAL PO BOX 301003 DALLAS, TX 75303-1003 | PHONE: 307-462-2935 Kelly Emanuel- US Collections Mgr Kelly.Emanuel@weatherford.com | TRADE VENDOR | | | | $687,985.93 |
| 3 | WILLIAM D MORELAND 1655 E LAYTON DR ENGLEWOOD, CO 80113 | EMAIL: wmoreland@comcast.net | SERIES B UNSECURED NOTEHOLDER | | | | $600,000.00 |
| 4 | PINNACLE FAMILY OFFICE INVESTMENTS LP 5910 N CENTRAL EXPY STE1475 DALLAS, TX 75206 | EMAIL: bk@pinnaclefund.com | ORIGINAL UNSECURED NOTEHOLDER | | | | $500,000.00 |
| 5 | CLEM BORKOWSKI ASI CAPITAL 9475 BRIAR VILLAGE PT #220 COLORADO SPRINGS, CO 80920 | EMAIL: clem@asicapital.com | ORIGINAL & SERIES B UNSECURED NOTEHOLDER | | | | $400,000.00 |
| 6 | CARTEL DRILLING LLC P.O. BOX 3186 MILLS, WY 82644 | PHONE: 307-247-4552 Jamie McIntyre – Controller jamie@carteldrilling.com | TRADE VENDOR | | | | $358,635.76 |
| 7 | EXCELL SERVICES LLC 36629 US HIGHWAY 385 WRAY, CO 80758-9667 | PHONE: 970-332-3151 Peg Vlasin – Accounting Mgr pvlasin@excell-llc.com | TRADE VENDOR | | | | $348,936.60 |
| 8 | WAYNE L LAUFER REVOCABLE TRUST 1907 B YACHT HAVEN RD FRIDAY HARBOR, WA 98250 | EMAIL: wlaufer@lauferaa.com | SERIES B UNSECURED NOTEHOLDER | | | | $250,000.00 |

Debtor   PetroShare Corp. _____          Case number (if known) 19-17633
         Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 9  M & M EXCAVATION CO 25490 WCR 58 GREELEY, CO 80631 | PHONE: 970-352-5220 | TRADE VENDOR | | | | $246,115.00 |
| 10  DOWNHOLE TECHNOLOGY 12450 CUTTEN RD HOUSTON, TX 77066 | PHONE: 281-820-2545 Jeff Brown V.P. Finance | TRADE VENDOR | | | | $214,608.24 |
| 11  JEFF WIEPKING 96 GLENMOOR LN ENGLEWOOD, CO 80113 | EMAIL: jwiepking@msn.com | SERIES B UNSECURED NOTEHOLDER | | | | $200,000.00 |
| 12  PETROLEUM EXPLORATION & MANAGEMENT LLC 20203 HIGHWAY 60 PLATTEVILLE, CO 80651 | EMAIL: wescaff@aol.com | SERIES B UNSECURED NOTEHOLDER | | | | $200,000.00 |
| 13  ULTIMATE INVESTMENTS CORP INC 1198 FINN AVE LONE TREE, CO 80124 | EMAIL: lance@ballerusa.com | SERIES B UNSECURED NOTEHOLDER | | | | $200,000.00 |
| 14  BART MACGILLIVRAY ATTN: ERIC DUNCAN DENVER, CO 80218 | ERIC DUNCAN EMAIL: pinegardens@live.com | ORIGINAL UNSECURED NOTEHOLDER | | | | $150,000.00 |
| 15  JOHN D GIBBS 16 E ST SW ARDMORE, OK 73401 | EMAIL: johndgibbs@sbcglobal.com | ORIGINAL UNSECURED NOTEHOLDER | | | | $150,000.00 |
| 16  MICHAEL S BARISH IRA ROLLOVER 200 COLUMBINE ST #800 DENVER, CO 80206 | EMAIL: mbarish@cambiar.com | SERIES B UNSECURED NOTEHOLDER | | | | $125,000.00 |
| 17  ELEMENT SERVICES LLC 20207 LEOLA WAY EATON, CO 80615 | PHONE: 719-688-8114 EMAIL: billing@elementssvc.com | TRADE VENDOR | | | | $116,227.28 |
| 18  BETH ANN REID LIVING TRUST 211 HARBOUR DR NAPLES, FL 34103 | EMAIL: bethr80206@aol.com | SERIES B UNSECURED NOTEHOLDER | | | | $100,000.00 |
| 19  DAVID KERR 25510 MC DONALD RD SPRING, TX 77380 | EMAIL: dave@kerrconsulting.com | SERIES B UNSECURED NOTEHOLDER | | | | $100,000.00 |
| 20  DAVID MORGAN PO BOX 664 LIBERTY LAKE, WA 99019 | EMAIL: ssdmorgan@gmail.com | SERIES B UNSECURED NOTEHOLDER | | | | $100,000.00 |

