UNITED STATES BANKRUPTCY COURT
District of Colorado

In re PetroShare Corp.
Debtor(s)

Case No. 19-17633
Chapter 11

# LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with Rule 1007(a)(3)

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| A M GAS MARKETING CORP | Common Stock | 100,000 | Equity Interest |
| AL FOLEY | Common Stock | 93,574 | Equity Interest |
| ALAN BUDD ZUCKERMAN | Common Stock | 47,416 | Equity Interest |
| ALISON J WEST | Common Stock | 40,000 | Equity Interest |
| ANDREW P CALERICH | Common Stock | 93,574 | Equity Interest |
| ANITA MARSHALL | Common Stock | 10,000 | Equity Interest |
| ANTON WETHERBEE | Common Stock | 10,000 | Equity Interest |
| ASI CAPITAL INCOME FUND LLC | Common Stock | 93,574 | Equity Interest |
| ASI CAPITAL LLC | Common Stock | 66,812 | Equity Interest |
| AVERY ELLIS LLC | Common Stock | 200,000 | Equity Interest |
| BATTLE MOUNTAIN INVESTMENTS LLC | Common Stock | 35,000 | Equity Interest |
| BBAM COLORADO LP MERILEE BAIRD GEN PTR | Common Stock | 150,000 | Equity Interest |
| BBAM VIRGINIA LP | Common Stock | 150,000 | Equity Interest |
| BCS CAPITAL LLC | Common Stock | 9,357 | Equity Interest |
| BETH ANN REID LIVING TRUST | Common Stock | 181,818 | Equity Interest |
| BILL M CONRAD | Common Stock | 793,574 | Equity Interest |
| BILL M CONRAD | Common Stock | 800,000 | Equity Interest |
| BRIAN MCMAHON | Common Stock | 46,787 | Equity Interest |
| CAROL A FOLEY | Common Stock | 10,000 | Equity Interest |
| CEDE & CO | Common Stock | 12,511,243 | Equity Interest |
| CFI FUND LLC | Common Stock | 50,000 | Equity Interest |
| CHELSEA WALLACE | Common Stock | 14,000 | Equity Interest |
| CHRISTOPHER LISSY | Common Stock | 2,500 | Equity Interest |
| CHRISTOPHER N DILAPO | Common Stock | 35,000 | Equity Interest |
| CHRISTOPHER PUSEY | Common Stock | 46,787 | Equity Interest |
| CLAUDE BERRECKMAN | Common Stock | 18,182 | Equity Interest |
| CRAIG KHOLOS | Common Stock | 5,000 | Equity Interest |
| CULLEN M SCHAAR | Common Stock | 25,000 | Equity Interest |
| CYNTHIA G JONES | Common Stock | 100,000 | Equity Interest |
| DAREK BARNES &;ANNA BARNES JTTEN | Common Stock | 25,000 | Equity Interest |
| DAVE PRESTON | Common Stock | 10,000 | Equity Interest |
| DAVID A PATTERSON | Common Stock | 10,000 | Equity Interest |
| DAVID A WELTON &;STEPHANIE K WELTON JT TEN | Common Stock | 46,787 | Equity Interest |
| DAVID EARL MAYNARD | Common Stock | 50,000 | Equity Interest |
| DAVID FOLEY &;TIFFANY FOLEY JTTEN | Common Stock | 150,000 | Equity Interest |

In re PetroShare Corp.                                      Case No. 19-17633
                    Debtor(s)

