**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF COLORADO**

| | | |
|---|---|---|
| In re: | ) | |
| | ) | |
| PetroShare Corp. | ) | Case No. 19-17633-KHT |
| Tax ID / EIN: 46-1454523, | ) | Chapter 11 |
| | ) | |
| Debtor. | ) | |

**UNITED STATES TRUSTEE'S APPOINTMENT OF**
**OFFICIAL COMMITTEE OF UNSECURED CREDITORS**

The United States Trustee hereby appoints the following creditors to the Official Committee of Unsecured Creditors in the case of PetroShare Corp., Case No. 19-17633-KHT:

- Weatherford Artificial Lift Systems, LLC
  c/o: Timothy A. Million
  Husch Blackwell LLP
  600 Travis Street, Suite 2350
  Houston, TX 77002
  Tel: (713) 525-6221
  Email: tim.million@huschblackwell.com

- Excell Services LLC
  Attn: Andrew R. Weaver
  36629 US Hwy. 385
  Wray, CO 80758
  Tel: (970) 332-3151
  Email: aweaver@excell-llc.com

- ASI Capital Income Fund, LLC
  Attn: Brian Cross
  9475 Briar Village Point #220
  Colorado Springs, CO 80920
  Tel: (719) 225-4003
  Email: brian@theconvergence.group

Dated: September 11, 2019

Respectfully submitted,

PATRICK S. LAYNG
UNITED STATES TRUSTEE

/s/ Alan K. Motes
By: Alan K. Motes, #33997
Trial Attorney for the U.S. Trustee
1961 Stout Street, Suite 12-200
Denver, Colorado 80294
(303) 312-7999 telephone
(303) 312-7259 facsimile
Alan.Motes@usdoj.gov