| Debtor | PetroShare Corp. | Case number (if known) 19-17633 |
|---|---|---|

| Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim. If the claim is fully unsecured, fill in only unsecured claim amount. If the claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 21 JON B KRULJAC 9635 MAROON CIRCLE, #400 ENGLEWOOD, CO 80112 | EMAIL: jkruljac@petrosharecorp.com | SERIES B UNSECURED NOTEHOLDER | | | | $100,000.00 |
| 22 JAMES CURTIS PATTON III 4000 BIENVILLE ST STE D NEW ORLEANS, LA 70119 | EMAIL: jcurtpatton@gmail.com | ORIGINAL UNSECURED NOTEHOLDER | | | | $100,000.00 |
| 23 JEFFREY P AMEN 5400 AUTUMN DR GREENWOOD VILLAGE, CO 80111 | EMAIL: jamen@atbsshow.com | ORIGINAL UNSECURED NOTEHOLDER | | | | $100,000.00 |
| 24 STEPHEN MCCONAHEY 1050 GREEN OAKS DR GREENWOOD VILLAGE, CO 80121 | EMAIL: sgmcconahey@gmail.com | ORIGINAL UNSECURED NOTEHOLDER | | | | $100,000.00 |
| 25 ALBERT S. FOLEY 310 GREEN OAK DR ROSWELL, GA 30075 | EMAIL: vrod2003@gmail.com | SERIES B UNSECURED NOTEHOLDER | | | | $75,000.00 |
| 26 DAVID MORGAN P. BOX 664 LIBERTY LAKE, WA 99019 | EMAIL: ssdmorgan@gmail.com | SERIES A UNSECURED NOTEHOLDER | | | | $75,000.00 |
| 27 LAURENCE CHANG 737 DETROIT ST DENVER, CO 80206 | EMAIL: laurence.chang@comcast.net | SERIES B UNSECURED NOTEHOLDER | | | | $75,000.00 |
| 28 RANDY AND MARGERET SCHOLL 12254 WOODMONT DR COLORADO SPRINGS, CO 80921 | EMAIL: rscholl@q.com | SERIES B UNSECURED NOTEHOLDER | | | | $75,000.00 |
| 29 VAN WAGNER FAMILY PARTNERSHIP 9405 KILMER WAY ARVEDA, CO 80007 | EMAIL: rkvw@yahoo.com | SERIES A UNSECURED NOTEHOLDER | | | | $65,000.00 |
| 30 ORVAL LEE SEAMAN JR. & YVONNE DEE SEAMAN 945 GRALAND LN HIGHLANDS RANCH, CO 80126 | EMAIL: leemanseaman1492@gmail.com | SERIES B UNSECURED NOTEHOLDER | | | | $60,000.00 |

**Fill in this information to identify the case and this filing:**

Debtor Name __PetroShare Corp._____

United States Bankruptcy Court for the: _____ District of __Colorado___
                                                                                    (State)

Case number (*If known*): __19-17633_____

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors                12/15

**An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  Bankruptcy Rules 1008 and 9011.**

**WARNING -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.**

## Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☐ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)

☐ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

☐ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

☐ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)

☐ *Schedule H: Codebtors* (Official Form 206H)

☐ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)

☐ Amended *Schedule ____*

☑ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)

☐ Other document that requires a declaration_____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   __09/04/2019___               ✖ __/s/ Frederick J. Witsell_____
              MM / DD / YYYY                   Signature of individual signing on behalf of debtor


                                               __Frederick J. Witsell_____
                                               Printed name

                                               __President_____
                                               Position or relationship to debtor