# LIST OF EQUITY SECURITY HOLDERS
### (Continuation Sheet)

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| DAVID KENNEDY | Common Stock | 5,000 | Equity Interest |
| DAVID KERR | Common Stock | 93,574 | Equity Interest |
| DAVID WILDER | Common Stock | 50,000 | Equity Interest |
| DAVID WITSELL (#131) | Common Stock | 160,000 | Equity Interest |
| DAVID WITSELL (#56) | Common Stock | 17,000 | Equity Interest |
| DAWN LISSY | Common Stock | 2,500 | Equity Interest |
| DENNIS ARENDS | Common Stock | 122,000 | Equity Interest |
| DENNIS P NIKITOW | Common Stock | 5,000 | Equity Interest |
| DEVIN L BROWN | Common Stock | 35,089 | Equity Interest |
| DEWEY L WILLIAMS | Common Stock | 50,000 | Equity Interest |
| DEWEY L WILLIAMS PROFIT SHARING PLAN &;TRUST | Common Stock | 50,000 | Equity Interest |
| DEWEY L WILLIAMS PSP & TRUST | Common Stock | 60,000 | Equity Interest |
| DOUGLAS R HARRIS | Common Stock | 25,000 | Equity Interest |
| DOUGLAS R HARRIS & KERRY HARRIS JTTEN | Common Stock | 93,574 | Equity Interest |
| EDGAR ARTHUR BROWN | Common Stock | 200,000 | Equity Interest |
| FRANK L JENNINGS | Common Stock | 67,823 | Equity Interest |
| FREDERICK J WITSELL | Common Stock | 2,781,818 | Equity Interest |
| FREDO P KILLING | Common Stock | 146,787 | Equity Interest |
| GARY C HUBER | Common Stock | 196,787 | Equity Interest |
| GARY E MINTZ | Common Stock | 11,697 | Equity Interest |
| GREENWOOD ENERGY LLC | Common Stock | 84,269 | Equity Interest |
| GREGORY A PATTERSON &;JULIA K PATTERSON JTTEN | Common Stock | 45,455 | Equity Interest |
| HUGH JESSIMAN | Common Stock | 10,000 | Equity Interest |
| IAN P HARDEN & KIMBERLY S HARDEN JTTEN | Common Stock | 25,000 | Equity Interest |
| JAMES BISPING | Common Stock | 23,160 | Equity Interest |
| JAMES GREENWELL | Common Stock | 23,394 | Equity Interest |
| JAMES H SINCLAIR | Common Stock | 118,574 | Equity Interest |
| JANELLE L HENDERSON &;STEPHEN C PALMER JTWROS | Common Stock | 50,000 | Equity Interest |
| JASON DAVID REID | Common Stock | 17,250 | Equity Interest |
| JAY BADRY | Common Stock | 5,000 | Equity Interest |
| JEANNE DAVID | Common Stock | 10,000 | Equity Interest |
| JESSE SPEICHER | Common Stock | 9,406 | Equity Interest |
| JIM DANDY INVESTMENT CO LLC | Common Stock | 45,455 | Equity Interest |
| JOE GLASSER | Common Stock | 5,000 | Equity Interest |
| JOE P GALLEGOS &;MARIANNE GALLEGOS JTTEN | Common Stock | 20,000 | Equity Interest |
| JOHN CARPENTER | Common Stock | 22,500 | Equity Interest |
| JOHN M ALLEN | Common Stock | 25,000 | Equity Interest |

In re  PetroShare Corp.                      Case No. 19-17633

Debtor(s)

## LIST OF EQUITY SECURITY HOLDERS
### (Continuation Sheet)

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| JOHN WILSON | Common Stock | 10,000 | Equity Interest |
| JON B KRULJAC | Common Stock | 168,314 | Equity Interest |
| JONATHAN K DILAPO | Common Stock | 1,000 | Equity Interest |
| JOSEPH DRYSDALE | Common Stock | 25,000 | Equity Interest |
| JOSEPH KIMMEL | Common Stock | 10,000 | Equity Interest |
| JOSHUA MILLER | Common Stock | 8,300 | Equity Interest |
| JUDAH REGENSTREIF | Common Stock | 70,000 | Equity Interest |
| JULIA K PATERSON | Common Stock | 17,250 | Equity Interest |
| JUSTIN BORUS | Common Stock | 22,727 | Equity Interest |
| KBLM | Common Stock | 55,500 | Equity Interest |
| KELLEN F WITSELL | Common Stock | 25,000 | Equity Interest |
| KENNETH W SCHMIDT JR. | Common Stock | 46,787 | Equity Interest |
| KENT J LUND &;ELIZABETH A LUND JTWROS | Common Stock | 13,636 | Equity Interest |
| KERRY WILLINGHAM & DEBORAH WILLINGHAM;LIVING TRUST | Common Stock | 10,000 | Equity Interest |
| KEVIN BROWNE &;JESSICA BROWNE | Common Stock | 25,000 | Equity Interest |
| KEVIN HENNINGS | Common Stock | 50,000 | Equity Interest |
| KEYS OF THE KINGDOM | Common Stock | 15,000 | Equity Interest |
| KINGDOM BUILDING LEADERSHIP MINISTRIES | Common Stock | 50,000 | Equity Interest |
| KINGDOM BUILDING LEADERSHIP MINISTRIES | Common Stock | 411,700 | Equity Interest |
| KLAUS H WEISENBERG | Common Stock | 28,072 | Equity Interest |
| KYLE WORSHAM | Common Stock | 27,500 | Equity Interest |
| LIFETIME PARTNERS LLC | Common Stock | 50,000 | Equity Interest |
| LISSY CHILDREN'S TRUST;FBO RYAN LISSY UTD 1 5 09 | Common Stock | 2,500 | Equity Interest |
| LISSY CHILDREN'S TRUST;FBO TYLER MACKENZIE LISSY UTD 1 5 09 | Common Stock | 2,500 | Equity Interest |
| MARGARET M BATHGATE | Common Stock | 28,072 | Equity Interest |
| MARIO JOSEPH MAPELLI | Common Stock | 18,715 | Equity Interest |
| MEGHAN GRIMES | Common Stock | 12,031 | Equity Interest |
| MELISSA TEMPLE | Common Stock | 12,542 | Equity Interest |
| MICAH POISAL | Common Stock | 1,000 | Equity Interest |
| MICHAEL B OWENS | Common Stock | 45,455 | Equity Interest |
| MICHAEL S BARISH | Common Stock | 93,574 | Equity Interest |
| MILTON D MCKENZIE | Common Stock | 661,000 | Equity Interest |
| NANCY J FOLEY | Common Stock | 10,000 | Equity Interest |
| NFSC INC PSP | Common Stock | 20,000 | Equity Interest |
| ORVAL LEE SEAMAN JR &;YVONNE DEE SEAMAN JT TEN | Common Stock | 93,574 | Equity Interest |
| PAT HYLAND &;BERNIE HYLAND JTTEN | Common Stock | 10,000 | Equity Interest |
| PAUL D MANISCALCO | Common Stock | 53,801 | Equity Interest |

In re PetroShare Corp.  Case No. 19-17633
Debtor(s)

# LIST OF EQUITY SECURITY HOLDERS
## (Continuation Sheet)

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| PENSCO TRUST COMPANY CUST FBO;ROBERT T BULL IRA | Common Stock | 60,000 | Equity Interest |
| PENSCO TRUST COMPANY FBO;RICHARD MOREAN | Common Stock | 100,000 | Equity Interest |
| PETROLEUM EXPLORATION & MANAGEMENT LLC | Common Stock | 187,148 | Equity Interest |
| PROVIDENCE ENERGY OPERATORS LLC | Common Stock | 250,000 | Equity Interest |
| RANDY SCHOLL &;MARGARET E SCHOLL TEN COM | Common Stock | 136,364 | Equity Interest |
| RBC CAPITAL MARKETS LLC CUST FBO;NICHOLAS ARTHUR IRA | Common Stock | 46,787 | Equity Interest |
| RBC CAPITAL MARKETS LLC CUST FBO;NICHOLAS ARTHUR ROTH IRA | Common Stock | 46,787 | Equity Interest |
| RDA REALTY LLC | Common Stock | 23,394 | Equity Interest |
| REBECCA L BADRY &;JAY W BADRY JTTEN | Common Stock | 5,000 | Equity Interest |
| RICHARD M IRVINE | Common Stock | 46,787 | Equity Interest |
| ROBERT C LOMBARDI &;CYNDY L KRAFT JTTEN | Common Stock | 100,000 | Equity Interest |
| ROBERT M CHEVALIER &;ELIZABETH M CHEVALIER JTTEN | Common Stock | 9,000 | Equity Interest |
| ROBERT MCGANN | Common Stock | 23,394 | Equity Interest |
| ROBERT THEODORE BULL &;ANDREA COLETTE BULL JTTEN | Common Stock | 35,000 | Equity Interest |
| RODNEY D CERNY | Common Stock | 27,273 | Equity Interest |
| ROTEK FOUNDATION | Common Stock | 15,000 | Equity Interest |
| ROYALE INVESTMENTS LLC | Common Stock | 30,000 | Equity Interest |
| RUSS JONES | Common Stock | 100,000 | Equity Interest |
| RYAN CARLSON | Common Stock | 34,980 | Equity Interest |
| RYAN J WITSELL | Common Stock | 25,000 | Equity Interest |
| SAMI GARDNER | Common Stock | 9,406 | Equity Interest |
| SAMUEL W HUEBNER | Common Stock | 9,825 | Equity Interest |
| SCOTT C CHANDLER | Common Stock | 48,394 | Equity Interest |
| SHIRLEY H WITSELL | Common Stock | 50,000 | Equity Interest |
| STEPHEN J FOLEY | Common Stock | 93,574 | Equity Interest |
| STEPHEN PALMER | Common Stock | 50,000 | Equity Interest |
| STEVE BARRIOS | Common Stock | 110,000 | Equity Interest |
| STEVE FOLEY | Common Stock | 1,545,000 | Equity Interest |
| STEVEN K GARRISON | Common Stock | 35,000 | Equity Interest |
| TED BULL &;ANDREA BULL JTTEN | Common Stock | 30,000 | Equity Interest |
| THOMAS D WOLF | Common Stock | 11,790 | Equity Interest |
| THOMAS P BRENNAN | Common Stock | 20,000 | Equity Interest |
| THOMAS P BRENNAN LIVING TRUST | Common Stock | 46,787 | Equity Interest |
| THOMAS P BRENNAN TTEE THOMAS P BRENNAN;LIV TR U/A DTD 11/9/15 | Common Stock | 100,000 | Equity Interest |
| TODD RYAN BURMEISTER | Common Stock | 23,160 | Equity Interest |
| TRENT WIESEN &;NATALIE WIESEN JTTEN | Common Stock | 150,000 | Equity Interest |

In re  PetroShare Corp.                             Case No.  19-17633
                  Debtor(s)

## LIST OF EQUITY SECURITY HOLDERS
### (Continuation Sheet)

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| TY CHANTRY KLIKUS | Common Stock | 15,000 | Equity Interest |
| US BANK FBO MICHAEL S BARISH IRA;ROLLOVER | Common Stock | 233,935 | Equity Interest |
| VERNE P COLLIER | Common Stock | 250,000 | Equity Interest |
| VICKI EDWARDS BARONE | Common Stock | 18,715 | Equity Interest |
| VICTOR E LOITZ | Common Stock | 60,000 | Equity Interest |
| WAYNE L LAUFER REVOCABLE TRUST | Common Stock | 467,870 | Equity Interest |
| WILLIAM ASBURY | Common Stock | 10,000 | Equity Interest |
| WILLIAM B LLOYD | Common Stock | 145,000 | Equity Interest |
| WILLIAM B LLOYD &;JANNA B LLOYD JT TEN | Common Stock | 93,574 | Equity Interest |
| WILLIAM E SKEITH | Common Stock | 55,000 | Equity Interest |
| WILLIAM GLEN SMITH | Common Stock | 15,000 | Equity Interest |
| WILLIAM R GIVAN | Common Stock | 46,787 | Equity Interest |
| WILLIAM T AHLBORG JR LIVING TRUST;DTD 12 29 97 | Common Stock | 37,430 | Equity Interest |
| YVONNE STUMPFF | Common Stock | 5,000 | Equity Interest |

In re PetroShare Corp.                    Case No. 19-17633
         Debtor(s)

# LIST OF EQUITY SECURITY HOLDERS
### (Continuation Sheet)

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|

**DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP**

I, the President of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date:     September 4  , 2019           Signature /s/ Frederick J. Witsell
                                                     Frederick J. Witsell

Penalty for making a false statement of concealing property: Fine of up to $500,000 or imprisonment for up to 5 years or both.  11 U.S.C Sections 152 and 371