**Fill in this information to identify the case:**

Debtor name ___PetroShare Corp._____

United States Bankruptcy Court for the:_____ District of ___Colorado___
(State)

Case number (If known): _____19-17633_____

☐ Check if this is an amended filing

## Official Form 206Sum

## Summary of Assets and Liabilities for Non-Individuals                                                12/15

---

### Part 1:   Summary of Assets

1. **Schedule A/B: Assets–Real and Personal Property** (Official Form 206A/B)

   1a. **Real property:**
   Copy line 88 from *Schedule A/B*................................................................

   $ 48,076,092.81*
   Plus Unknown

   1b. **Total personal property:**
   Copy line 91A from *Schedule A/B*...........................................................

   $ 10,334,941.46
   Plus Unknown

   1c. **Total of all property:**
   Copy line 92 from *Schedule A/B*.............................................................

   $ 58,411,034.27
   Plus Unknown

   *Value based on NPV10%@$55.00 per barrel.

---

### Part 2:   Summary of Liabilities

2. **Schedule D: Creditors Who Have Claims Secured by Property** (Official Form 206D)
   Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*...........................................

   $ 24,265,893.67
   Plus Unknown

3. **Schedule E/F: Creditors Who Have Unsecured Claims** (Official Form 206E/F)

   3a. **Total claim amounts of priority unsecured claims:**
   Copy the total claims from Part 1 from line 5a of *Schedule E/F* ...................................................

   $ 166,676.29
   Plus Unknown

   3b. **Total amount of claims of nonpriority amount of unsecured claims:**
   Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F* ....................

   + $ 14,340,583.34
   Plus Unknown

4. **Total liabilities**.....................................................................................................................
   Lines 2 + 3a + 3b

   $ 38,773,153.30
   Plus Unknown

**Fill in this information to identify the case:**

Debtor name ___PetroShare Corp.___

United States Bankruptcy Court for the:_____ District of ___Colorado___
(State)

Case number (If known): ___19-17633___

☐ Check if this is an amended filing

Official Form 206A/B

# Schedule A/B: Assets — Real and Personal Property    12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

## Part 1:    Cash and cash equivalents

1. **Does the debtor have any cash or cash equivalents?**

   ☐ No. Go to Part 2.
   ☑ Yes. Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | Current value of debtor's interest |
|---|---|

2. **Cash on hand**  $_____0.00

3. **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

   | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
   |---|---|---|---|
   | 3.1. __See Attached Rider__ | _____ | ____ ____ ____ ____ | $_____4,590,644.00 |
   | 3.2. _____ | _____ | ____ ____ ____ ____ | $_____ |

4. **Other cash equivalents** *(Identify all)*

   4.1. _____  $_____0.00
   4.2. _____  $_____

5. **Total of Part 1**

   Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.    $_____4,590,644.00

## Part 2:    Deposits and prepayments

6. **Does the debtor have any deposits or prepayments?**

   ☐ No. Go to Part 3.
   ☑ Yes. Fill in the information below.

| | Current value of debtor's interest |
|---|---|

7. **Deposits, including security deposits and utility deposits**

   Description, including name of holder of deposit
   7.1. See Attached Rider _____  $_____357,070.67
   7.2. _____  $_____

**PetroShare Corp.**                                                    **Case Number: 19-17633**

| Part 1: | **Schedule A/B:  Assets - Real and Personal Property** |
|---|---|

Cash and cash equivalents

3. Checking, savings, money market, or financial brokerage accounts

| | Name of Institution (bank or brokerage firm) | Type of Account | Last 4 digits of account number | Current value of debtor's interest |
|---|---|---|---|---|
| 3.1 | Wells Fargo Bank, NA | Operating Account | 7183 | $12,921.00 |
| 3.2 | Wells Fargo Bank, NA | Corporate Account | 8041 | $42,502.00 |
| 3.3 | Wells Fargo Bank, NA | Reserve Account - Restricted Cash | 0550 | $4,135,755.00 |
| 3.4 | Wells Fargo Bank, NA | Reserve Account - Unrestricted Cash | 0550 | $295,639.00 |
| 3.5 | Wells Fargo Bank, NA | IPO Investment Account (not used) | 5309 | $201.00 |
| 3.6 | Wells Fargo Bank, NA | Funding Account (not used - account subject to terms of Secured Credit Facility) | 5421 | $3,626.00 |
| 3.7 | Wells Fargo Bank, NA | Savings - SBC - reserve | 2486 | $100,000.00 |
| | | | **TOTAL** | **$4,590,644.00** |

**Part 2:** **Schedule A/B:  Assets - Real and Personal Property**
Deposits and Prepayments

7.  Deposits, including security deposits and utility deposits

| DESCRIPTION & NAME OF HOLDER OF DEPOSIT | CURRENT VALUE OF DEBTOR'S INTEREST |
|---|---|
| 7.1   Total Stream Systems - Last Month Hosting | $   3,500.00 |
| 7.2   M4 Maroon LLC Office Lease Deposit | $   8,407.00 |
| 7.3   Colorado Oil and Gas Conservation Commission - Blanket - 06/26/17 | $   40,000.00 |
| 7.4   Colorado State Land Commission - Surface Use - 07/19/17 | $   50,000.00 |
| 7.5   Colorado Oil and Gas Surety Payment 10/11/2017 | $   25,000.00 |
| 7.6   Colorado Oil and Gas Conservation Commission -Performance - 12/21/17 | $   105,163.67 |
| 7.7   Colorado Oil and Gas Conservation Commission - Idle well - 06-22-2018 | $   100,000.00 |
| 7.8   Colorado Oil and Gas Conservation Commission -Single well  11/8/18 | $   25,000.00 |
| **TOTAL** | **$   357,070.67** |

Debtor __PetroShare Corp._____     Case number *(if known)*__19-17633_____
     Name

**8. Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**

Description, including name of holder of prepayment

| | | |
|---|---|---|
| 8.1. Prepaid Rent, M4 Maroon | $ | 11,827.0 |
| 8.2. OTCQB Annual Fee, OTC Market Groups Inc. | $ | 3,000.00 |

**9. Total of Part 2.**

Add lines 7 through 8. Copy the total to line 81.               **$ 371,897.67**

---

## Part 3:   Accounts receivable

**10. Does the debtor have any accounts receivable?**

☐ No. Go to Part 4.

☑ Yes. Fill in the information below.

                                                   **Current value of debtor's interest**

**11. Accounts receivable**

| | face amount | | doubtful or uncollectible accounts | | | |
|---|---|---|---|---|---|---|
| 11a. 90 days old or less: | $1,196,432.12 | – | $8,882.13 | = …….→ | $ | 1,187,549.99 |
| 11b. Over 90 days old: | $146,820.53 | – | $115,788.98 | = …….→ | $ | 31,031.55 |

**12. Total of Part 3**

Current value on lines 11a + 11b = line 12. Copy the total to line 82.      **$ 1,218,581.54**

---

## Part 4:   Investments

**13. Does the debtor own any investments?**

☐ No. Go to Part 5.

☑ Yes. Fill in the information below.

| | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|

**14. Mutual funds or publicly traded stocks not included in Part 1**

Name of fund or stock:

| | | |
|---|---|---|
| 14.1. N/A | _____ | $ 0.00 |
| 14.2. _____ | _____ | $ _____ |

**15. Non-publicly traded stock and interests in incorporated and unincorporated businesses, including any interest in an LLC, partnership, or joint venture**

Name of entity:                     % of ownership:

| | | | | |
|---|---|---|---|---|
| 15.1. CFW Resources LLC | 100 % | _____ | $ | 4,098,734.00 |
| 15.2. _____ | _____% | _____ | $ | _____ |

**16. Government bonds, corporate bonds, and other negotiable and non-negotiable instruments not included in Part 1**

Describe:

| | | |
|---|---|---|
| 16.1. N/A | _____ | $ 0.00 |
| 16.2. _____ | _____ | $ _____ |

**17. Total of Part 4**

Add lines 14 through 16. Copy the total to line 83.      **$ 4,098,734.00**

---

Debtor    PetroShare Corp._____    Case number (if known)__19-17633_____
                Name

## Part 5:    Inventory, excluding agriculture assets

18. **Does the debtor own any inventory (excluding agriculture assets)?**

☑ No. Go to Part 6.

☐ Yes. Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 19. **Raw materials** | | | | |
| _____ | _____ MM / DD / YYYY | $_____ | _____ | $_____ 0.00 |
| 20. **Work in progress** | | | | |
| _____ | _____ MM / DD / YYYY | $_____ | _____ | $_____ 0.00 |
| 21. **Finished goods, including goods held for resale** | | | | |
| _____ | _____ MM / DD / YYYY | $_____ | _____ | $_____ 0.00 |
| 22. **Other inventory or supplies** | | | | |
| _____ | _____ MM / DD / YYYY | $_____ | _____ | $_____ 0.00 |

23. **Total of Part 5**

Add lines 19 through 22. Copy the total to line 84.

$_____ 0.00

24. **Is any of the property listed in Part 5 perishable?**

☐ No
☐ Yes

25. **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**

☐ No
☐ Yes. Book value _____   Valuation method_____   Current value_____

26. **Has any of the property listed in Part 5 been appraised by a professional within the last year?**

☐ No
☐ Yes

## Part 6:    Farming and fishing-related assets (other than titled motor vehicles and land)

27. **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

☑ No. Go to Part 7.

☐ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 28. **Crops—either planted or harvested** | | | |
| _____ | $_____ | _____ | $_____ 0.00 |
| 29. **Farm animals** *Examples:* Livestock, poultry, farm-raised fish | | | |
| _____ | $_____ | _____ | $_____ 0.00 |
| 30. **Farm machinery and equipment** (Other than titled motor vehicles) | | | |
| _____ | $_____ | _____ | $_____ 0.00 |
| 31. **Farm and fishing supplies, chemicals, and feed** | | | |
| _____ | $_____ | _____ | $_____ 0.00 |
| 32. **Other farming and fishing-related property not already listed in Part 6** | | | |
| _____ | $_____ | _____ | $_____ 0.00 |

Debtor ___PetroShare Corp._____   Case number *(if known)*___19-17633_____

Name

33. **Total of Part 6.**

Add lines 28 through 32. Copy the total to line 85.

$_____0.00

34. **Is the debtor a member of an agricultural cooperative?**

☐ No

☐ Yes. Is any of the debtor's property stored at the cooperative?

☐ No

☐ Yes

35. **Has any of the property listed in Part 6 been purchased within 20 days before the bankruptcy was filed?**

☐ No

☐ Yes. Book value $_____  Valuation method _____  Current value $_____

36. **Is a depreciation schedule available for any of the property listed in Part 6?**

☐ No

☐ Yes

37. **Has any of the property listed in Part 6 been appraised by a professional within the last year?**

☐ No

☐ Yes

| Part 7: | Office furniture, fixtures, and equipment; and collectibles |
|---|---|

38. **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No. Go to Part 8.

☑ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 39. **Office furniture** | | | |
| Office furniture & Equipment | $ 38,730.23 | Net Book Value | $ 38,730.23 |
| 40. **Office fixtures** | | | |
| Office fixtures | $ 12,159.81 | Net Book Value | $ 12,159.81 |
| 41. **Office equipment, including all computer equipment and communication systems equipment and software** | | | |
| Office equipment and software | $ 4,194.21 | Net Book Value | $ 4,194.21 |
| 42. **Collectibles** *Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles | | | |
| 42.1 | $ | | $ NONE |
| 42.2 | $ | | $ |
| 42.3 | $ | | $ |

43. **Total of Part 7.**

Add lines 39 through 42. Copy the total to line 86.

$_____55,084.25

44. **Is a depreciation schedule available for any of the property listed in Part 7?**

☐ No

☑ Yes

45. **Has any of the property listed in Part 7 been appraised by a professional within the last year?**

☑ No

☐ Yes

Debtor    PetroShare Corp._____    Case number (if known)____19-17633_____
              Name

| Part 8: | Machinery, equipment, and vehicles |
|---|---|

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

☑ No. Go to Part 9.

☐ Yes. Fill in the information below.

| General description<br><br>Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest<br><br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **47. Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| 47.1_____ | $_____ | _____ | $_____0.00 |
| 47.2_____ | $_____ | _____ | $_____ |
| 47.3_____ | $_____ | _____ | $_____ |
| 47.4_____ | $_____ | _____ | $_____ |
| **48. Watercraft, trailers, motors, and related accessories** Examples: Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels | | | |
| 48.1_____ | $_____ | _____ | $_____0.00 |
| 48.2_____ | $_____ | _____ | $_____ |
| **49. Aircraft and accessories** | | | |
| 49.1_____ | $_____ | _____ | $_____0.00 |
| 49.2_____ | $_____ | _____ | $_____ |
| **50. Other machinery, fixtures, and equipment (excluding farm machinery and equipment)** | | | |
| _____ | $_____ | _____ | $_____0.00 |

51. **Total of Part 8.**                                                                                       $_____0.00
    Add lines 47 through 50. Copy the total to line 87.

52. **Is a depreciation schedule available for any of the property listed in Part 8?**

☐ No

☐ Yes

53. **Has any of the property listed in Part 8 been appraised by a professional within the last year?**

☐ No

☐ Yes

Debtor      PetroShare Corp.
            _____          Case number (if known)___19-17633_____
            Name

---

| **Part 9:** | **Real property** |
|---|---|

54. **Does the debtor own or lease any real property?**

☐ No. Go to Part 10.

☑ Yes. Fill in the information below.

55. **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property<br>Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building), if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 55.1 Corporate Office Leasehold Improvement | Lessee | $ 12,159.81 | Net Book Value | $ 12,159.81 |
| 55.2 Interest in wells and leases | Lessee | $ 26,768,718.00 | NPV10% at $55.00 a barrel | $ 48,063,933.00 |
| 55.3 _____ | _____ | $ _____ | _____ | $ _____ |
| 55.4 _____ | _____ | $ _____ | _____ | $ _____ |
| 55.5 _____ | _____ | $ _____ | _____ | $ _____ |
| 55.6 _____ | _____ | $ _____ | _____ | $ _____ |

56. **Total of Part 9.**

Add the current value on lines 55.1 through 55.6 and entries from any additional sheets. Copy the total to line 88.

| $ 48,076,092.81 |
|---|

57. **Is a depreciation schedule available for any of the property listed in Part 9?**

☐ No

☑ Yes

58. **Has any of the property listed in Part 9 been appraised by a professional within the last year?**

☑ No

☐ Yes

---

| **Part 10:** | **Intangibles and intellectual property** |
|---|---|

59. **Does the debtor have any interests in intangibles or intellectual property?**

☐ No. Go to Part 11.

☑ Yes. Fill in the information below.

| General description | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 60. **Patents, copyrights, trademarks, and trade secrets**<br>_____ | $ _____ | _____ | $ 0.00 |
| 61. **Internet domain names and websites**<br>www.PetroSharecorp.com | $ _____ | _____ | $ UNKNOWN |
| 62. **Licenses, franchises, and royalties**<br>_____ | $ _____ | _____ | $ 0.00 |
| 63. **Customer lists, mailing lists, or other compilations**<br>_____ | $ _____ | _____ | $ 0.00 |
| 64. **Other intangibles, or intellectual property**<br>_____ | $ _____ | _____ | $ 0.00 |
| 65. **Goodwill**<br>_____ | $ _____ | _____ | $ 0.00 |

66. **Total of Part 10.**

Add lines 60 through 65. Copy the total to line 89.

| $ UNKNOWN |
|---|

---

Debtor    PetroShare Corp._____    Case number *(if known)*___19-17633_____
         Name

67. **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C. §§ 101(41A) and 107)**?**
- ☑ No
- ☐ Yes

68. **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**
- ☑ No
- ☐ Yes

69. **Has any of the property listed in Part 10 been appraised by a professional within the last year?**
- ☑ No
- ☐ Yes

## Part 11:  All other assets

70. **Does the debtor own any other assets that have not yet been reported on this form?**
Include all interests in executory contracts and unexpired leases not previously reported on this form.
- ☐ No. Go to Part 12.
- ☑ Yes. Fill in the information below.

|  |  | Current value of debtor's interest |
|---|---|---|

71. **Notes receivable**
Description (include name of obligor)

_____  _____ — _____ = ➡  $_____0.00
                 Total face amount     doubtful or uncollectible amount

72. **Tax refunds and unused net operating losses (NOLs)**

Description (for example, federal, state, local)

_____  Tax year _____  $_____0.00
_____  Tax year _____  $_____
_____  Tax year _____  $_____

73. **Interests in insurance policies or annuities**
   See Attached Rider_____  $_____0.00

74. **Causes of action against third parties (whether or not a lawsuit has been filed)**
   See Global Notes_____  $_____UNKNOWN
**Nature of claim**  _____
**Amount requested**  $_____UNKNOWN_____

75. **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**

_____  $_____0.00
**Nature of claim**  _____
**Amount requested**  $_____

76. **Trusts, equitable or future interests in property**

_____  $_____0.00

77. **Other property of any kind not already listed**  *Examples:* Season tickets, country club membership

_____  $_____0.00
_____  $_____

78. **Total of Part 11.**
Add lines 71 through 77. Copy the total to line 90.  | $_____UNKNOWN |

79. **Has any of the property listed in Part 11 been appraised by a professional within the last year?**
- ☑ No
- ☐ Yes

**PetroShare Corp.**                                    **Case Number: 19-17633**

| Part 11: | **Schedule A/B:  Assets - Real and Personal Property** |
|---|---|
| | All other assets |

73.  Interests in insurance policies or annuities

| | Description | Current value of debtor's interest |
|---|---|---|
| 73.1 | XL Speciality Insurance Company<br>Policy No. ELU160617019<br>Executive and Coporate Securities Liability Insurance Policy | $0.00 |
| 73.2 | Great American Insurance Group<br>Excess Follow Form Insurance Policy | $0.00 |
| 73.3 | Endurance American Insurance Company<br>Policy Number ADL30001009400<br>Colorado Directors and Officers Difference in Conditions Liability<br>Insurance | $0.00 |

**TOTAL** $0.00

Debtor    PetroShare Corp.
         Name

Case number *(if known)* 19-17633

---

| Part 12: | Summary |
|---|---|

In Part 12 copy all of the totals from the earlier parts of the form.

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1.* | $ 4,590,644.00 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $ 371,897.67 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $ 1,218,581.54 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $ 4,098,734.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $ 0.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $ 0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $ 55,084.25 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $ 0.00 | |
| 88. **Real property.** *Copy line 56, Part 9.* .............. ➔ | | $ 48,076,092.81 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $ UNKNOWN | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $ UNKNOWN | |
| 91. **Total.** Add lines 80 through 90 for each column. .................91a. | $ 10,334,941.46 Plus unknown | 91b. + $ 48,076,092.81 |

92. **Total of all property on Schedule A/B.** Lines 91a + 91b = 92. ....................... $ 58,411,034.27 Plus unknown

**Fill in this information to identify the case:**

Debtor name **PetroShare Corp.**

United States Bankruptcy Court for the: _____ District of **Colorado**
(State)

Case number (If known): **19-17633**

<u>Official Form 206D</u>

☐ Check if this is an amended filing

# Schedule D: Creditors Who Have Claims Secured by Property

12/15

**Be as complete and accurate as possible.**

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.
☑ Yes. Fill in all of the information below.

| Part 1: | List Creditors Who Have Secured Claims |
|---|---|

**2. List in alphabetical order all creditors who have secured claims.**

If a creditor has more than one secured claim, list the creditor separately for each claim.

|  | | Column A<br>**Amount of Claim**<br>Do not deduct the value | Column B<br>**Value of collateral that supports this claim** |
|---|---|---|---|

**2.1**
**s275**

**Creditor's name**
1888 INDUSTRIAL SERVICES LLC

**Creditor's Mailing Address**
PO BOX 1180
GREELEY, CO 80632-1098

**Creditor's email address, if known**

**Date debt was incurred**
July 2018

**Last 4 digts of account number**

**Do multiple creditors have an interest in the same property?**
☐ No
☑ Yes. Have you already specified the relative priority?

  ☑ No. Specify each creditor, including this creditor and its relative priority.
    Priority is disputed
  ☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**
Shook wells and associated oil and gas leases and hydrocarbons

**Describe the lien**
MECHANICS LIEN

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☑ No.
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☑ Disputed

Amount of Claim: $1,104,534.98
Value of collateral: $25,060,937.00

Debtor **PetroShare Corp.** _____ Case Number (if known) **19-17633**
Name

**Part 1:**

Copy this page only if more space is needed. Continue numbering the lines
sequentially from the previous page.

|  | Column A | Column B |
|---|---|---|
|  | **Amount of Claim** | **Value of collateral that supports this claim** |
|  | Do not deduct the value |  |

| 2.2 | **Creditor's name** | **Describe debtor's property that is subject to a lien** | $14,300,715.00 | $58,411,034.27 |
|---|---|---|---|---|
| s272 | 5NR WATTENBERG, LLC | Prepetition Lender secured by certain Deeds of Trust, Mortgage, Assignment of Production, Security Agreement and Financing Statement. | | |

**Creditor's Mailing Address**

ATTN: JOE DRYSDALE
16400 NORTH DALLAS PARKWAY
SUITE 400
DALLAS, TX  75248-2643

**Creditor's email address, if known**

jdrysdale@fifthpartners.com

**Describe the lien**

SECURED DEBT

**Date debt was incurred**

2/1/2018

**Last 4 digts of account number**

**Is the creditor an insider or related party?**

☐ No
☒ Yes

**Do multiple creditors have an interest in the same property?**

☐ No
☒ Yes. Have you already specified the relative priority?

**Is anyone else liable on this claim?**

☐ No.
☒ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

  ☐ No. Specify each creditor, including this creditor and its relative priority.

  ☒ Yes. The relative priority of creditors is specified on lines **2.1**

**As of the petition filing date, the claim is:**

Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.3 | **Creditor's name** | **Describe debtor's property that is subject to a lien** | $2,101,844.85 | $25,060,937.00 |
|---|---|---|---|---|
| s358 | ADAMS COUNTY TREASURER | AD Valorum Property Tax | | |

**Creditor's Mailing Address**

4430 S ADAMS PARKWAY
SUITE C2436
BRIGHTON, CO  80801

**Creditor's email address, if known**

**Describe the lien**

TAXES & OTHER GOVT DEBTS

**Date debt was incurred**

Various and Continuous

**Last 4 digts of account number**

**Is the creditor an insider or related party?**

☒ No
☐ Yes

**Do multiple creditors have an interest in the same property?**

☐ No
☒ Yes. Have you already specified the relative priority?

**Is anyone else liable on this claim?**

☒ No.
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

  ☐ No. Specify each creditor, including this creditor and its relative priority.

  ☒ Yes. The relative priority of creditors is specified on lines **2.1**

**As of the petition filing date, the claim is:**

Check all that apply.

☒ Contingent
☒ Unliquidated
☐ Disputed

---

Debtor    **PetroShare Corp.** _____    19-17633

Name    Case Number (if known)

**Part 1:**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

|  | Column A | Column B |
|---|---|---|
|  | **Amount of Claim** | **Value of collateral that supports this claim** |
|  | Do not deduct the value |  |

**2.4**

**s359**

| Creditor's name | Describe debtor's property that is subject to a lien | | |
|---|---|---|---|
| ARAPAHOE COUNTY TREASURER | AD Valorem Property Tax | UNKNOWN | $48,063,933.00 |

**Creditor's Mailing Address**

5334 S PRINCE ST
LITTLETON, CO  80120-1136

**Creditor's email address, if known**

**Describe the lien**

TAXES & OTHER GOVT DEBTS

**Date debt was incurred**

Various and Continuous

**Last 4 digits of account number**

**Is the creditor an insider or related party?**

☑ No
☐ Yes

**Do multiple creditors have an interest in the same property?**

☐ No
☑ Yes. Have you already specified the relative priority?

**Is anyone else liable on this claim?**

☑ No.
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

☐ No. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**

Check all that apply.

☐ Contingent
☑ Unliquidated
☐ Disputed

☑ Yes. The relative priority of creditors is specified on lines **2.1**

---

**2.5**

**s276**

| Creditor's name | Describe debtor's property that is subject to a lien | | |
|---|---|---|---|
| C&J SPEC-RENT SERVICES INC | Shook wells and associated oil and gas leases and hydrocarbons | $389,400.00 | $25,060,937.00 |

**Creditor's Mailing Address**

PO BOX 733404
DALLAS, TX  75373-3404

**Creditor's email address, if known**

**Describe the lien**

MECHANICS LIEN

**Date debt was incurred**

July 2018

**Last 4 digits of account number**

**Is the creditor an insider or related party?**

☑ No
☐ Yes

**Do multiple creditors have an interest in the same property?**

☐ No
☑ Yes. Have you already specified the relative priority?

**Is anyone else liable on this claim?**

☑ No.
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

☐ No. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**

Check all that apply.

☐ Contingent
☐ Unliquidated
☑ Disputed

☑ Yes. The relative priority of creditors is specified on lines **2.1**

---

Debtor  PetroShare Corp.

Name

19-17633

Case Number (if known)

**Part 1:**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| | Column A | Column B |
|---|---|---|
| | Amount of Claim | Value of collateral that supports this claim |
| | Do not deduct the value | |

| 2.6 | Creditor's name | | Describe debtor's property that is subject to a lien | | $223,736.11 | $25,060,937.00 |

s277

**Creditor's name:** CTAP LLC

**Describe debtor's property that is subject to a lien:** Shook wells and associated oil and gas leases and hydrocarbons

**Creditor's Mailing Address**

2585 TRAILRIDGE DR E
LAFAYETTE, CO  80026-3495

**Creditor's email address, if known:** paperwork@ctapllc.com

**Describe the lien:** MECHANICS LIEN

**Date debt was incurred:** September 2018

**Last 4 digits of account number**

**Is the creditor an insider or related party?**
- [x] No
- [ ] Yes

**Do multiple creditors have an interest in the same property?**
- [ ] No
- [x] Yes. Have you already specified the relative priority?

  - [ ] No. Specify each creditor, including this creditor and its relative priority.

  - [x] Yes. The relative priority of creditors is specified on lines  2.1

**Is anyone else liable on this claim?**
- [x] No.
- [ ] Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**

Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

---

| 2.7 | Creditor's name | | Describe debtor's property that is subject to a lien | | UNKNOWN | UNKNOWN |

s363

**Creditor's name:** ELBERT COUNTY TREASURER

**Describe debtor's property that is subject to a lien:** AD Valorum Property Tax

**Creditor's Mailing Address**

PO BOX 67
KIOWA, CO  80117-0067

**Creditor's email address, if known**

**Describe the lien:** TAXES & OTHER GOVT DEBTS

**Date debt was incurred**

**Last 4 digits of account number**

**Is the creditor an insider or related party?**
- [x] No
- [ ] Yes

**Do multiple creditors have an interest in the same property?**
- [x] No
- [ ] Yes. Have you already specified the relative priority?

  - [x] No. Specify each creditor, including this creditor and its relative priority.

  - [ ] Yes. The relative priority of creditors is specified on lines

**Is anyone else liable on this claim?**
- [x] No.
- [ ] Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**

Check all that apply.
- [x] Contingent
- [x] Unliquidated
- [ ] Disputed

---

Official Form 206D          Schedule D: Creditors Who Have Claims Secured by Property          page 4 of 8

Debtor    PetroShare Corp.

Name

Case Number (if known)    19-17633

**Part 1:**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| | Column A<br>Amount of Claim<br>Do not deduct the value | Column B<br>Value of collateral that supports this claim |
|---|---|---|

**2.8**

**s274**

| Creditor's name | Describe debtor's property that is subject to a lien | | |
|---|---|---|---|
| LIBERTY OILFIELD SERVICES LLC | Shook wells and associated oil and gas leases and hydrocarbons | $6,145,662.73 | $25,060,937.00 |

**Creditor's Mailing Address**

950 17TH ST STE 2400
DENVER, CO  80202-2822

**Creditor's email address, if known**

**Date debt was incurred**
June 2018

**Describe the lien**
MECHANICS LIEN

**Last 4 digts of account number**

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Do multiple creditors have an interest in the same property?**
☐ No
☑ Yes. Have you already specified the relative priority?

   ☐ No. Specify each creditor, including this creditor and its relative priority.

   ☑ Yes. The relative priority of creditors is specified on lines **2.1**

**Is anyone else liable on this claim?**
☑ No.
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

---

**2.9**

**s233**

| Creditor's name | Describe debtor's property that is subject to a lien | | |
|---|---|---|---|
| PROVIDENCE WATTENBERG LP | Prepetition Lender secured by certain Deeds of Trust, Mortgage, Assignment of Production, Security Agreement and Financing Statement. | $14,300,715.00 | $58,411,034.27 |

**Creditor's Mailing Address**

16400 N DALLAS PKWY STE 400
DALLAS, TX  75248-2643

**Creditor's email address, if known**
LALLEN@PROVIDENCE-ENERGY.COM

**Date debt was incurred**
2/1/2018

**Describe the lien**
SECURED DEBT

**Last 4 digts of account number**

**Is the creditor an insider or related party?**
☐ No
☑ Yes

**Do multiple creditors have an interest in the same property?**
☐ No
☑ Yes. Have you already specified the relative priority?

   ☐ No. Specify each creditor, including this creditor and its relative priority.

   ☑ Yes. The relative priority of creditors is specified on lines **2.1**

**Is anyone else liable on this claim?**
☐ No.
☑ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

---

Debtor      PetroShare Corp.

Name

Case Number (if known)     19-17633

| **Part 1:** | | |
|---|---|---|
| | Column A | Column B |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

Amount of Claim
Do not deduct the value

Value of collateral that supports this claim

| 2.10 | **Creditor's name** | **Describe debtor's property that is subject to a lien** | UNKNOWN | UNKNOWN |
|---|---|---|---|---|
| s364 | WELD COUNTY TREASURER | AD Valorum Property Tax | | |

**Creditor's Mailing Address**

PO BOX 458
GREELEY, CO  80632-0458

**Creditor's email address, if known**

**Describe the lien**

TAXES & OTHER GOVT DEBTS

**Date debt was incurred**

**Last 4 digts of account number**

**Is the creditor an insider or related party?**

☑ No
☐ Yes

**Do multiple creditors have an interest in the same property?**

☑ No
☐ Yes. Have you already specified the relative priority?

**Is anyone else liable on this claim?**

☑ No.
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

☑ No. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**

Check all that apply.

☐ Yes. The relative priority of creditors is specified on lines

☑ Contingent
☑ Unliquidated
☐ Disputed

---

Official Form 206D        **Schedule D: Creditors Who Have Claims Secured by Property**        page 6 of 8

Debtor   **PetroShare Corp.**                                                      **19-17633**
_____
Name                                                    Case Number (if known)

| **Part 2:** | **List Others to Be Notified for a Debt Already Listed in Part 1** |
|---|---|

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to be notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digts of account number for this entity |
|---|---|---|
| **BEATTY & WOZNIAK, P.C.**<br>**TYLER WEIDLICH**<br>**216 SIXTEENTH STREET, SUITE 1100**<br>**DENVER, CO  80202-5115** | s233 | |
| **MUNSCH HARDT KOPF & HART, P.C.**<br>**JOHN D. CORNWELL**<br>**CHRISTOPHER D. JOHNSON**<br>**700 MILAM STREET, SUITE 2700**<br>**HOUSTON, TX  77002-2730** | s233 | |
| **BEATTY & WOZNIAK, P.C.**<br>**TYLER WEIDLICH**<br>**216 SIXTEENTH STREET, SUITE 1100**<br>**DENVER, CO  80202-5115** | s272 | |
| **MUNSCH HARDT KOPF & HART, P.C.**<br>**JOHN D. CORNWELL**<br>**CHRISTOPHER D. JOHNSON**<br>**700 MILAM STREET, SUITE 2700**<br>**HOUSTON, TX  77002-2730** | s272 | |
| **DAVIS GRAHAM & STUBBS LLP**<br>**KYLER K. BURGI, ESQ.**<br>**1550 SEVENTEENTH STREET, SUITE 500**<br>**DENVER, CO  80202-1500** | s274 | |
| **HOLLAND & KNIGHT LLP**<br>**ANDREW T. GILLESPIE (CO #49606)**<br>**1801 CALIFORNIA STREET**<br>**SUITE 5000**<br>**DENVER, CO  80202** | s275 | |

Debtor    **PetroShare Corp.**

_____
Name

19-17633
_____
Case Number (if known)

| Part 3: | Total Amounts of the Claims Secured by Property |

| | **Total of Claim Amounts** |

**3a. Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.**      **3a.**      **$24,265,893.67**

**Fill in this information to identify the case:**

Debtor name **PetroShare Corp.**

United States Bankruptcy Court for the: _____ District of **Colorado**

(State)

Case number (If known): **19-17633**

Official Form 206E/F

☐ Check if this is an amended filing

# Schedule E/F: Creditors Who Have Unsecured Claims

12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on Schedule A/B: Assets - Real and Personal Property (Official Form 206A/B) and on Schedule G: Executory Contracts and Unexpired Leases (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

**Part 1:    All Creditors with PRIORITY Unsecured Claims**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.  If no additional PRIORITY creditors exist, do not fill out or submit this page.

| | | | Total Claim | Priority Amount |
|---|---|---|---|---|

| 2.1 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $120,435.70 | $120,435.70 |
|---|---|---|---|---|
| s360 | **COLORADO DEPARTMENT OF REVENUE** <br><br> DENVER, CO  80261-0004 | Check all that apply. <br> ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: <br> **TAXES & OTHER GOVT DEBTS** <br> **SEVERANCE** | | |
| | Last 4 digts of account number | | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (_____) | Is the claim subject to offset? <br> ☑ No <br> ☐ Yes | | |

| 2.2 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $46,240.59 | $46,240.59 |
|---|---|---|---|---|
| s361 | **COLORADO DEPARTMENT OF REVENUE** <br><br> DENVER, CO  80261-0004 | Check all that apply. <br> ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: <br> **TAXES & OTHER GOVT DEBTS** <br> **CONSERVATION** | | |
| | Last 4 digts of account number | | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (_____) | Is the claim subject to offset? <br> ☑ No <br> ☐ Yes | | |

| 2.3 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | | UNKNOWN |
|---|---|---|---|---|
| s362 | **DOUGLAS COUNTY TREASURER** <br> **PO BOX 1208** <br> **CASTLE ROCK, CO  80104-1208** | Check all that apply. <br> ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: <br> **TAXES & OTHER GOVT DEBTS** | | |
| | Last 4 digts of account number | | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (_____) | Is the claim subject to offset? <br> ☑ No <br> ☐ Yes | | |

**PetroShare Corp.**
_____
Debtor Name

**19-17633**
_____
Case Number (if known)

| **Part 2:** | All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the
previous page.  If no additional PRIORITY creditors exist, do not fill out or submit this page.          **Amount of Claim**

**3.  List in alphabetical order all of the creditors with nonpriority unsecured claims. If the debtor has more than 6 creditors with nonpriority
     unsecured claims, fill out and attach the Additional Page of Part 2.**

| 3.1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | UNKNOWN |
|---|---|---|---|
| s43 | 1888 INDUSTRIAL SERVICES, LLC<br>C/O HOLLAND & KNIGHT LLP<br>ATTN: KEITH SAMBUR<br>1801 CALIFORNIA STREET, SUITE 5000<br>DENVER, CO  80202-2669 | Check all that apply.<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed | |
| | Date or dates debt was incurred | Basis for the claim:   LITIGATION | |
| | Last 4 digts of account number | | |
| | | Is the claim subject to offset?<br>☑ No<br>☐ Yes | |

| 3.2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $42,676.34 |
|---|---|---|---|
| s295 | ABSOLUTE NOISE CONTROL LLC<br>PO BOX 3110<br>WEATHERFORD, TX  76086-0019 | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date or dates debt was incurred | Basis for the claim:   TRADE PAYABLE | |
| | Last 4 digts of account number | | |
| | | Is the claim subject to offset?<br>☑ No<br>☐ Yes | |

| 3.3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $186.37 |
|---|---|---|---|
| s488 | ACTION FINANCIAL SERVICES<br>C/O CRM CONSULTING<br>29 FERRY LN E<br>WESTPORT, CT  06880 | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date or dates debt was incurred | Basis for the claim:   ROYALTY PAYMENT IN SUSPENSE | |
| | Last 4 digts of account number | | |
| | | Is the claim subject to offset?<br>☑ No<br>☐ Yes | |

| 3.4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.13 |
|---|---|---|---|
| s722 | ADAMS COUNTY COMMISSIONERS<br>1100 JUDICIAL CENTER DR<br>BRIGHTON, CO  80601 | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date or dates debt was incurred | Basis for the claim:   ROYALTY PAYMENT IN SUSPENSE | |
| | Last 4 digts of account number | | |
| | | Is the claim subject to offset?<br>☑ No<br>☐ Yes | |

**PetroShare Corp.**                                                          **19-17633**

Debtor Name                                                          Case Number (if known)

| Part 2: | All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the
previous page.  If no additional PRIORITY creditors exist, do not fill out or submit this page.          **Amount of Claim**

---

**3.5**    Nonpriority creditor's name and mailing address      As of the petition filing date, the claim is:      $7,117.09

s393    **ADAMS COUNTY**      Check all that apply.
**4430 S ADAMS COUNTY PKWY, STE C4000A**
**BRIGHTON, CO  80601-8212**      ☐ Contingent
     ☐ Unliquidated
     ☐ Disputed

Date or dates debt was incurred      Basis for the claim:   ROYALTY PAYMENT IN SUSPENSE

Last 4 digts of account number

     Is the claim subject to offset?
     ☑ No
     ☐ Yes

---

**3.6**    Nonpriority creditor's name and mailing address      As of the petition filing date, the claim is:      $314,644.85

s286    **ADVANCED OILFIELD SERVICES LLC**      Check all that apply.
**PO BOX 679390**
**DALLAS, TX  75267-9390**      ☐ Contingent
     ☐ Unliquidated
     ☐ Disputed

Date or dates debt was incurred      Basis for the claim:   TRADE PAYABLE

Last 4 digts of account number

     Is the claim subject to offset?
     ☑ No
     ☐ Yes

---

**3.7**    Nonpriority creditor's name and mailing address      As of the petition filing date, the claim is:      $5,412.50

s319    **AEGIS ENERGY RISK LLC**      Check all that apply.
**2829 TECHNOLOGY FOREST BLVD STE 440**
**THE WOODLANDS, TX  77381-3913**      ☐ Contingent
     ☐ Unliquidated
     ☐ Disputed

Date or dates debt was incurred      Basis for the claim:   TRADE PAYABLE

Last 4 digts of account number

     Is the claim subject to offset?
     ☑ No
     ☐ Yes

---

**3.8**    Nonpriority creditor's name and mailing address      As of the petition filing date, the claim is:      $95.18

s515    **AGIATO INVESTMENT GROUP 410K PSP**      Check all that apply.
**1750 LAFAYETTE ST**
**DENVER, CO  80218**      ☐ Contingent
     ☐ Unliquidated
     ☐ Disputed

Date or dates debt was incurred      Basis for the claim:   ROYALTY PAYMENT IN SUSPENSE

Last 4 digts of account number

     Is the claim subject to offset?
     ☑ No
     ☐ Yes

---

**PetroShare Corp.**
_____
Debtor Name

**19-17633**
_____
Case Number (if known)

| Part 2: | All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.  If no additional PRIORITY creditors exist, do not fill out or submit this page.

**Amount of Claim**

| | | |
|---|---|---|
| 3.9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $50,000.00 |
| s107 | ALAN BUDD ZUCKERMAN<br>6587 LAKEVIEW DR<br>BOULDER, CO  80303-3155 | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date or dates debt was incurred | Basis for the claim:   MONEY LOANED - NOTEHOLDER | |
| | Last 4 digts of account number | Is the claim subject to offset?<br>☑ No<br>☐ Yes | |

| | | |
|---|---|---|
| 3.10 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $25,000.00 |
| s218 | ALAN L TALESNICK<br>5030 BOW MAR DR<br>LITTLETON, CO  80123-1513 | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date or dates debt was incurred | Basis for the claim:   MONEY LOANED - NOTEHOLDER | |
| | Last 4 digts of account number | Is the claim subject to offset?<br>☑ No<br>☐ Yes | |

| | | |
|---|---|---|
| 3.11 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $75,000.00 |
| s151 | ALBERT S FOLEY<br>310 GREEN OAK DR<br>ROSWELL, GA  30075-3561 | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date or dates debt was incurred | Basis for the claim:   MONEY LOANED - NOTEHOLDER | |
| | Last 4 digts of account number | Is the claim subject to offset?<br>☑ No<br>☐ Yes | |

| | | |
|---|---|---|
| 3.12 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $30,000.00 |
| s216 | ALVA TERRY STAPLES<br>6705 E DORADO PL<br>GREENWOOD VILLAGE, CO  80111-1766 | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date or dates debt was incurred | Basis for the claim:   MONEY LOANED - NOTEHOLDER | |
| | Last 4 digts of account number | Is the claim subject to offset?<br>☑ No<br>☐ Yes | |

**PetroShare Corp.**                                                            **19-17633**

Debtor Name                                                    Case Number (if known)

---

| **Part 2:** | **All Creditors with NONPRIORITY Unsecured Claims** |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the
previous page.  If no additional PRIORITY creditors exist, do not fill out or submit this page.          **Amount of Claim**

---

| 3.13 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $31.49 |

s620   ALYSSA ANGEL RANAE CAMPBELL
       12790 E BETHANY PL
       AURORA, CO  80014

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Last 4 digts of account number

Basis for the claim:   ROYALTY PAYMENT IN SUSPENSE

Is the claim subject to offset?
☑ No
☐ Yes

---

| 3.14 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $4,997.89 |

s396   ANDREW M MAURER AND NATASHA MAURER
       15730 DALLAS ST
       BRIGHTON, CO  80602-8686

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Last 4 digts of account number

Basis for the claim:   ROYALTY PAYMENT IN SUSPENSE

Is the claim subject to offset?
☑ No
☐ Yes

---

| 3.15 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $50,000.00 |

s102   ANDREW P CALERICH
       1555 W 141ST WAY
       WESTMINSTER, CO  80023-8457

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Last 4 digts of account number

Basis for the claim:   MONEY LOANED - NOTEHOLDER

Is the claim subject to offset?
☑ No
☐ Yes

---

| 3.16 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $31.41 |

s623   ANGELA A RICHARD
       15255 FLORENCE ST
       BRIGHTON, CO  80602-5625

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Last 4 digts of account number

Basis for the claim:   ROYALTY PAYMENT IN SUSPENSE

Is the claim subject to offset?
☑ No
☐ Yes

---

**PetroShare Corp.**
                                           **19-17633**

Debtor Name                                                     Case Number (if known)

| **Part 2:** | **All Creditors with NONPRIORITY Unsecured Claims** |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the
previous page.  If no additional PRIORITY creditors exist, do not fill out or submit this page.
          **Amount of Claim**

| | | |
|---|---|---|
| **3.17** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:**       $310.09 |
| **s474** | **ANGELA K RICHISON**<br>**13535 S 177TH WEST AVE**<br>**KELLYVILLE, OK  74039-3700** | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |
| | Date or dates debt was incurred | Basis for the claim:   ROYALTY PAYMENT IN SUSPENSE |
| | Last 4 digts of account number | Is the claim subject to offset?<br>☑ No<br>☐ Yes |

| | | |
|---|---|---|
| **3.18** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:**       $72.00 |
| **s542** | **ANNA LEE & HAROLD E HARRIS**<br>**134 FOX HOME LANE**<br>**GEORGETOWN, TX  78633** | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |
| | Date or dates debt was incurred | Basis for the claim:   ROYALTY PAYMENT IN SUSPENSE |
| | Last 4 digts of account number | Is the claim subject to offset?<br>☑ No<br>☐ Yes |

| | | |
|---|---|---|
| **3.19** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:**       $69.18 |
| **s549** | **ANNE A CRAMER ESTATE**<br>**CHRISTINA M BAUER PER REP**<br>**3440 JOSEPHINE STREET**<br>**DENVER, CO  80205** | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |
| | Date or dates debt was incurred | Basis for the claim:   ROYALTY PAYMENT IN SUSPENSE |
| | Last 4 digts of account number | Is the claim subject to offset?<br>☑ No<br>☐ Yes |

| | | |
|---|---|---|
| **3.20** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:**       $1,731.42 |
| **s419** | **ANSCHUTZ EXPLORATION CORPORATION**<br>**555 17TH ST STE 2400**<br>**DENVER, CO  80202** | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |
| | Date or dates debt was incurred | Basis for the claim:   ROYALTY PAYMENT IN SUSPENSE |
| | Last 4 digts of account number | Is the claim subject to offset?<br>☑ No<br>☐ Yes |

**PetroShare Corp.**                                                                    **19-17633**

Debtor Name                                                                    Case Number (if known)

| **Part 2:** | **All Creditors with NONPRIORITY Unsecured Claims** |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the
previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.          **Amount of Claim**

| | | |
|---|---|---|
| 3.21 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $2.82 |

s692   **ANTHONY S MONTOYA & SHARON L MONTOYA**
        **15880 ELMIRA ST**
        **BRIGHTON, CO  80601**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Last 4 digts of account number

Basis for the claim:   ROYALTY PAYMENT IN SUSPENSE

Is the claim subject to offset?
☑ No
☐ Yes

---

| 3.22 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,100.87 |
|---|---|---|---|

s414   **ANTHONY WAYNE JARAMILLO & VERONICA MARIE JARAMILLO**
        **9745 E 158TH PL**
        **BRIGHTON, CO  80601**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Last 4 digts of account number

Basis for the claim:   ROYALTY PAYMENT IN SUSPENSE

Is the claim subject to offset?
☑ No
☐ Yes

---

| 3.23 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $4,316.13 |
|---|---|---|---|

s397   **ARTHUR D THOMPSON**
        **10100 E 157TH AVE**
        **BRIGHTON, CO  80602**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Last 4 digts of account number

Basis for the claim:   ROYALTY PAYMENT IN SUSPENSE

Is the claim subject to offset?
☑ No
☐ Yes

---

| 3.24 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $36.98 |
|---|---|---|---|

s605   **ARTHUR P REINKE III &**
        **SHARON L REINKE**
        **2751 E 165 AVE**
        **BRIGHTON, CO  80601**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Last 4 digts of account number

Basis for the claim:   ROYALTY PAYMENT IN SUSPENSE

Is the claim subject to offset?
☑ No
☐ Yes

---

**PetroShare Corp.**
_____
Debtor Name

**19-17633**
_____
Case Number (if known)

| **Part 2:** | **All Creditors with NONPRIORITY Unsecured Claims** |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

**Amount of Claim**

| 3.25 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $23,795.00 |
|---|---|---|---|

**s300**   ATP OILFIELD SERVICES LLC
1247 FACTORY DR
FORT LUPTON, CO  80621-2810

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:   TRADE PAYABLE

Last 4 digts of account number

Is the claim subject to offset?
☑ No
☐ Yes

---

| 3.26 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $620.25 |
|---|---|---|---|

**s456**   AUDREY L HLAUS FAMILY TRUST
PO BOX 151
WILSON, KS  67490-0151

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:   ROYALTY PAYMENT IN SUSPENSE

Last 4 digts of account number

Is the claim subject to offset?
☑ No
☐ Yes

---

| 3.27 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $3,660.57 |
|---|---|---|---|

**s326**   BAKER HUGHES
PO BOX 301057
DALLAS, TX  75303-1057

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:   TRADE PAYABLE

Last 4 digts of account number

Is the claim subject to offset?
☑ No
☐ Yes

---

| 3.28 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $4,298.12 |
|---|---|---|---|

**s398**   BANK OF NEW YORK, TRUSTEE
C/O COUNTRYWIDE HOME LOANS
400 COUNTRYWIDE WAY
SIMI VALLEY, CA  93065

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:   ROYALTY PAYMENT IN SUSPENSE

Last 4 digts of account number

Is the claim subject to offset?
☑ No
☐ Yes

---

**PetroShare Corp.**

**19-17633**

Debtor Name

Case Number (if known)

| **Part 2:** | **All Creditors with NONPRIORITY Unsecured Claims** |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.  If no additional PRIORITY creditors exist, do not fill out or submit this page.

Amount of Claim

---

**3.29**    Nonpriority creditor's name and mailing address

s429    BARRACO FAMILY TRUST DATED 03/22/2010
15435 EMPORIA ST
BRIGHTON, CO  80602-5627

As of the petition filing date, the claim is:

Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

$1,669.83

Date or dates debt was incurred

Last 4 digts of account number

Basis for the claim:   ROYALTY PAYMENT IN SUSPENSE

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.30**    Nonpriority creditor's name and mailing address

s312    BARRY VOIGT
148 PIN HIGH CIR
HENDERSON, NV  89074-8347

As of the petition filing date, the claim is:

Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

$10,175.00

Date or dates debt was incurred

Last 4 digts of account number

Basis for the claim:   TRADE PAYABLE

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.31**    Nonpriority creditor's name and mailing address

s229    BART MACGILLIVRAY
ATTN: ERIC DUNCAN
DENVER, CO  80218

As of the petition filing date, the claim is:

Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

$150,000.00

Date or dates debt was incurred

Last 4 digts of account number

Basis for the claim:   MONEY LOANED - NOTEHOLDER

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.32**    Nonpriority creditor's name and mailing address

s128    BCS CAPITAL LLC
KATHERINE BARTON
657 ADAMS ST
DENVER, CO  80206-3929

As of the petition filing date, the claim is:

Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

$5,000.00

Date or dates debt was incurred

Last 4 digts of account number

Basis for the claim:   MONEY LOANED - NOTEHOLDER

Is the claim subject to offset?
☑ No
☐ Yes

---

Official Form 206E/F      **Schedule E/F: Creditors Who Have Unsecured Claims**      page 9 of 152

**PetroShare Corp.**
_____

Debtor Name

**19-17633**
_____

Case Number (if known)

| **Part 2:** | **All Creditors with NONPRIORITY Unsecured Claims** |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.  If no additional PRIORITY creditors exist, do not fill out or submit this page.

**Amount of Claim**

| | | |
|---|---|---|
| 3.33 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $36.98 |
| s601 | BEATRICE MAURER TRAUTMANN<br>16821 SMOKEY POINT BLVD #222<br>ARLINGTON, WA  98223 | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date or dates debt was incurred | Basis for the claim:   ROYALTY PAYMENT IN SUSPENSE | |
| | Last 4 digts of account number | Is the claim subject to offset?<br>☑ No<br>☐ Yes | |

| | | |
|---|---|---|
| 3.34 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $25,000.00 |
| s202 | BERNARD AND JUDITH RAITER<br>PO BOX 696<br>GRAND ISLAND, NE  68802-0696 | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date or dates debt was incurred | Basis for the claim:   MONEY LOANED - NOTEHOLDER | |
| | Last 4 digts of account number | Is the claim subject to offset?<br>☑ No<br>☐ Yes | |

| | | |
|---|---|---|
| 3.35 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $50,000.00 |
| s184 | BERNARD J MCNEIL<br>3870 S 176TH AVE<br>OMAHA, NE  68130-2223 | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date or dates debt was incurred | Basis for the claim:   MONEY LOANED - NOTEHOLDER | |
| | Last 4 digts of account number | Is the claim subject to offset?<br>☑ No<br>☐ Yes | |

| | | |
|---|---|---|
| 3.36 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $42.33 |
| s592 | BERNARD KAHN<br>PO BOX 1323<br>CONROE, TX  77305 | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date or dates debt was incurred | Basis for the claim:   ROYALTY PAYMENT IN SUSPENSE | |
| | Last 4 digts of account number | Is the claim subject to offset?<br>☑ No<br>☐ Yes | |

**PetroShare Corp.**
_____

Debtor Name

**19-17633**
_____

Case Number (if known)

| Part 2: | All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.  If no additional PRIORITY creditors exist, do not fill out or submit this page.

**Amount of Claim**

| 3.37 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $100,000.00 |
|---|---|---|---|
| s115 | BETH ANN REID LIVING TRUST<br>211 HARBOUR DR<br>NAPLES, FL  34103-4027 | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date or dates debt was incurred | Basis for the claim:   MONEY LOANED - NOTEHOLDER | |
| | Last 4 digts of account number | Is the claim subject to offset?<br>☑ No<br>☐ Yes | |

| 3.38 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $218.41 |
|---|---|---|---|
| s483 | BETTY JO LOTT<br>5579 S WINDERMERE ST<br>APT #104<br>LITTLETON, CO  80120 | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date or dates debt was incurred | Basis for the claim:   ROYALTY PAYMENT IN SUSPENSE | |
| | Last 4 digts of account number | Is the claim subject to offset?<br>☑ No<br>☐ Yes | |

| 3.39 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.39 |
|---|---|---|---|
| s712 | BEVERLY D BERNARD LIVING TRUST<br>285 S 21ST PL<br>BRIGHTON, CO  80601 | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date or dates debt was incurred | Basis for the claim:   ROYALTY PAYMENT IN SUSPENSE | |
| | Last 4 digts of account number | Is the claim subject to offset?<br>☑ No<br>☐ Yes | |

| 3.40 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $100,000.00 |
|---|---|---|---|
| s142 | BILL M CONRAD<br>5385 VESSEY RD<br>COLORADO SPRINGS, CO  8098 | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date or dates debt was incurred | Basis for the claim:   MONEY LOANED - NOTEHOLDER | |
| | Last 4 digts of account number | Is the claim subject to offset?<br>☑ No<br>☐ Yes | |

**PetroShare Corp.**
_____
Debtor Name

**19-17633**
_____
Case Number (if known)

| Part 2: | All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.  If no additional PRIORITY creditors exist, do not fill out or submit this page.

**Amount of Claim**

| 3.41 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $98.69 |
|---|---|---|---|
| s507 | BILL M SCALES ESTATE<br>JOHN SCALES EXECUTOR<br>605 TEXAS AVE<br>AUSTIN, TX  78705 | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date or dates debt was incurred | Basis for the claim:   ROYALTY PAYMENT IN SUSPENSE | |
| | Last 4 digts of account number | Is the claim subject to offset?<br>☑ No<br>☐ Yes | |

| 3.42 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $59.75 |
|---|---|---|---|
| s560 | BLACK STONE MINERALS CO LP<br>PO BOX 301267<br>DALLAS, TX  75303-1267 | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date or dates debt was incurred | Basis for the claim:   ROYALTY PAYMENT IN SUSPENSE | |
| | Last 4 digts of account number | Is the claim subject to offset?<br>☑ No<br>☐ Yes | |

| 3.43 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $239.00 |
|---|---|---|---|
| s345 | BLINDSHINE<br>4570 IRONTON ST<br>DENVER, CO  80239-2917 | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date or dates debt was incurred | Basis for the claim:   TRADE PAYABLE | |
| | Last 4 digts of account number | Is the claim subject to offset?<br>☑ No<br>☐ Yes | |

| 3.44 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $28.72 |
|---|---|---|---|
| s630 | BLUEBIRD ENERGY PARTNERS LLC<br>9055 E MINERAL CIR STE 110<br>CENTENNIAL, CO  80112 | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date or dates debt was incurred | Basis for the claim:   ROYALTY PAYMENT IN SUSPENSE | |
| | Last 4 digts of account number | Is the claim subject to offset?<br>☑ No<br>☐ Yes | |

Official Form 206E/F                    Schedule E/F: Creditors Who Have Unsecured Claims                    page 12 of 152

**PetroShare Corp.**
_____
Debtor Name

**19-17633**
_____
Case Number (if known)

| Part 2: | All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.  If no additional PRIORITY creditors exist, do not fill out or submit this page.

**Amount of Claim**

| 3.45 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $1.22 |
|---|---|---|---|

s705    BOB HILL
6196 S CARSON ST
CENTENNIAL, CO  80111-6070

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Last 4 digts of account number

Basis for the claim:   ROYALTY PAYMENT IN SUSPENSE

Is the claim subject to offset?
☑ No
☐ Yes

---

| 3.46 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $97.57 |
|---|---|---|---|

s510    BOB HILL
6196 S CARSON STREET
ENGLEWOOD, CO  80111-6070

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Last 4 digts of account number

Basis for the claim:   ROYALTY PAYMENT IN SUSPENSE

Is the claim subject to offset?
☑ No
☐ Yes

---

| 3.47 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $58.79 |
|---|---|---|---|

s566    BOLEY LIVING TRUST
FARMERS NATIONAL CO, AGENT
OIL & GAS DEPT
PO BOX 3480
OMAHA, NE  68103-0480

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Last 4 digts of account number

Basis for the claim:   ROYALTY PAYMENT IN SUSPENSE

Is the claim subject to offset?
☑ No
☐ Yes

---

| 3.48 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $27,202.44 |
|---|---|---|---|

s373    BOONE PETROLEUM INC
15501 WEST COUNTY ROAD 750 S
DALEVILLE, IN  47334

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Last 4 digts of account number

Basis for the claim:   ROYALTY PAYMENT IN SUSPENSE

Is the claim subject to offset?
☑ No
☐ Yes

---

**PetroShare Corp.**
_____
Debtor Name

**19-17633**
_____
Case Number (if known)

| **Part 2:** | **All Creditors with NONPRIORITY Unsecured Claims** |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the
previous page.  If no additional PRIORITY creditors exist, do not fill out or submit this page.

**Amount of Claim**

---

| 3.49 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $25,000.00 |

**s144**

BRANT DEMUTH
9879 SARA GULCH CIR
PARKER, CO  80138-7863

Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Last 4 digts of account number

Basis for the claim:   MONEY LOANED - NOTEHOLDER

Is the claim subject to offset?
- ☑ No
- ☐ Yes

---

| 3.50 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $25,000.00 |

**s178**

BRETT MAAS
15879 N 80TH ST # 204
SCOTTSDALE, AZ  85260-1951

Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Last 4 digts of account number

Basis for the claim:   MONEY LOANED - NOTEHOLDER

Is the claim subject to offset?
- ☑ No
- ☐ Yes

---

| 3.51 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $98.11 |

**s352**

BRIAN H WERT
3333 E FLORIDA AVE # 38
DENVER, CO  80210-2541

Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Last 4 digts of account number

Basis for the claim:   TRADE PAYABLE

Is the claim subject to offset?
- ☑ No
- ☐ Yes

---

| 3.52 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $50,000.00 |

**s187**

BRIAN J MORGAN
2551 S GARFIELD ST
DENVER, CO  80210-5618

Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Last 4 digts of account number

Basis for the claim:   MONEY LOANED - NOTEHOLDER

Is the claim subject to offset?
- ☑ No
- ☐ Yes

---

**PetroShare Corp.**                                                                    **19-17633**

Debtor Name                                                                    Case Number (if known)

| **Part 2:** | **All Creditors with NONPRIORITY Unsecured Claims** |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the
previous page.  If no additional PRIORITY creditors exist, do not fill out or submit this page.                    **Amount of Claim**

| 3.53 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $31.41 |
|---|---|---|---|
| s622 | BRIAN M RICHARD<br>5410 AGANA DR<br>SANTA BARBARA, CA  93111 | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date or dates debt was incurred | Basis for the claim:   ROYALTY PAYMENT IN SUSPENSE | |
| | Last 4 digts of account number | Is the claim subject to offset?<br>☑ No<br>☐ Yes | |

| 3.54 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $50,000.00 |
|---|---|---|---|
| s118 | BRIAN MCMAHON<br>PO BOX 2431<br>GRAND ISLAND, NE  68802-2431 | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date or dates debt was incurred | Basis for the claim:   MONEY LOANED - NOTEHOLDER | |
| | Last 4 digts of account number | Is the claim subject to offset?<br>☑ No<br>☐ Yes | |

| 3.55 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $50,000.00 |
|---|---|---|---|
| s199 | BRIAN POLAND<br>622 6TH AVE<br>ST LIBORY, NE  68872-2847 | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date or dates debt was incurred | Basis for the claim:   MONEY LOANED - NOTEHOLDER | |
| | Last 4 digts of account number | Is the claim subject to offset?<br>☑ No<br>☐ Yes | |

| 3.56 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $44.41 |
|---|---|---|---|
| s590 | BRIAN S & KIMBERLY L SEMS<br>16570 COLUMBINE STREET<br>BRIGHTON, CO  80602 | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date or dates debt was incurred | Basis for the claim:   ROYALTY PAYMENT IN SUSPENSE | |
| | Last 4 digts of account number | Is the claim subject to offset?<br>☑ No<br>☐ Yes | |

**PetroShare Corp.**

**19-17633**
_____

Debtor Name

Case Number (if known)

| Part 2: | All Creditors with NONPRIORITY Unsecured Claims |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

**Amount of Claim**

---

| 3.57 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $75,000.00 |

s135  BROTHERS LLC
9427 E 51ST DR
DENVER, CO  80238-3791

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:   MONEY LOANED - NOTEHOLDER

Last 4 digts of account number

Is the claim subject to offset?
☑ No
☐ Yes

---

| 3.58 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $180.40 |

s489  BRYCE BREDEHOFT TRUSTEE - DEC
UNKNOWN ADDRESS
UNKNOWN, DE

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:   ROYALTY PAYMENT IN SUSPENSE

Last 4 digts of account number

Is the claim subject to offset?
☑ No
☐ Yes

---

| 3.59 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $16,350.00 |

s308  CADENCE ENERGY SERVICES LLC
1332 51ST AVE CT
GREELEY, CO  80634-2119

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:   TRADE PAYABLE

Last 4 digts of account number

Is the claim subject to offset?
☑ No
☐ Yes

---

| 3.60 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $800.11 |

s449  CALVIN ENTERPRISES INC
7353 BRAUN ST
ARVADA, CO  80005

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:   ROYALTY PAYMENT IN SUSPENSE

Last 4 digts of account number

Is the claim subject to offset?
☑ No
☐ Yes

---

**PetroShare Corp.**
_____
Debtor Name

**19-17633**
_____
Case Number (if known)

| Part 2: | All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.  If no additional PRIORITY creditors exist, do not fill out or submit this page.

**Amount of Claim**

| 3.61 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $4,249.96 |
|---|---|---|---|

**s399**   CARL B FRIIS
5074 MAIN GORE DRIVE S
UNIT B
VAIL, CO  81657

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Last 4 digts of account number

Basis for the claim:   ROYALTY PAYMENT IN SUSPENSE

Is the claim subject to offset?
☑ No
☐ Yes

---

| 3.62 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $10.79 |
|---|---|---|---|

**s670**   CARLA M PETERS
1500 NORTHCREST DR
WACO, TX  76710

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Last 4 digts of account number

Basis for the claim:   ROYALTY PAYMENT IN SUSPENSE

Is the claim subject to offset?
☑ No
☐ Yes

---

| 3.63 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $15,830.90 |
|---|---|---|---|

**s378**   CAROL M MONACO AND JAMES J REISERT
15200 CLINTON ST
BRIGHTON, CO  80602

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Last 4 digts of account number

Basis for the claim:   ROYALTY PAYMENT IN SUSPENSE

Is the claim subject to offset?
☑ No
☐ Yes

---

| 3.64 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $589.71 |
|---|---|---|---|

**s457**   CAROLYN LOBATO-BLEIDT
1703 DESTINTO COURT
PORT ORANGE, FL  32128

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Last 4 digts of account number

Basis for the claim:   ROYALTY PAYMENT IN SUSPENSE

Is the claim subject to offset?
☑ No
☐ Yes

---

**PetroShare Corp.**
_____
Debtor Name

**19-17633**
_____
Case Number (if known)

| Part 2: | All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.  If no additional PRIORITY creditors exist, do not fill out or submit this page.

**Amount of Claim**

| 3.65 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $44.85 |
|---|---|---|---|

s589    **CARROLL MARCUS**
**9965 WCR 2**
**BRIGHTON, CO  80603**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Last 4 digts of account number

Basis for the claim:   ROYALTY PAYMENT IN SUSPENSE

Is the claim subject to offset?
☑ No
☐ Yes

---

| 3.66 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $103.42 |
|---|---|---|---|

s502    **CARSON H INMAN TRUST**
**C/O JOHN E NATION, TRUSTEE**
**13610 S 177TH WEST AVE**
**KELLYVILLE, OK  74039-3701**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Last 4 digts of account number

Basis for the claim:   ROYALTY PAYMENT IN SUSPENSE

Is the claim subject to offset?
☑ No
☐ Yes

---

| 3.67 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $358,635.76 |
|---|---|---|---|

s284    **CARTEL DRILLING LLC**
**PO BOX 3186**
**MILLS, WY  82644-6186**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Last 4 digts of account number

Basis for the claim:   TRADE PAYABLE

Is the claim subject to offset?
☑ No
☐ Yes

---

| 3.68 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $1.68 |
|---|---|---|---|

s700    **CATHERINE SUE JARMIN**
**9744 E 158TH PL**
**BRIGHTON, CO  80602**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Last 4 digts of account number

Basis for the claim:   ROYALTY PAYMENT IN SUSPENSE

Is the claim subject to offset?
☑ No
☐ Yes

---

**PetroShare Corp.**

Debtor Name

**19-17633**

Case Number (if known)

| Part 2: | All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.  If no additional PRIORITY creditors exist, do not fill out or submit this page.

**Amount of Claim**

---

| 3.69 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $4.61 |
|---|---|---|---|
| s685 | CAYETANO COLMENERO<br>CHRISTINA COLMENERA-FERNANDEZ JT<br>16480 FILMORE STREET<br>BRIGHTON, CO  80602 | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |

Date or dates debt was incurred

Last 4 digts of account number

Basis for the claim:   ROYALTY PAYMENT IN SUSPENSE

Is the claim subject to offset?
☑ No
☐ Yes

---

| 3.70 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.71 |
|---|---|---|---|
| s708 | CENTENNIAL ROYALTY JV<br>5000 PLAZA ON THE LAKE STE 250<br>AUSTIN, TX  78746 | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |

Date or dates debt was incurred

Last 4 digts of account number

Basis for the claim:   ROYALTY PAYMENT IN SUSPENSE

Is the claim subject to offset?
☑ No
☐ Yes

---

| 3.71 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $257,456.98 |
|---|---|---|---|
| s365 | CFW RESOURCES LLC<br>9635 MAROON CIR STE 400<br>ENGLEWOOD, CO  80112-6149 | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |

Date or dates debt was incurred

Last 4 digts of account number

Basis for the claim:   INTERCOMPANY
                       INTERCOMPANY

Is the claim subject to offset?
☐ No
☑ Yes

---

| 3.72 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,429.38 |
|---|---|---|---|
| s434 | CHAD CAHILL AND LORI L CAHILL<br>8960 E 153RD AVE<br>BRIGHTON, CO  80602-5616 | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |

Date or dates debt was incurred

Last 4 digts of account number

Basis for the claim:   ROYALTY PAYMENT IN SUSPENSE

Is the claim subject to offset?
☑ No
☐ Yes

---

**PetroShare Corp.**

19-17633

Debtor Name

Case Number (if known)

---

| Part 2: | All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.  If no additional PRIORITY creditors exist, do not fill out or submit this page.

**Amount of Claim**

---

**3.73** Nonpriority creditor's name and mailing address

s175  CHAD KRULL
1111 S STEELE ST
DENVER, CO  80210-2035

As of the petition filing date, the claim is:    $25,000.00

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Last 4 digts of account number

Basis for the claim:   MONEY LOANED - NOTEHOLDER

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.74** Nonpriority creditor's name and mailing address

s411  CHAD T POWELL
3417 HOOKIPA PL
KIHEI, HI  96753

As of the petition filing date, the claim is:    $2,568.65

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Last 4 digts of account number

Basis for the claim:   ROYALTY PAYMENT IN SUSPENSE

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.75** Nonpriority creditor's name and mailing address

s539  CHAMPLIN RESOURCES LLC
C/O CHAMPLIN EXPLORATION INC
PO DRAWER 3488
ENID, OK  73702-3488

As of the petition filing date, the claim is:    $72.51

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Last 4 digts of account number

Basis for the claim:   ROYALTY PAYMENT IN SUSPENSE

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.76** Nonpriority creditor's name and mailing address

s640  CHARLOTTE L ADELAND
C/O ROBERT SCOTT
C/O ROBERT SCOTT
10305 SPRING GREEN DRIVE
ENGLEWOOD, CO  80112

As of the petition filing date, the claim is:    $22.17

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Last 4 digts of account number

Basis for the claim:   ROYALTY PAYMENT IN SUSPENSE

Is the claim subject to offset?
☑ No
☐ Yes

---

Official Form 206E/F          Schedule E/F: Creditors Who Have Unsecured Claims                 page 20 of 152

**PetroShare Corp.**
_____
Debtor Name

**19-17633**
_____
Case Number (if known)

| Part 2: | All Creditors with NONPRIORITY Unsecured Claims |
|---------|--------------------------------------------------|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the
previous page.  If no additional PRIORITY creditors exist, do not fill out or submit this page.          **Amount of Claim**

| 3.77 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $88.06 |
|------|--------------------------------------------------|------------------------------------------------|--------|

**s522**   CHARLOTTE SMITH
4800 WILLIAMSBURG PLACE
AMARILLO, TX  79119

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Last 4 digts of account number

Basis for the claim:   ROYALTY PAYMENT IN SUSPENSE

Is the claim subject to offset?
☑ No
☐ Yes

---

| 3.78 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $63.86 |
|------|--------------------------------------------------|------------------------------------------------|--------|

**s551**   CHAS-MAR PARTNERS LTD
C/O ROBERT J ZARLENGO
11907 W 48TH AVE STE A
WHEAT RIDGE, CO  80033

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Last 4 digts of account number

Basis for the claim:   ROYALTY PAYMENT IN SUSPENSE

Is the claim subject to offset?
☑ No
☐ Yes

---

| 3.79 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $30,000.00 |
|------|--------------------------------------------------|------------------------------------------------|------------|

**s97**   CHRISTOPHER PUSEY
619 AUGUSTA DR
LOUISVILLE, CO  80027-3282

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Last 4 digts of account number

Basis for the claim:   MONEY LOANED - NOTEHOLDER

Is the claim subject to offset?
☑ No
☐ Yes

---

| 3.80 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $60.28 |
|------|--------------------------------------------------|------------------------------------------------|--------|

**s557**   CHRISTOPHER W GRENEMYER
10485 E TELLURIDE CT
COMMERCE CITY, CO  80022

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Last 4 digts of account number

Basis for the claim:   ROYALTY PAYMENT IN SUSPENSE

Is the claim subject to offset?
☑ No
☐ Yes

---

**PetroShare Corp.**

**19-17633**

Debtor Name

Case Number (if known)

| Part 2: | All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.  If no additional PRIORITY creditors exist, do not fill out or submit this page.

**Amount of Claim**

| 3.81 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.14 |
|---|---|---|---|
| s721 | CIMMARON RESOURCES INC<br>3600 S YOSEMITE STREET SUITE 320<br>DENVER, CO  80237 | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date or dates debt was incurred | Basis for the claim:   ROYALTY PAYMENT IN SUSPENSE | |
| | Last 4 digts of account number | Is the claim subject to offset?<br>☑ No<br>☐ Yes | |

| 3.82 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $3,417.02 |
|---|---|---|---|
| s406 | CLARICE E SHOOK<br>1036 JUNKINS LOOP<br>WESTCLIFFE, CO  81252-9006 | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date or dates debt was incurred | Basis for the claim:   ROYALTY PAYMENT IN SUSPENSE | |
| | Last 4 digts of account number | Is the claim subject to offset?<br>☑ No<br>☐ Yes | |

| 3.83 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $25,000.00 |
|---|---|---|---|
| s129 | CLAUDE E BERRECKMAN<br>1604 B ST<br>COZAD, NE  69130-1600 | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date or dates debt was incurred | Basis for the claim:   MONEY LOANED - NOTEHOLDER | |
| | Last 4 digts of account number | Is the claim subject to offset?<br>☑ No<br>☐ Yes | |

| 3.84 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $400,000.00 |
|---|---|---|---|
| s227 | CLEM BORKOWSKI<br>ASI CAPITAL<br>9475 BRIAR VILLAGE PT #220<br>COLORADO SPRINGS, CO  80920-7908 | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date or dates debt was incurred | Basis for the claim:   MONEY LOANED - NOTEHOLDER | |
| | Last 4 digts of account number | Is the claim subject to offset?<br>☑ No<br>☐ Yes | |

PetroShare Corp.                                                                    19-17633

Debtor Name                                                          Case Number (if known)

| Part 2: | All Creditors with NONPRIORITY Unsecured Claims |
|---------|------------------------------------------------|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.  If no additional PRIORITY creditors exist, do not fill out or submit this page.                    **Amount of Claim**

| 3.85 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $93.89 |
|------|---|---|---|
| s517 | CLEO FAJARDO<br>15921 ELMIRA ST<br>BRIGHTON, CO  80601 | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |

Date or dates debt was incurred

Last 4 digts of account number

Basis for the claim:   ROYALTY PAYMENT IN SUSPENSE

Is the claim subject to offset?
☑ No
☐ Yes

| 3.86 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $87.74 |
|------|---|---|---|
| s523 | CLIFFORD S WAGNER<br>638 WELD COUNTY ROAD 19<br>BRIGHTON, CO  80603 | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |

Date or dates debt was incurred

Last 4 digts of account number

Basis for the claim:   ROYALTY PAYMENT IN SUSPENSE

Is the claim subject to offset?
☑ No
☐ Yes

| 3.87 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $99.18 |
|------|---|---|---|
| s506 | CLIFFORD W STRATTON JR<br>5215 CENTER STREET, #206<br>WILLIAMSBURG, VA  23188 | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |

Date or dates debt was incurred

Last 4 digts of account number

Basis for the claim:   ROYALTY PAYMENT IN SUSPENSE

Is the claim subject to offset?
☑ No
☐ Yes

| 3.88 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $36.98 |
|------|---|---|---|
| s602 | CLINTON & TERI STEVENS<br>2530 EAST 165TH AVENUE<br>BRIGHTON, CO  80601-7606 | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |

Date or dates debt was incurred

Last 4 digts of account number

Basis for the claim:   ROYALTY PAYMENT IN SUSPENSE

Is the claim subject to offset?
☑ No
☐ Yes

**PetroShare Corp.**                                                                    **19-17633**

Debtor Name                                                                    Case Number (if known)

| **Part 2:** | **All Creditors with NONPRIORITY Unsecured Claims** |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the
previous page.  If no additional PRIORITY creditors exist, do not fill out or submit this page.                 **Amount of Claim**

---

| 3.89 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $250.00 |
|---|---|---|---|

s344   COLORADO DEPARTMENT OF PUBLIC HEALTH
       4300 CHERRY CREEK DR S
       DENVER, CO  80246-1530

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred                    Basis for the claim:   TRADE PAYABLE

Last 4 digts of account number

Is the claim subject to offset?
☑ No
☐ Yes

---

| 3.90 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.15 |
|---|---|---|---|

s718   COLORADO MINERAL RESOURCES LLC
       71 HALLBROOK WAY
       THE WOODLANDS, TX  77389

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred                    Basis for the claim:   ROYALTY PAYMENT IN SUSPENSE

Last 4 digts of account number

Is the claim subject to offset?
☑ No
☐ Yes

---

| 3.91 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $50.20 |
|---|---|---|---|

s581   COLORADO PROPERTY INVESTMENTS INC
       7501 VILLAGE SQUARE DR NO 205
       CASTLE ROCK, CO  80108

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred                    Basis for the claim:   ROYALTY PAYMENT IN SUSPENSE

Last 4 digts of account number

Is the claim subject to offset?
☑ No
☐ Yes

---

| 3.92 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $240.00 |
|---|---|---|---|

s37    COMCAST
       PO BOX 60533
       CITY OF INDUSTRY, CA  91716-0533

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred                    Basis for the claim:   UTILITIES
                                                                          TELELCOMMUNICATION SERVICES
Last 4 digts of account number

Is the claim subject to offset?
☑ No
☐ Yes

---

**PetroShare Corp.**

Debtor Name

**19-17633**

Case Number (if known)

| **Part 2:** | **All Creditors with NONPRIORITY Unsecured Claims** |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the
previous page.  If no additional PRIORITY creditors exist, do not fill out or submit this page.

**Amount of Claim**

---

| 3.93 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $36,867.50 |
|---|---|---|---|

s296 **COMPLETE ENERGY SERVICES INC**
PO BOX 201653
DALLAS, TX  75320-1653

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:   TRADE PAYABLE

Last 4 digts of account number

Is the claim subject to offset?
☑ No
☐ Yes

---

| 3.94 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $12.00 |
|---|---|---|---|

s38 **CONTINENTAL**
41 S GRANT AVENUE
COLUMBUS, OH  43215-3979

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:   UTILITIES
TELECOMMUNICATION SERVICES

Last 4 digts of account number

Is the claim subject to offset?
☑ No
☐ Yes

---

| 3.95 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $1.24 |
|---|---|---|---|

s704 **COPPER TRAIL ENERGY FUND I LP**
621 17TH ST STE 1001
DENVER, CO  80293

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:   ROYALTY PAYMENT IN SUSPENSE

Last 4 digts of account number

Is the claim subject to offset?
☑ No
☐ Yes

---

| 3.96 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,172.00 |
|---|---|---|---|

s332 **CORE-TECH WIRELINE SERVICES LLC**
DEPT #112, PO BOX 701683
TULSA, OK  74170

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:   TRADE PAYABLE

Last 4 digts of account number

Is the claim subject to offset?
☑ No
☐ Yes

---

**PetroShare Corp.**
_____
Debtor Name

**19-17633**
_____
Case Number (if known)

| Part 2: | All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.  If no additional PRIORITY creditors exist, do not fill out or submit this page.

**Amount of Claim**

| | | | |
|---|---|---|---|
| 3.97 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $150.00 |
| s348 | CORPORATE STOCK TRANSFER<br>3200 CHERRY CREEK DR S STE 430<br>DENVER, CO  80209-3246 | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date or dates debt was incurred | Basis for the claim:   TRADE PAYABLE | |
| | Last 4 digts of account number | Is the claim subject to offset?<br>☑ No<br>☐ Yes | |

| | | | |
|---|---|---|---|
| 3.98 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $17,053.62 |
| s307 | COVENANT TESTING TECHNOLOGIES LLC<br>PO BOX 733809<br>DALLAS, TX  75373-3809 | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date or dates debt was incurred | Basis for the claim:   TRADE PAYABLE | |
| | Last 4 digts of account number | Is the claim subject to offset?<br>☑ No<br>☐ Yes | |

| | | | |
|---|---|---|---|
| 3.99 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $25,000.00 |
| s190 | CRAIG NETTLETON<br>13118 MERCURY DR<br>LONE TREE, CO  80124-2926 | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date or dates debt was incurred | Basis for the claim:   MONEY LOANED - NOTEHOLDER | |
| | Last 4 digts of account number | Is the claim subject to offset?<br>☑ No<br>☐ Yes | |

| | | | |
|---|---|---|---|
| 3.100 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $938.92 |
| s439 | CRAIG T SCOTT<br>11695 BIRCH DR<br>THORNTON, CO  80233 | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date or dates debt was incurred | Basis for the claim:   ROYALTY PAYMENT IN SUSPENSE | |
| | Last 4 digts of account number | Is the claim subject to offset?<br>☑ No<br>☐ Yes | |

**PetroShare Corp.**                                                    **19-17633**

Debtor Name                                                  Case Number (if known)

| **Part 2:** | All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the
previous page.  If no additional PRIORITY creditors exist, do not fill out or submit this page.                    **Amount of Claim**

---

| 3.101 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $3,650.05 |
|---|---|---|---|
| s327 | CSI COMPRESSCO OPERATING LLC<br>PO BOX 840082<br>DALLAS, TX  75284-0082 | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date or dates debt was incurred | Basis for the claim:   TRADE PAYABLE | |
| | Last 4 digts of account number | Is the claim subject to offset?<br>☑ No<br>☐ Yes | |

---

| 3.102 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | UNKNOWN |
|---|---|---|---|
| s45 | CTAP, LLC<br>C/O WELBORN SULLIVAN MECK & TOOLEY, P C<br>ATTN: KEITH D TOOLEY<br>1125 17TH STREET, SUITE 2200<br>DENVER, CO  80202-2024 | Check all that apply.<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed | |
| | Date or dates debt was incurred | Basis for the claim:   LITIGATION | |
| | Last 4 digts of account number | Is the claim subject to offset?<br>☑ No<br>☐ Yes | |

---

| 3.103 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,521.60 |
|---|---|---|---|
| s431 | CURTIS G PAVLOCK<br>15215 AKRON ST<br>BRIGHTON, CO  80602 | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date or dates debt was incurred | Basis for the claim:   ROYALTY PAYMENT IN SUSPENSE | |
| | Last 4 digts of account number | Is the claim subject to offset?<br>☑ No<br>☐ Yes | |

---

| 3.104 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $82.77 |
|---|---|---|---|
| s527 | CYNTHIA M SAFE<br>1607 HAMPTON AVE<br>REDWOOD CITY, CA  94061-2606 | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date or dates debt was incurred | Basis for the claim:   ROYALTY PAYMENT IN SUSPENSE | |
| | Last 4 digts of account number | Is the claim subject to offset?<br>☑ No<br>☐ Yes | |

---

**PetroShare Corp.**                                                                                    **19-17633**

Debtor Name                                                                          Case Number (if known)

| Part 2: | All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the
previous page.  If no additional PRIORITY creditors exist, do not fill out or submit this page.                              **Amount of Claim**

---

| 3.105 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $20.29 |
|---|---|---|---|

s647       DAN BURKE
           311 SOUTH 22ND AVE                     Check all that apply.
           BRIGHTON, CO  80601                    ☐ Contingent
                                                  ☐ Unliquidated
                                                  ☐ Disputed

           Date or dates debt was incurred        Basis for the claim:   ROYALTY PAYMENT IN SUSPENSE

           Last 4 digts of account number
                                                  Is the claim subject to offset?
                                                  ☑ No
                                                  ☐ Yes

---

| 3.106 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.04 |
|---|---|---|---|

s729       DAN L SCHWARTZ
           PO BOX 271309                          Check all that apply.
           FT COLLINS, CO  80527                  ☐ Contingent
                                                  ☐ Unliquidated
                                                  ☐ Disputed

           Date or dates debt was incurred        Basis for the claim:   ROYALTY PAYMENT IN SUSPENSE

           Last 4 digts of account number
                                                  Is the claim subject to offset?
                                                  ☑ No
                                                  ☐ Yes

---

| 3.107 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $75.77 |
|---|---|---|---|

s537       DANFORD-CHAMPLIN FARMS LTD
           PO BOX 1066                            Check all that apply.
           ENID, OK  73702                        ☐ Contingent
                                                  ☐ Unliquidated
                                                  ☐ Disputed

           Date or dates debt was incurred        Basis for the claim:   ROYALTY PAYMENT IN SUSPENSE

           Last 4 digts of account number
                                                  Is the claim subject to offset?
                                                  ☑ No
                                                  ☐ Yes

---

| 3.108 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $276.74 |
|---|---|---|---|

s479       DANIEL A KOEHLER AND CARLA J KOEHLER
           9347 E 153RD AVE                       Check all that apply.
           BRIGHTON, CO  80602                    ☐ Contingent
                                                  ☐ Unliquidated
                                                  ☐ Disputed

           Date or dates debt was incurred        Basis for the claim:   ROYALTY PAYMENT IN SUSPENSE

           Last 4 digts of account number
                                                  Is the claim subject to offset?
                                                  ☑ No
                                                  ☐ Yes

---

**PetroShare Corp.**

Debtor Name

**19-17633**

Case Number (if known)

| **Part 2:** | **All Creditors with NONPRIORITY Unsecured Claims** |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.  If no additional PRIORITY creditors exist, do not fill out or submit this page.

Amount of Claim

| 3.109 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $76,000.00 |

s176

DANIEL LANGER
8487 SAND DOLLAR DR
WINDSOR, CO  80528-8604

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:   MONEY LOANED - NOTEHOLDER

Last 4 digts of account number

Is the claim subject to offset?
☑ No
☐ Yes

---

| 3.110 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $54.92 |

s575

DARLENE J SACK
190 CHERRY PLACE
BRIGHTON, CO  80601

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:   ROYALTY PAYMENT IN SUSPENSE

Last 4 digts of account number

Is the claim subject to offset?
☑ No
☐ Yes

---

| 3.111 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,732.93 |

s418

DAVID & MARTHA BEISEL
467 CHAMBERLIN DR
MANCHESTER, MO  63021

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:   ROYALTY PAYMENT IN SUSPENSE

Last 4 digts of account number

Is the claim subject to offset?
☑ No
☐ Yes

---

| 3.112 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $25,000.00 |

s119

DAVID A WELTON & STEPHANIE K WELTON JT TEN
3975 S PINEHURST CIRCLE
DENVER, CO  80235-3124

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:   MONEY LOANED - NOTEHOLDER

Last 4 digts of account number

Is the claim subject to offset?
☑ No
☐ Yes

---

**PetroShare Corp.**
_____
Debtor Name

**19-17633**
_____
Case Number (if known)

| Part 2: | All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.  If no additional PRIORITY creditors exist, do not fill out or submit this page.

**Amount of Claim**

| 3.113 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $50,000.00 |
|---|---|---|---|

**s204**

DAVID C REID
1700 BASSETT ST #2303
DENVER, CO  80202-1946

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:   MONEY LOANED - NOTEHOLDER

Last 4 digts of account number

Is the claim subject to offset?
☑ No
☐ Yes

---

| 3.114 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $36.98 |
|---|---|---|---|

**s600**

DAVID D & LOIS A MOGLER
3175 E 165TH AVE
BRIGHTON, CO  80602

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:   ROYALTY PAYMENT IN SUSPENSE

Last 4 digts of account number

Is the claim subject to offset?
☑ No
☐ Yes

---

| 3.115 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $299.74 |
|---|---|---|---|

**s475**

DAVID GRUTHOFF
9457 E 153RD AVE
BRIGHTON, CO  80602

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:   ROYALTY PAYMENT IN SUSPENSE

Last 4 digts of account number

Is the claim subject to offset?
☑ No
☐ Yes

---

| 3.116 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $100,000.00 |
|---|---|---|---|

**s120**

DAVID KERR
25510 MC DONALD RD
SPRING, TX  77380-2314

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:   MONEY LOANED - NOTEHOLDER

Last 4 digts of account number

Is the claim subject to offset?
☑ No
☐ Yes

---

**PetroShare Corp.**                                                                           **19-17633**

Debtor Name                                                                        Case Number (if known)

| Part 2: | All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the
previous page.  If no additional PRIORITY creditors exist, do not fill out or submit this page.               **Amount of Claim**

---

| 3.117 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $175,000.00 |
|---|---|---|---|

**s188**     DAVID MORGAN
PO BOX 664
LIBERTY LAKE, WA  99019-0664

Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Date or dates debt was incurred                     Basis for the claim:   MONEY LOANED - NOTEHOLDER

Last 4 digts of account number

Is the claim subject to offset?
- [x] No
- [ ] Yes

---

| 3.118 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $737.78 |
|---|---|---|---|

**s452**     DAVID PAUL OSGOOD AND JENNIFER ANN OSGOOD
9507 E 153RD AVE
BRIGHTON, CO  80602

Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Date or dates debt was incurred                     Basis for the claim:   ROYALTY PAYMENT IN SUSPENSE

Last 4 digts of account number

Is the claim subject to offset?
- [x] No
- [ ] Yes

---

| 3.119 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $100,000.00 |
|---|---|---|---|

**s189**     DAVID S NAGELBERG REVOCABLE TRUST DTD 7/2/03
939 COAST BLVD UNIT 21 DE
LA JOLLA, CA  92037-4128

Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Date or dates debt was incurred                     Basis for the claim:   MONEY LOANED - NOTEHOLDER

Last 4 digts of account number

Is the claim subject to offset?
- [x] No
- [ ] Yes

---

| 3.120 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.14 |
|---|---|---|---|

**s720**     DAVID W OCKER & KRISTINE E OCKER
9885 E 158TH PL
BRIGHTON, CO  80602

Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Date or dates debt was incurred                     Basis for the claim:   ROYALTY PAYMENT IN SUSPENSE

Last 4 digts of account number

Is the claim subject to offset?
- [x] No
- [ ] Yes

---

**PetroShare Corp.**
_____
Debtor Name

**19-17633**
_____
Case Number (if known)

| Part 2: | All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the
previous page.  If no additional PRIORITY creditors exist, do not fill out or submit this page.

**Amount of Claim**

---

| 3.121 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $58.94 |
|---|---|---|---|

s563   DAVID WESLEY GREENWALD
PO BOX 241
QUINCY, FL  32353

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Last 4 digts of account number

Basis for the claim:   ROYALTY PAYMENT IN SUSPENSE

Is the claim subject to offset?
☑ No
☐ Yes

---

| 3.122 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $50,000.00 |
|---|---|---|---|

s110   DAVID WITSELL (#131)
108 GLENDALE DR
CHAPEL HILL, NC  27514-5910

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Last 4 digts of account number

Basis for the claim:   MONEY LOANED - NOTEHOLDER

Is the claim subject to offset?
☑ No
☐ Yes

---

| 3.123 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $50,000.00 |
|---|---|---|---|

s95   DEAN PISCIOTTA
ADDRESS UNAVAILABLE AT TIME OF FILING

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Last 4 digts of account number

Basis for the claim:   MONEY LOANED - NOTEHOLDER

Is the claim subject to offset?
☑ No
☐ Yes

---

| 3.124 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $8,792.49 |
|---|---|---|---|

s390   DEGENHART MINERALS LLC
PATRICIA K MURRAY AND EUGENE BOLLIG
21 NORTH 1ST AVENUE #200
BRIGHTON, CO  80601

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Last 4 digts of account number

Basis for the claim:   ROYALTY PAYMENT IN SUSPENSE

Is the claim subject to offset?
☑ No
☐ Yes

---

**PetroShare Corp.**

Debtor Name

Case Number (if known)

| Part 2: | All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the
previous page.  If no additional PRIORITY creditors exist, do not fill out or submit this page.

Amount of Claim

---

**3.125**    Nonpriority creditor's name and mailing address    As of the petition filing date, the claim is:    $351.68

s469    **DEGENHART MINERALS LLC**
**PATRICIA MURRAY & BYRON BOLLIG**
**CO-MANAGERS**
**21 NORTH 1ST AVENUE STE 200**
**BRIGHTON, CO  80601**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:   ROYALTY PAYMENT IN SUSPENSE

Last 4 digts of account number

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.126**    Nonpriority creditor's name and mailing address    As of the petition filing date, the claim is:    $344.20

s470    **DEGENHART OIL & GAS LLC**
**PATRICIA K MURRAY &**
**EUGENE P BOLLIG CO MANAGERS**
**21 NORTH 1ST AVE SUITE 200**
**BRIGHTON, CO  80621**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:   ROYALTY PAYMENT IN SUSPENSE

Last 4 digts of account number

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.127**    Nonpriority creditor's name and mailing address    As of the petition filing date, the claim is:    $2,346.47

s412    **DEL RIO ROYALTY COMPANY, LLC**
**3400 S BROADWAY STE 100**
**ENGLEWOOD, CO  80113-2525**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:   ROYALTY PAYMENT IN SUSPENSE

Last 4 digts of account number

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.128**    Nonpriority creditor's name and mailing address    As of the petition filing date, the claim is:    $20,000.00

s140    **DENISE CERNY**
**1605 N 141ST AVE**
**OMAHA, NE  68154-3861**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:   MONEY LOANED - NOTEHOLDER

Last 4 digts of account number

Is the claim subject to offset?
☑ No
☐ Yes

---

**PetroShare Corp.**                                                                    **19-17633**

Debtor Name                                                                    Case Number (if known)

| **Part 2:** | **All Creditors with NONPRIORITY Unsecured Claims** |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the
previous page.  If no additional PRIORITY creditors exist, do not fill out or submit this page.                    **Amount of Claim**

| 3.129 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $6.94 |
|---|---|---|---|
| s677 | DENNIS BURKE<br>2201 SKEL STREET<br>BRIGHTON, CO  80601 | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date or dates debt was incurred | Basis for the claim:   ROYALTY PAYMENT IN SUSPENSE | |
| | Last 4 digts of account number | Is the claim subject to offset?<br>☑ No<br>☐ Yes | |

| 3.130 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $41.52 |
|---|---|---|---|
| s593 | DENNIS G THOMPSON & PATRICIA K THOMPSON<br>15740 ELMIRA ST<br>BRIGHTON, CO  80601 | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date or dates debt was incurred | Basis for the claim:   ROYALTY PAYMENT IN SUSPENSE | |
| | Last 4 digts of account number | Is the claim subject to offset?<br>☑ No<br>☐ Yes | |

| 3.131 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $12,893.48 |
|---|---|---|---|
| s384 | DEUTSCHE BANK NATIONAL TRUST COMPANY<br>TRUSTEE FOR FREMONT HOME TRUST 2006-1<br>C/O PREMIER ASSET SERVICES<br>7485 NEW HORIZON WAY<br>FREDERICK, MD  21703 | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date or dates debt was incurred | Basis for the claim:   ROYALTY PAYMENT IN SUSPENSE | |
| | Last 4 digts of account number | Is the claim subject to offset?<br>☑ No<br>☐ Yes | |

| 3.132 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $19,179.72 |
|---|---|---|---|
| s376 | DIANE KAMIDOI<br>9670 E 153RD AVE<br>BRIGHTON, CO  80602 | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date or dates debt was incurred | Basis for the claim:   ROYALTY PAYMENT IN SUSPENSE | |
| | Last 4 digts of account number | Is the claim subject to offset?<br>☑ No<br>☐ Yes | |

**PetroShare Corp.**

**19-17633**

Debtor Name

Case Number (if known)

| Part 2: | All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.  If no additional PRIORITY creditors exist, do not fill out or submit this page.

**Amount of Claim**

---

| 3.133 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.12 |
|---|---|---|---|

s723   DIOS DEL MAR ROYALTY HOLDING CO LL
PO BOX 621128
LITTLETON, CO  80162

Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:   ROYALTY PAYMENT IN SUSPENSE

Last 4 digts of account number

Is the claim subject to offset?
- ☑ No
- ☐ Yes

---

| 3.134 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $131.71 |
|---|---|---|---|

s497   **DO NOT MAIL - BAD ADDRESS**
**HODGE LESTER BLEIDT**
**119 MARCY DRIVE**
**WHITNEY, TX  76692-7542**

Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:   ROYALTY PAYMENT IN SUSPENSE

Last 4 digts of account number

Is the claim subject to offset?
- ☑ No
- ☐ Yes

---

| 3.135 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,674.85 |
|---|---|---|---|

s408   **DO NOT MAIL**
**KATHRYN A MAY**
**9987 E 159TH AVE**
**BRIGHTON, CO  80602-5686**

Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:   ROYALTY PAYMENT IN SUSPENSE

Last 4 digts of account number

Is the claim subject to offset?
- ☑ No
- ☐ Yes

---

| 3.136 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,674.85 |
|---|---|---|---|

s409   **DO NOT MAIL**
**MICHAEL R PEACOCK**
**9987 E 159TH AVE**
**BRIGHTON, CO  80602-5686**

Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:   ROYALTY PAYMENT IN SUSPENSE

Last 4 digts of account number

Is the claim subject to offset?
- ☑ No
- ☐ Yes

---

**PetroShare Corp.**                                                                        **19-17633**

Debtor Name                                                                        Case Number (if known)

| Part 2: | All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the
previous page.  If no additional PRIORITY creditors exist, do not fill out or submit this page.                      **Amount of Claim**

| 3.137 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $53.71 |
|---|---|---|---|

s578   DONALD E WOLFE
       156 PINE LAKE DRIVE
       WHISPERING PINES, NC  28327

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred          Basis for the claim:   ROYALTY PAYMENT IN SUSPENSE

Last 4 digts of account number

Is the claim subject to offset?
☑ No
☐ Yes

| 3.138 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $42.63 |
|---|---|---|---|

s591   DONALD IRVING HITESHEW
       1162 MADONNA ROAD
       SAN LUIS OBISPO, CA  93405

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred          Basis for the claim:   ROYALTY PAYMENT IN SUSPENSE

Last 4 digts of account number

Is the claim subject to offset?
☑ No
☐ Yes

| 3.139 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,698.63 |
|---|---|---|---|

s423   DONALD J GILPATRICK & PHYLLIS J GILPATRICK
       10049 E 159TH PL
       BRIGHTON, CO  80602

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred          Basis for the claim:   ROYALTY PAYMENT IN SUSPENSE

Last 4 digts of account number

Is the claim subject to offset?
☑ No
☐ Yes

| 3.140 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $79.58 |
|---|---|---|---|

s533   DONALD K GASPAR
       303 RD 161
       PINE BLUFFS, WY  82082

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred          Basis for the claim:   ROYALTY PAYMENT IN SUSPENSE

Last 4 digts of account number

Is the claim subject to offset?
☑ No
☐ Yes

**PetroShare Corp.**

Debtor Name

**19-17633**

Case Number (if known)

| **Part 2:** | **All Creditors with NONPRIORITY Unsecured Claims** |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.  If no additional PRIORITY creditors exist, do not fill out or submit this page.

**Amount of Claim**

---

| 3.141 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $9.52 |

s674

DONALD L & SHERRY A DINKEL
15187 N MADISON ST
BRIGHTON, CO  80601

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Last 4 digts of account number

Basis for the claim:   ROYALTY PAYMENT IN SUSPENSE

Is the claim subject to offset?
☑ No
☐ Yes

---

| 3.142 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $87.60 |

s525

DONALD N CHEW
15475 HAVANA
BRIGHTON, CO  80602

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Last 4 digts of account number

Basis for the claim:   ROYALTY PAYMENT IN SUSPENSE

Is the claim subject to offset?
☑ No
☐ Yes

---

| 3.143 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $430.42 |

s342

DONNELLEY FINANCIAL, LLC
PO BOX 842282
BOSTON, MA  02284-2282

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Last 4 digts of account number

Basis for the claim:   TRADE PAYABLE

Is the claim subject to offset?
☑ No
☐ Yes

---

| 3.144 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $368.94 |

s467

DOUGLAS A INGERSON AND JULIE K INGERSON
15230 CLINTON ST
BRIGHTON, CO  80602

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Last 4 digts of account number

Basis for the claim:   ROYALTY PAYMENT IN SUSPENSE

Is the claim subject to offset?
☑ No
☐ Yes

---

**PetroShare Corp.**

**19-17633**

Debtor Name

Case Number (if known)

| Part 2: | All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.  If no additional PRIORITY creditors exist, do not fill out or submit this page.

**Amount of Claim**

---

**3.145**    Nonpriority creditor's name and mailing address      As of the petition filing date, the claim is:      $50,000.00

**s177**    **DOUGLAS MICHAEL LEAFGREN**
**1170 GRAYHAWK RD**
**EATON, CO  80615-9009**

Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred      Basis for the claim:  MONEY LOANED - NOTEHOLDER

Last 4 digts of account number

Is the claim subject to offset?
- ☑ No
- ☐ Yes

---

**3.146**    Nonpriority creditor's name and mailing address      As of the petition filing date, the claim is:      $50,000.00

**s161**    **DOUGLAS R AND KERRY HARRIS**
**PO BOX 940**
**PAONIA, CO  81428-0940**

Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred      Basis for the claim:  MONEY LOANED - NOTEHOLDER

Last 4 digts of account number

Is the claim subject to offset?
- ☑ No
- ☐ Yes

---

**3.147**    Nonpriority creditor's name and mailing address      As of the petition filing date, the claim is:      $214,608.24

**s289**    **DOWNHOLE TECHNOLOGY**
**12450 CUTTEN RD**
**HOUSTON, TX  77066-1806**

Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred      Basis for the claim:  TRADE PAYABLE

Last 4 digts of account number

Is the claim subject to offset?
- ☑ No
- ☐ Yes

---

**3.148**    Nonpriority creditor's name and mailing address      As of the petition filing date, the claim is:      $371.05

**s466**    **DUANE L & GLORIA ROSE**
**2750 EAST 165TH AVENUE**
**BRIGHTON, CO  80601-7606**

Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred      Basis for the claim:  ROYALTY PAYMENT IN SUSPENSE

Last 4 digts of account number

Is the claim subject to offset?
- ☑ No
- ☐ Yes

---

**PetroShare Corp.**
_____
Debtor Name

**19-17633**
_____
Case Number (if known)

| **Part 2:** | **All Creditors with NONPRIORITY Unsecured Claims** |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the
previous page.  If no additional PRIORITY creditors exist, do not fill out or submit this page.

Amount of Claim

| 3.149 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $187,281.57 |

s370   E CAPITAL LOAN SPV VIII, LLC
1401 FOCH ST
STE 140
FORT WORTH, TX  76107

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:   ROYALTY PAYMENT IN SUSPENSE

Last 4 digts of account number

Is the claim subject to offset?
☑ No
☐ Yes

---

| 3.150 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $50,000.00 |

s211   E DWIGHT SCHMITT
ATTN: ERIC DUNCAN
DENVER, CO  80218

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:   MONEY LOANED - NOTEHOLDER

Last 4 digts of account number

Is the claim subject to offset?
☑ No
☐ Yes

---

| 3.151 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $50,000.00 |

s139   ED CERKOVNIK
5977 S NOME ST
ENGLEWOOD, CO  80111-5833

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:   MONEY LOANED - NOTEHOLDER

Last 4 digts of account number

Is the claim subject to offset?
☑ No
☐ Yes

---

| 3.152 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $50,000.00 |

s149   EDGAR ARTHUR BROWN
1200 BURLINGTON
NORTH KANSAS CITY, MO  64116-4023

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:   MONEY LOANED - NOTEHOLDER

Last 4 digts of account number

Is the claim subject to offset?
☑ No
☐ Yes

---

**PetroShare Corp.**

**19-17633**

Debtor Name

Case Number (if known)

| | |
|---|---|
| **Part 2:** | **All Creditors with NONPRIORITY Unsecured Claims** |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.  If no additional PRIORITY creditors exist, do not fill out or submit this page.

**Amount of Claim**

---

| 3.153 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $68.98 |
|---|---|---|---|
| s550 | EDWARD WOLFE AND DELORIS WOLFE<br>2014 S SANDCREST LOOP<br>NAMPA, ID  83686-9682 | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date or dates debt was incurred | Basis for the claim:   ROYALTY PAYMENT IN SUSPENSE | |
| | Last 4 digts of account number | Is the claim subject to offset?<br>☑ No<br>☐ Yes | |

---

| 3.154 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $25,905.00 |
|---|---|---|---|
| s298 | EIDE BAILLY LLP<br>7001 E BELLEVIEW AVE STE700<br>DENVER, CO  80237-2733 | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date or dates debt was incurred | Basis for the claim:   TRADE PAYABLE | |
| | Last 4 digts of account number | Is the claim subject to offset?<br>☑ No<br>☐ Yes | |

---

| 3.155 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $18.51 |
|---|---|---|---|
| s650 | EILEEN D MCCLAY<br>8201 KETTLE DRUM STREET<br>COLORADO SPRINGS, CO  80922 | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date or dates debt was incurred | Basis for the claim:   ROYALTY PAYMENT IN SUSPENSE | |
| | Last 4 digts of account number | Is the claim subject to offset?<br>☑ No<br>☐ Yes | |

---

| 3.156 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,963.85 |
|---|---|---|---|
| s415 | ELDRED LEE BOULDIN<br>15860 ELMIRA ST<br>BRIGHTON, CO  80602 | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date or dates debt was incurred | Basis for the claim:   ROYALTY PAYMENT IN SUSPENSE | |
| | Last 4 digts of account number | Is the claim subject to offset?<br>☑ No<br>☐ Yes | |

---

Official Form 206E/F                    Schedule E/F: Creditors Who Have Unsecured Claims

**PetroShare Corp.**
_____
Debtor Name

**19-17633**
_____
Case Number (if known)

| **Part 2:** | **All Creditors with NONPRIORITY Unsecured Claims** |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the
previous page.  If no additional PRIORITY creditors exist, do not fill out or submit this page.                    **Amount of Claim**

| 3.157 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $116,227.28 |
|---|---|---|---|

s292   ELEMENT SERVICES LLC
       20207 LEOLA WAY
       EATON, CO  80615-9146

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred              Basis for the claim:   TRADE PAYABLE

Last 4 digts of account number

Is the claim subject to offset?
☑ No
☐ Yes

| 3.158 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $97.87 |
|---|---|---|---|

s509   ELLA R TUCKER
       4301 MARTIN LUTHER KING BLVD
       DENVER, CO  80207-1826

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred              Basis for the claim:   ROYALTY PAYMENT IN SUSPENSE

Last 4 digts of account number

Is the claim subject to offset?
☑ No
☐ Yes

| 3.159 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $49.93 |
|---|---|---|---|

s583   ELMER E OESTMAN JR &
       KAY O OESTMAN
       3620 WEST 10TH STREET #B404
       GREELEY, CO  80634

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred              Basis for the claim:   ROYALTY PAYMENT IN SUSPENSE

Last 4 digts of account number

Is the claim subject to offset?
☑ No
☐ Yes

| 3.160 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $53.71 |
|---|---|---|---|

s577   ELSIE D HAHN
       3372 BAYFIELD DRIVE
       LOVELAND, CO  80538

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred              Basis for the claim:   ROYALTY PAYMENT IN SUSPENSE

Last 4 digts of account number

Is the claim subject to offset?
☑ No
☐ Yes

**PetroShare Corp.**

**19-17633**

Debtor Name

Case Number (if known)

| Part 2: | All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.  If no additional PRIORITY creditors exist, do not fill out or submit this page.

**Amount of Claim**

---

**3.161** Nonpriority creditor's name and mailing address

s331

EMPACT ANALYTICAL SYSTEMS INC
365 S MAIN ST
BRIGHTON, CO  80601

As of the petition filing date, the claim is:

Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:   TRADE PAYABLE

Last 4 digts of account number

Is the claim subject to offset?
- ☑ No
- ☐ Yes

$2,848.00

---

**3.162** Nonpriority creditor's name and mailing address

s340

ENSIGN UNITED STATES DRILLING INC
PO BOX 17805
DENVER, CO  80217-0805

As of the petition filing date, the claim is:

Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:   TRADE PAYABLE

Last 4 digts of account number

Is the claim subject to offset?
- ☑ No
- ☐ Yes

$553.50

---

**3.163** Nonpriority creditor's name and mailing address

s632

ERIC RETZER
2561 EAST 165TH AVENUE
BRIGTHON, CO  80601-7605

As of the petition filing date, the claim is:

Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:   ROYALTY PAYMENT IN SUSPENSE

Last 4 digts of account number

Is the claim subject to offset?
- ☑ No
- ☐ Yes

$27.75

---

**3.164** Nonpriority creditor's name and mailing address

s493

ERIC SHAFFER AKA ERIC LYNN SHAFFER &
SARAH SHAFFER AKA SARAH LYN SHAFFER
9661 E 151ST PL
BRIGHTON, CO  80602

As of the petition filing date, the claim is:

Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:   ROYALTY PAYMENT IN SUSPENSE

Last 4 digts of account number

Is the claim subject to offset?
- ☑ No
- ☐ Yes

$163.18

---

Official Form 206E/F

Schedule E/F: Creditors Who Have Unsecured Claims

**PetroShare Corp.**
_____
Debtor Name

**19-17633**
_____
Case Number (if known)

| **Part 2:** | **All Creditors with NONPRIORITY Unsecured Claims** |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the
previous page.  If no additional PRIORITY creditors exist, do not fill out or submit this page.

**Amount of Claim**

| 3.165 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $63.61 |
|---|---|---|---|

**s552**   ERICA MITCHELL
3452 NW VAUGHN ST
PORTLAND, OR  97210

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Last 4 digts of account number

Basis for the claim:   ROYALTY PAYMENT IN SUSPENSE

Is the claim subject to offset?
☑ No
☐ Yes

---

| 3.166 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $31.41 |
|---|---|---|---|

**s621**   ERIK C RICHARD AND ANGELA A RICHARD
15255 FLORENCE ST
BRIGHTON, CO  80602-5625

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Last 4 digts of account number

Basis for the claim:   ROYALTY PAYMENT IN SUSPENSE

Is the claim subject to offset?
☑ No
☐ Yes

---

| 3.167 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $15.64 |
|---|---|---|---|

**s658**   ERIK C RICHARD
15255 FLORENCE ST
BRIGHTON, CO  80602-5625

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Last 4 digts of account number

Basis for the claim:   ROYALTY PAYMENT IN SUSPENSE

Is the claim subject to offset?
☑ No
☐ Yes

---

| 3.168 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $34.16 |
|---|---|---|---|

**s617**   ERN LIMITED PARTNERSHIP
C/O ERNEST P ZARLENGO
2550 E FLORA PL
DENVER, CO  80210

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Last 4 digts of account number

Basis for the claim:   ROYALTY PAYMENT IN SUSPENSE

Is the claim subject to offset?
☑ No
☐ Yes

---

**PetroShare Corp.**
_____
Debtor Name

**19-17633**
_____
Case Number (if known)

| Part 2: | All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.  If no additional PRIORITY creditors exist, do not fill out or submit this page.

**Amount of Claim**

| | | | |
|---|---|---|---|
| 3.169 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $58.00 |
| s567 | ERROL J MCBRIDE<br>4880 W DIVISION RD<br>CRAWFORDSVILLE, IN  47933 | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date or dates debt was incurred | Basis for the claim:   ROYALTY PAYMENT IN SUSPENSE | |
| | Last 4 digts of account number | Is the claim subject to offset?<br>☑ No<br>☐ Yes | |

| | | | |
|---|---|---|---|
| 3.170 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $57.00 |
| s569 | ESTATE OF RAYMOND HALVERSON<br>SHERYL L AMORY, PERSONAL REP<br>4197 S MOBILE CIR UNIT C<br>AURORA, CO  80013 | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date or dates debt was incurred | Basis for the claim:   ROYALTY PAYMENT IN SUSPENSE | |
| | Last 4 digts of account number | Is the claim subject to offset?<br>☑ No<br>☐ Yes | |

| | | | |
|---|---|---|---|
| 3.171 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $82.77 |
| s528 | EUGENE L DECHANT JR<br>7535 EAST PEAKVIEW AVENUE<br>APT 524<br>CENTENNIAL, CO  80111 | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date or dates debt was incurred | Basis for the claim:   ROYALTY PAYMENT IN SUSPENSE | |
| | Last 4 digts of account number | Is the claim subject to offset?<br>☑ No<br>☐ Yes | |

| | | | |
|---|---|---|---|
| 3.172 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $13,370.87 |
| s310 | EVOLUTION COMPLETIONS, INC.<br>409 8TH AVE E<br>WILLISTON, ND  58801-5522 | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date or dates debt was incurred | Basis for the claim:   TRADE PAYABLE | |
| | Last 4 digts of account number | Is the claim subject to offset?<br>☑ No<br>☐ Yes | |

**PetroShare Corp.**

**19-17633**

Debtor Name

Case Number (if known)

| Part 2: | All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

**Amount of Claim**

---

| 3.173 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $505,975.63 |
|---|---|---|---|

**s282**

EXCELL SERVICES LLC
ATTN: ANDREW R. WEAVER
36629 US HIGHWAY 385
WRAY, CO  80758-9608

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:   TRADE PAYABLE

Last 4 digts of account number

Is the claim subject to offset?
☑ No
☐ Yes

---

| 3.174 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $42.50 |
|---|---|---|---|

**s353**

EXPEDITION WATER SOLUTIONS COLORADO LLC
2015 CLUBHOUSE DR STE 201
GREELEY, CO  80634-3651

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:   TRADE PAYABLE

Last 4 digts of account number

Is the claim subject to offset?
☑ No
☐ Yes

---

| 3.175 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $89.63 |
|---|---|---|---|

**s520**

EXTRACTION OIL & GAS INC
370 17TH ST STE 5300
DENVER, CO  80202-5653

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:   ROYALTY PAYMENT IN SUSPENSE

Last 4 digts of account number

Is the claim subject to offset?
☑ No
☐ Yes

---

| 3.176 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,680.85 |
|---|---|---|---|

**s426**

F H BRINKERHOFF TRUST U/A DATED 12/12/17
9785 E 158TH PL
BRIGHTON, CO  80602

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:   ROYALTY PAYMENT IN SUSPENSE

Last 4 digts of account number

Is the claim subject to offset?
☑ No
☐ Yes

---

**PetroShare Corp.**

**19-17633**

Debtor Name

Case Number (if known)

| Part 2: | All Creditors with NONPRIORITY Unsecured Claims |
| --- | --- |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.  If no additional PRIORITY creditors exist, do not fill out or submit this page.

**Amount of Claim**

---

| 3.177 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $48.07 |
| --- | --- | --- | --- |

s586

F KIRK JOHNSON IV
C/O FROST BANK, AGENT
MINERAL ASSET MANAGEMENT, T-6
PO BOX 1600
SAN ANTONIO, TX  78296

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:   ROYALTY PAYMENT IN SUSPENSE

Last 4 digts of account number

Is the claim subject to offset?
☑ No
☐ Yes

---

| 3.178 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $15,781.30 |
| --- | --- | --- | --- |

s379

FANNIE MAE AKA FEDERAL NATIONAL
MORTGAGE ASSOCIATION
13455 NOEL RD, SUITE 600
DALLAS, TX  75240

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:   ROYALTY PAYMENT IN SUSPENSE

Last 4 digts of account number

Is the claim subject to offset?
☑ No
☐ Yes

---

| 3.179 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $17.39 |
| --- | --- | --- | --- |

s654

FIONA LAMB & PETER M GEELAN
2560 E 165TH AVENUE
BRIGHTON, CO  80602

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:   ROYALTY PAYMENT IN SUSPENSE

Last 4 digts of account number

Is the claim subject to offset?
☑ No
☐ Yes

---

| 3.180 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $27.06 |
| --- | --- | --- | --- |

s633

FLOOS INC
PO BOX 2769
HOBBS, NM  88241-2769

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:   ROYALTY PAYMENT IN SUSPENSE

Last 4 digts of account number

Is the claim subject to offset?
☑ No
☐ Yes

---

**PetroShare Corp.**

Debtor Name

**19-17633**

Case Number (if known)

| Part 2: | All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.  If no additional PRIORITY creditors exist, do not fill out or submit this page.

Amount of Claim

---

**3.181**

**s39**

Nonpriority creditor's name and mailing address

FLUENSTREAM
1028 PARK AVENUE W
DENVER, CO  80205-2604

Date or dates debt was incurred

Last 4 digts of account number

As of the petition filing date, the claim is:

Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   UTILITIES
TELECOMMUNICATION SEVICES

Is the claim subject to offset?
☑ No
☐ Yes

$290.00

---

**3.182**

**s664**

Nonpriority creditor's name and mailing address

FO LTD
C/O ANTARA RESOURCES INC
800 GESSNER ROAD SUITE 895
HOUSTON, TX  77024-4266

Date or dates debt was incurred

Last 4 digts of account number

As of the petition filing date, the claim is:

Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   ROYALTY PAYMENT IN SUSPENSE

Is the claim subject to offset?
☑ No
☐ Yes

$13.26

---

**3.183**

**s476**

Nonpriority creditor's name and mailing address

FOSTER WELL SERVICE INC
PO BOX 1323
CONROE, TX  77305

Date or dates debt was incurred

Last 4 digts of account number

As of the petition filing date, the claim is:

Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   ROYALTY PAYMENT IN SUSPENSE

Is the claim subject to offset?
☑ No
☐ Yes

$288.78

---

**3.184**

**s460**

Nonpriority creditor's name and mailing address

FRANCIS ENERGY INC
1707 61ST AVE STE 101
GREELEY, CO  80634

Date or dates debt was incurred

Last 4 digts of account number

As of the petition filing date, the claim is:

Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   ROYALTY PAYMENT IN SUSPENSE

Is the claim subject to offset?
☑ No
☐ Yes

$491.96

---

**PetroShare Corp.**                                                    **19-17633**

Debtor Name                                                    Case Number (if known)

| Part 2: | All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the
previous page.  If no additional PRIORITY creditors exist, do not fill out or submit this page.                          **Amount of Claim**

---

| 3.185 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $71.99 |
|---|---|---|---|
| s544 | FRANK G & BEVERLY D SHEPHERD<br>3491 KELLOGG PL<br>WESTMINSTER, CO  80031 | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date or dates debt was incurred | Basis for the claim:   ROYALTY PAYMENT IN SUSPENSE | |
| | Last 4 digts of account number | Is the claim subject to offset?<br>☑ No<br>☐ Yes | |

---

| 3.186 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $25,000.00 |
|---|---|---|---|
| s105 | FRANK L JENNINGS<br>18623 WAGON TRAIL<br>MEAD, CO  80542-8005 | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date or dates debt was incurred | Basis for the claim:   MONEY LOANED - NOTEHOLDER | |
| | Last 4 digts of account number | Is the claim subject to offset?<br>☑ No<br>☐ Yes | |

---

| 3.187 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,698.58 |
|---|---|---|---|
| s424 | FRANK STRAFACE & JULIE STRAFACE<br>9984 E 158TH PL<br>BRIGHTON, CO  80601 | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date or dates debt was incurred | Basis for the claim:   ROYALTY PAYMENT IN SUSPENSE | |
| | Last 4 digts of account number | Is the claim subject to offset?<br>☑ No<br>☐ Yes | |

---

| 3.188 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $50,000.00 |
|---|---|---|---|
| s223 | FREDERICK J WITSELL ROLLOVER IRA<br>6901 S YOSEMITE ST STE 26<br>CENTENNIAL, CO  80112-1442 | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date or dates debt was incurred | Basis for the claim:   MONEY LOANED - NOTEHOLDER | |
| | Last 4 digts of account number | Is the claim subject to offset?<br>☑ No<br>☐ Yes | |

---

**PetroShare Corp.**

Debtor Name

**19-17633**

Case Number (if known)

| **Part 2:** | **All Creditors with NONPRIORITY Unsecured Claims** |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.  If no additional PRIORITY creditors exist, do not fill out or submit this page.                    **Amount of Claim**

| | | | |
|---|---|---|---|
| 3.189 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $17,500.00 |
| s109 | FREDERICK J WITSELL<br>PO BOX 2328<br>LITTLETON, CO  80161-2328 | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date or dates debt was incurred | Basis for the claim:   MONEY LOANED - NOTEHOLDER | |
| | Last 4 digts of account number | Is the claim subject to offset?<br>☑ No<br>☐ Yes | |

| | | | |
|---|---|---|---|
| 3.190 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $142.59 |
| s350 | FREDERICK J WITSELL<br>PO BOX 2328<br>LITTLETON, CO  80161-2328 | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date or dates debt was incurred | Basis for the claim:   TRADE PAYABLE | |
| | Last 4 digts of account number | Is the claim subject to offset?<br>☑ No<br>☐ Yes | |

| | | | |
|---|---|---|---|
| 3.191 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $25,000.00 |
| s111 | FREDO P KILLING<br>12922 CUPCAKE HEIGHTS<br>COLORADO SPRINGS, CO  80921-1309 | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date or dates debt was incurred | Basis for the claim:   MONEY LOANED - NOTEHOLDER | |
| | Last 4 digts of account number | Is the claim subject to offset?<br>☑ No<br>☐ Yes | |

| | | | |
|---|---|---|---|
| 3.192 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.11 |
| s724 | FREDRICK H AND ELLEN R BRINKERHOFF<br>9785 EAST 158TH PLACE<br>BRIGHTON, CO  80601-8611 | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date or dates debt was incurred | Basis for the claim:   ROYALTY PAYMENT IN SUSPENSE | |
| | Last 4 digts of account number | Is the claim subject to offset?<br>☑ No<br>☐ Yes | |

**PetroShare Corp.**                                                              **19-17633**

Debtor Name                                                                      Case Number (if known)

| **Part 2:** | **All Creditors with NONPRIORITY Unsecured Claims** |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the
previous page.  If no additional PRIORITY creditors exist, do not fill out or submit this page.                    **Amount of Claim**

---

| 3.193 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $23,068.75 |
|---|---|---|---|
| s302 | FRONT RANGE LINE SERVICES LLC<br>3002 69TH AVE PL<br>GREELEY, CO  80634-8965 | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |

Date or dates debt was incurred                     Basis for the claim:   TRADE PAYABLE

Last 4 digts of account number

Is the claim subject to offset?
☑ No
☐ Yes

---

| 3.194 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $4,190.00 |
|---|---|---|---|
| s323 | FUZION FIELD SERVICES LLC<br>PO BOX 200638<br>EVANS, CO  80620-0638 | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |

Date or dates debt was incurred                     Basis for the claim:   TRADE PAYABLE

Last 4 digts of account number

Is the claim subject to offset?
☑ No
☐ Yes

---

| 3.195 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,200,000.00 |
|---|---|---|---|
| s152 | GARDNER LEWIS EVENT DRIVEN FUND LP<br>285 WILMINGTON-WEST CHESTER PIKE<br>CHADDS FORD, PA  19317-9039 | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |

Date or dates debt was incurred                     Basis for the claim:   MONEY LOANED - NOTEHOLDER

Last 4 digts of account number

Is the claim subject to offset?
☑ No
☐ Yes

---

| 3.196 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $75,000.00 |
|---|---|---|---|
| s108 | GARY C HUBER<br>2101 EAST EUCLID AVE<br>CENTENNIAL, CO  80121-2711 | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |

Date or dates debt was incurred                     Basis for the claim:   MONEY LOANED - NOTEHOLDER

Last 4 digts of account number

Is the claim subject to offset?
☑ No
☐ Yes

---

**PetroShare Corp.**

Debtor Name

**19-17633**

Case Number (if known)

| Part 2: | All Creditors with NONPRIORITY Unsecured Claims |
|---------|--------------------------------------------------|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.  If no additional PRIORITY creditors exist, do not fill out or submit this page.

**Amount of Claim**

---

| 3.197 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $25,000.00 |
|-------|--------------------------------------------------|-----------------------------------------------|-----------|

**s185**  GARY MINTZ
15010 JUNIPER CT
GOLDEN, CO  80401-1325

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Last 4 digts of account number

Basis for the claim:   MONEY LOANED - NOTEHOLDER

Is the claim subject to offset?
☑ No
☐ Yes

---

| 3.198 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $276.74 |
|-------|--------------------------------------------------|-----------------------------------------------|---------|

**s478**  GARY R GRAZER AND CARISA D GRAZER
9397 153RD AVE
BRIGHTON, CO  80602

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Last 4 digts of account number

Basis for the claim:   ROYALTY PAYMENT IN SUSPENSE

Is the claim subject to offset?
☑ No
☐ Yes

---

| 3.199 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $38.66 |
|-------|--------------------------------------------------|-----------------------------------------------|--------|

**s596**  GARY R SEMRO
621 17TH STREET SUITE 1445
DENVER, CO  80293

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Last 4 digts of account number

Basis for the claim:   ROYALTY PAYMENT IN SUSPENSE

Is the claim subject to offset?
☑ No
☐ Yes

---

| 3.200 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $3,400.00 |
|-------|--------------------------------------------------|-----------------------------------------------|-----------|

**s328**  GAS OPS LEAK DETECTIVES LLC
PO BOX 545
BURLINGTON, CO  80807-0545

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Last 4 digts of account number

Basis for the claim:   TRADE PAYABLE

Is the claim subject to offset?
☑ No
☐ Yes

---

**PetroShare Corp.**

**19-17633**

Debtor Name

Case Number (if known)

| **Part 2:** | **All Creditors with NONPRIORITY Unsecured Claims** |
| --- | --- |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the
previous page.  If no additional PRIORITY creditors exist, do not fill out or submit this page.

**Amount of Claim**

| | | |
| --- | --- | --- |
| 3.201 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $50.12 |

s582   **GENE R MARLATT**
**2172 S BRENTWOOD STREET**
**LAKEWOOD, CO  80227**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Last 4 digts of account number

Basis for the claim:   ROYALTY PAYMENT IN SUSPENSE

Is the claim subject to offset?
☑ No
☐ Yes

---

| | | |
| --- | --- | --- |
| 3.202 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $699.91 |

s453   **GEORGE BOLLING**
**6660 DELMONICO DR**
**SUITE D289**
**COLORADO SPRINGS, CO  80919**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Last 4 digts of account number

Basis for the claim:   ROYALTY PAYMENT IN SUSPENSE

Is the claim subject to offset?
☑ No
☐ Yes

---

| | | |
| --- | --- | --- |
| 3.203 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $62.42 |

s555   **GEORGE I LINDAHL III**
**3 WATERTON COVE PLACE**
**WOODLANDS, TX  77380**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Last 4 digts of account number

Basis for the claim:   ROYALTY PAYMENT IN SUSPENSE

Is the claim subject to offset?
☑ No
☐ Yes

---

| | | |
| --- | --- | --- |
| 3.204 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.06 |

s728   **GEORGE Z AND DOROTHY JANICH**
**9840 EAST 157TH AVENUE**
**BRIGHTON, CO  80601-8602**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Last 4 digts of account number

Basis for the claim:   ROYALTY PAYMENT IN SUSPENSE

Is the claim subject to offset?
☑ No
☐ Yes

---

**PetroShare Corp.**
_____
Debtor Name

**19-17633**
_____
Case Number (if known)

| Part 2: | All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.  If no additional PRIORITY creditors exist, do not fill out or submit this page.

**Amount of Claim**

| 3.205 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $1.47 |
|---|---|---|---|
| s702 | GERALD R GLYNN & PATRICIA A<br>GLYNN REVOCABLE TR<br>9841 E 157TH AVE<br>BRIGHTON, CO  80602 | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |

Date or dates debt was incurred

Last 4 digts of account number

Basis for the claim:   ROYALTY PAYMENT IN SUSPENSE

Is the claim subject to offset?
☑ No
☐ Yes

| 3.206 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $832.15 |
|---|---|---|---|
| s446 | GILBERT J KUHN<br>PO BOX 1007<br>ZAPATA, TX  78076-1007 | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |

Date or dates debt was incurred

Last 4 digts of account number

Basis for the claim:   ROYALTY PAYMENT IN SUSPENSE

Is the claim subject to offset?
☑ No
☐ Yes

| 3.207 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,568.86 |
|---|---|---|---|
| s410 | GINA M GENTILINI<br>3417 HOOKIPA PL<br>KIHEI, HI  96753 | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |

Date or dates debt was incurred

Last 4 digts of account number

Basis for the claim:   ROYALTY PAYMENT IN SUSPENSE

Is the claim subject to offset?
☑ No
☐ Yes

| 3.208 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $50,000.00 |
|---|---|---|---|
| s154 | GKG INVESTMENTS LLC<br>2401 E 2ND AVE STE 400<br>DENVER, CO  80206-4716 | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |

Date or dates debt was incurred

Last 4 digts of account number

Basis for the claim:   MONEY LOANED - NOTEHOLDER

Is the claim subject to offset?
☑ No
☐ Yes

**Schedule E/F: Creditors Who Have Unsecured Claims**

**PetroShare Corp.**
                                                                    **19-17633**

Debtor Name                                                          Case Number (if known)

| Part 2: | All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.  If no additional PRIORITY creditors exist, do not fill out or submit this page.                                                    **Amount of Claim**

---

**3.209** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $15.67

**s657** | GLENDA MARCHANT CORPORATION
10043 EAST 157TH PLACE
BRIGHTON, CO  80601

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Last 4 digts of account number

Basis for the claim:   ROYALTY PAYMENT IN SUSPENSE

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.210** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $197.58

**s487** | GOLDEN TRIANGLE INDUSTRIESINC
PO BOX 22010
ALBUQUERQUE, NM  87154

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Last 4 digts of account number

Basis for the claim:   ROYALTY PAYMENT IN SUSPENSE

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.211** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,726.25

**s421** | GRACE NEUHAUS RICHARDS FAMILY TRUST
MCALLEN NATIONAL BANK & GRACE NEUHAUS
RICHARDS, CO-TRUSTEES
1801 S MCCOLL RD
MCALLEN, TX  78503

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Last 4 digts of account number

Basis for the claim:   ROYALTY PAYMENT IN SUSPENSE

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.212** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $50,000.00

**s174** | GREGG A KOSTELECKY
6129 S CATHAY CT
AURORA, CO  80016-3828

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Last 4 digts of account number

Basis for the claim:   MONEY LOANED - NOTEHOLDER

Is the claim subject to offset?
☑ No
☐ Yes

---

**PetroShare Corp.**

**19-17633**

Debtor Name

Case Number (if known)

| **Part 2:** | **All Creditors with NONPRIORITY Unsecured Claims** |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

**Amount of Claim**

---

| 3.213 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $25,000.00 |
|---|---|---|---|
| s194 | GREGORY A AND JULIA K PATTERSON<br>9 PLAINVIEW RD<br>COLORADO SPRINGS, CO 80906-4240 | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |

Date or dates debt was incurred

Last 4 digts of account number

Basis for the claim:   MONEY LOANED - NOTEHOLDER

Is the claim subject to offset?
☑ No
☐ Yes

---

| 3.214 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $55.37 |
|---|---|---|---|
| s573 | GREGORY J DILORENZO<br>9295 E 159TH AVE<br>BRIGHTON, CO 80602 | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |

Date or dates debt was incurred

Last 4 digts of account number

Basis for the claim:   ROYALTY PAYMENT IN SUSPENSE

Is the claim subject to offset?
☑ No
☐ Yes

---

| 3.215 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $30,000.00 |
|---|---|---|---|
| s201 | GREGORY PUSEY<br>14855 W WARREN AVE<br>LAKEWOOD, CO 80228-6425 | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |

Date or dates debt was incurred

Last 4 digts of account number

Basis for the claim:   MONEY LOANED - NOTEHOLDER

Is the claim subject to offset?
☑ No
☐ Yes

---

| 3.216 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $6,847.50 |
|---|---|---|---|
| s317 | GULF COAST BANK & TRUST CO FAO TEK LLC<br>PO BOX 731152<br>DALLAS, TX 75373-1152 | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |

Date or dates debt was incurred

Last 4 digts of account number

Basis for the claim:   TRADE PAYABLE

Is the claim subject to offset?
☑ No
☐ Yes

---

**PetroShare Corp.**
_____
Debtor Name

**19-17633**
_____
Case Number (if known)

| Part 2: | All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.  If no additional PRIORITY creditors exist, do not fill out or submit this page.

**Amount of Claim**

| | | |
|---|---|---|
| 3.217 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $25,000.00 |

s158 **GUNSLINGER CAPITAL GROUP INC**
71 SPYGLASS DR
LITTLETON, CO  80123-6658

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Last 4 digts of account number

Basis for the claim:   MONEY LOANED - NOTEHOLDER

Is the claim subject to offset?
☑ No
☐ Yes

---

| 3.218 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $34.78 |

s614 **GUY N MARTIN**
PO BOX 935
CONROE, TX  77305-0935

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Last 4 digts of account number

Basis for the claim:   ROYALTY PAYMENT IN SUSPENSE

Is the claim subject to offset?
☑ No
☐ Yes

---

| 3.219 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $48,718.00 |

s160 **H LEIGH SEVERANCE INC PROFIT SHARING**
14282 E CALEY AVE
AURORA, CO  80016-1090

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Last 4 digts of account number

Basis for the claim:   MONEY LOANED - NOTEHOLDER

Is the claim subject to offset?
☑ No
☐ Yes

---

| 3.220 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $51,282.00 |

s159 **H LEIGH SEVERANCE**
14282 E CALEY AVE
AURORA, CO  80016-1090

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Last 4 digts of account number

Basis for the claim:   MONEY LOANED - NOTEHOLDER

Is the claim subject to offset?
☑ No
☐ Yes

---

**PetroShare Corp.**

**19-17633**

Debtor Name

Case Number (if known)

| Part 2: | All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.  If no additional PRIORITY creditors exist, do not fill out or submit this page.

Amount of Claim

---

**3.221**    Nonpriority creditor's name and mailing address

s395

HABERSHAM ENERGY CO
5600 S QUEBEC STREET SUITE 312A
DENVER, CO  80111

As of the petition filing date, the claim is:       $5,128.19

Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Last 4 digts of account number

Basis for the claim:   ROYALTY PAYMENT IN SUSPENSE

Is the claim subject to offset?
- ☑ No
- ☐ Yes

---

**3.222**    Nonpriority creditor's name and mailing address

s673

HAZEL T NEWTON TRUST
D R NEWTON EXECUTOR
657 HALLELUJAH TRAIL
KELLER, TX  76248

As of the petition filing date, the claim is:       $9.65

Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Last 4 digts of account number

Basis for the claim:   ROYALTY PAYMENT IN SUSPENSE

Is the claim subject to offset?
- ☑ No
- ☐ Yes

---

**3.223**    Nonpriority creditor's name and mailing address

s324

HB RENTALS
DEPT 2131, PO BOX 122131
DALLAS, TX  75312-2131

As of the petition filing date, the claim is:       $4,116.80

Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Last 4 digts of account number

Basis for the claim:   TRADE PAYABLE

Is the claim subject to offset?
- ☑ No
- ☐ Yes

---

**3.224**    Nonpriority creditor's name and mailing address

s538

HC INTERESTS LLC
C/O CHAMPLIN EXPLORATION INC
PO DRAWER 3488
ENID, OK  73702-3488

As of the petition filing date, the claim is:       $72.51

Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Last 4 digts of account number

Basis for the claim:   ROYALTY PAYMENT IN SUSPENSE

Is the claim subject to offset?
- ☑ No
- ☐ Yes

---

**PetroShare Corp.**                                                          **19-17633**

Debtor Name                                                        Case Number (if known)

| Part 2: | All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.  If no additional PRIORITY creditors exist, do not fill out or submit this page.                    **Amount of Claim**

---

**3.225**    Nonpriority creditor's name and mailing address       As of the petition filing date, the claim is:          $63.61

**s553**     HELEN M MATZICK                                       Check all that apply.
             2240 CLAY STREET #606                                 ☐ Contingent
             DENVER, CO  80211                                     ☐ Unliquidated
                                                                   ☐ Disputed

             Date or dates debt was incurred                       Basis for the claim:   ROYALTY PAYMENT IN SUSPENSE

             Last 4 digts of account number
                                                                   Is the claim subject to offset?
                                                                   ☑ No
                                                                   ☐ Yes

---

**3.226**    Nonpriority creditor's name and mailing address       As of the petition filing date, the claim is:          $287.99

**s477**     HELEN MCCOY SLOAN                                      Check all that apply.
                                                                   ☐ Contingent
                                                                   ☐ Unliquidated
                                                                   ☐ Disputed

             Date or dates debt was incurred                       Basis for the claim:   ROYALTY PAYMENT IN SUSPENSE

             Last 4 digts of account number
                                                                   Is the claim subject to offset?
                                                                   ☑ No
                                                                   ☐ Yes

---

**3.227**    Nonpriority creditor's name and mailing address       As of the petition filing date, the claim is:          $1.52

**s701**     HENRY C HALL JR FAMILY TRUST                          Check all that apply.
             MICHAEL S HALL CO-TRUSTEE                             ☐ Contingent
             1559 N LOGAN STREET                                   ☐ Unliquidated
             DENVER, CO  80203                                     ☐ Disputed

             Date or dates debt was incurred                       Basis for the claim:   ROYALTY PAYMENT IN SUSPENSE

             Last 4 digts of account number
                                                                   Is the claim subject to offset?
                                                                   ☑ No
                                                                   ☐ Yes

---

**3.228**    Nonpriority creditor's name and mailing address       As of the petition filing date, the claim is:          $34.16

**s616**     HIGHLAND REALTY CORP                                  Check all that apply.
             C/O RUSS C FRERICHS CPA                               ☐ Contingent
             1854 RACE STREET                                      ☐ Unliquidated
             DENVER, CO  80206                                     ☐ Disputed

             Date or dates debt was incurred                       Basis for the claim:   ROYALTY PAYMENT IN SUSPENSE

             Last 4 digts of account number
                                                                   Is the claim subject to offset?
                                                                   ☑ No
                                                                   ☐ Yes

---

**PetroShare Corp.**
_____
Debtor Name

**19-17633**
_____
Case Number (if known)

| Part 2: | All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.  If no additional PRIORITY creditors exist, do not fill out or submit this page.

**Amount of Claim**

| | | |
|---|---|---|
| 3.229 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $1.28 |

| s703 | HI-LAND ACRES WATER AND<br>SANITATION DISTRICT<br>PO BOX 218<br>BRIGHTON, CO  80601 |

Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Last 4 digts of account number

Basis for the claim:   ROYALTY PAYMENT IN SUSPENSE

Is the claim subject to offset?
- ☑ No
- ☐ Yes

---

| 3.230 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $71.27 |

| s548 | HOEFLE ROYALTY PARTNERS<br>2812 1ST AVE N STE 502<br>BILLINGS, MT  59101 |

Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Last 4 digts of account number

Basis for the claim:   ROYALTY PAYMENT IN SUSPENSE

Is the claim subject to offset?
- ☑ No
- ☐ Yes

---

| 3.231 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $15.64 |

| s659 | HOLLY RICHARD<br>5410 AGANA DR<br>SANTA BARBARA, CA  93111 |

Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Last 4 digts of account number

Basis for the claim:   ROYALTY PAYMENT IN SUSPENSE

Is the claim subject to offset?
- ☑ No
- ☐ Yes

---

| 3.232 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $81.45 |

| s530 | HOOVLER VENTURES LLC<br>1019 8TH STREET SUITE 105<br>GOLDEN, CO  80401 |

Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Last 4 digts of account number

Basis for the claim:   ROYALTY PAYMENT IN SUSPENSE

Is the claim subject to offset?
- ☑ No
- ☐ Yes

---

**PetroShare Corp.**

**19-17633**

Debtor Name

Case Number (if known)

| Part 2: | All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.  If no additional PRIORITY creditors exist, do not fill out or submit this page.

**Amount of Claim**

---

| 3.233 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $3.66 |
|---|---|---|---|
| s689 | HOPE DITCH COMPANY<br>16569 FILLMORE STREET<br>BRIGHTON, CO  80601-7612 | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |

Date or dates debt was incurred

Last 4 digts of account number

Basis for the claim:   ROYALTY PAYMENT IN SUSPENSE

Is the claim subject to offset?
☑ No
☐ Yes

---

| 3.234 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $81.55 |
|---|---|---|---|
| s529 | HORIZON RESOURCES II LLC<br>2150 W 29TH AVE STE 500<br>DENVER, CO  80211 | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |

Date or dates debt was incurred

Last 4 digts of account number

Basis for the claim:   ROYALTY PAYMENT IN SUSPENSE

Is the claim subject to offset?
☑ No
☐ Yes

---

| 3.235 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $20.80 |
|---|---|---|---|
| s645 | HOWARD G HERBECK<br>PO BOX 1221<br>RUSKIN, FL  33570-1221 | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |

Date or dates debt was incurred

Last 4 digts of account number

Basis for the claim:   ROYALTY PAYMENT IN SUSPENSE

Is the claim subject to offset?
☑ No
☐ Yes

---

| 3.236 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $7,325.10 |
|---|---|---|---|
| s316 | HP OILFIELD SERVICES LLC<br>383 INVERNESS PKWY STE 330<br>ENGLEWOOD, CO  80112-5863 | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |

Date or dates debt was incurred

Last 4 digts of account number

Basis for the claim:   TRADE PAYABLE

Is the claim subject to offset?
☑ No
☐ Yes

---

**PetroShare Corp.**
**19-17633**

Debtor Name
Case Number (if known)

| Part 2: | All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.  If no additional PRIORITY creditors exist, do not fill out or submit this page.

**Amount of Claim**

| | | |
|---|---|---|
| 3.237 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: |
| s167 | IBAT FBO DAVID KENNEDY ROTH IRA<br>13540 MEADOWGRASS DR<br>COLORADO SPRINGS, CO  80921-3003 | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |
| | Date or dates debt was incurred | Basis for the claim:   MONEY LOANED - NOTEHOLDER |
| | Last 4 digts of account number | Is the claim subject to offset?<br>☑ No<br>☐ Yes |

Amount: $50,000.00

| | | |
|---|---|---|
| 3.238 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: |
| s710 | IMINERALS LLC<br>5 INVERNESS DR E<br>ENGLEWOOD, CO  80112 | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |
| | Date or dates debt was incurred | Basis for the claim:   ROYALTY PAYMENT IN SUSPENSE |
| | Last 4 digts of account number | Is the claim subject to offset?<br>☑ No<br>☐ Yes |

Amount: $0.56

| | | |
|---|---|---|
| 3.239 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: |
| s389 | ING BANK, FSB<br>1 S ORANGE ST<br>WILMINGTON, DE  19801 | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |
| | Date or dates debt was incurred | Basis for the claim:   ROYALTY PAYMENT IN SUSPENSE |
| | Last 4 digts of account number | Is the claim subject to offset?<br>☑ No<br>☐ Yes |

Amount: $10,403.76

| | | |
|---|---|---|
| 3.240 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: |
| s315 | INNOVATIVE SOLUTIONS LTD<br>199 PALOMA AVE<br>BRIGHTON, CO  80601-5345 | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |
| | Date or dates debt was incurred | Basis for the claim:   TRADE PAYABLE |
| | Last 4 digts of account number | Is the claim subject to offset?<br>☑ No<br>☐ Yes |

Amount: $8,399.64

**PetroShare Corp.**                                                                    **19-17633**

Debtor Name                                                                    Case Number (if known)

| Part 2: | All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the
previous page.  If no additional PRIORITY creditors exist, do not fill out or submit this page.

**Amount of Claim**

| 3.241 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $6,405.03 |
|---|---|---|---|
| s318 | IPFS CORPORATION<br>24722 NETWORK PL<br>CHICAGO, IL  60673-1247 | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date or dates debt was incurred | Basis for the claim:   TRADE PAYABLE | |
| | Last 4 digts of account number | Is the claim subject to offset?<br>☑ No<br>☐ Yes | |

| 3.242 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,230.71 |
|---|---|---|---|
| s435 | ISMAEL & YVONNE CASTANEDA<br>3436 ROCK STREET<br>BRIGHTON, CO  80601 | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date or dates debt was incurred | Basis for the claim:   ROYALTY PAYMENT IN SUSPENSE | |
| | Last 4 digts of account number | Is the claim subject to offset?<br>☑ No<br>☐ Yes | |

| 3.243 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $76.38 |
|---|---|---|---|
| s535 | J MAURICE COX TRUST<br>J MAURICE & MENDA J COX TRUSTEES<br>8143 S HARRISON CIRCLE<br>CENTENNIAL, CO  80122 | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date or dates debt was incurred | Basis for the claim:   ROYALTY PAYMENT IN SUSPENSE | |
| | Last 4 digts of account number | Is the claim subject to offset?<br>☑ No<br>☐ Yes | |

| 3.244 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $22.17 |
|---|---|---|---|
| s642 | JACK E HUGHES<br>6165 SOUTH AMMONS WAY #208<br>LITTLETON, CO  80123 | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date or dates debt was incurred | Basis for the claim:   ROYALTY PAYMENT IN SUSPENSE | |
| | Last 4 digts of account number | Is the claim subject to offset?<br>☑ No<br>☐ Yes | |

**PetroShare Corp.**
_____
Debtor Name

**19-17633**
_____
Case Number (if known)

| Part 2: | All Creditors with **NONPRIORITY** Unsecured Claims |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.  If no additional PRIORITY creditors exist, do not fill out or submit this page.                      **Amount of Claim**

---

| 3.245 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,680.85 |
|---|---|---|---|

s428   JAMES ANDREW PARDEE AND DEENA
RENAE PARDEE
10048 E 159TH PL
BRIGHTON, CO  80602

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:   ROYALTY PAYMENT IN SUSPENSE

Last 4 digts of account number

Is the claim subject to offset?
☑ No
☐ Yes

---

| 3.246 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $87,360.00 |
|---|---|---|---|

s293   JAMES BERGER INC
1531 4TH AVE
GREELEY, CO  80631-4145

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:   TRADE PAYABLE

Last 4 digts of account number

Is the claim subject to offset?
☑ No
☐ Yes

---

| 3.247 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $30,000.00 |
|---|---|---|---|

s132   JAMES BISPING
10563 SERENGETI DR
LITTLETON, CO  80124-9521

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:   MONEY LOANED - NOTEHOLDER

Last 4 digts of account number

Is the claim subject to offset?
☑ No
☐ Yes

---

| 3.248 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $24,750.00 |
|---|---|---|---|

s133   JAMES BISPING
10563 SERENGETI DR
LITTLETON, CO  80124-9521

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:   MONEY LOANED - NOTEHOLDER

Last 4 digts of account number

Is the claim subject to offset?
☑ No
☐ Yes

---

**PetroShare Corp.**                                                                 **19-17633**

Debtor Name                                                                 Case Number (if known)

| Part 2: | All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the
previous page.  If no additional PRIORITY creditors exist, do not fill out or submit this page.           **Amount of Claim**

---

**3.249** Nonpriority creditor's name and mailing address      As of the petition filing date, the claim is:                 $100,000.00

**s195**  JAMES CURTIS PATTON III              Check all that apply.
4000 BIENVILLE ST STE D
NEW ORLEANS, LA  70119-5163              ☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred                  Basis for the claim:   MONEY LOANED - NOTEHOLDER

Last 4 digts of account number

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.250** Nonpriority creditor's name and mailing address      As of the petition filing date, the claim is:                 $30,000.00

**s225**  JAMES D BAUER                    Check all that apply.
3465 S GAYLORD CT APT A504
ENGLEWOOD, CO  80113-3203               ☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred                  Basis for the claim:   MONEY LOANED - NOTEHOLDER

Last 4 digts of account number

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.251** Nonpriority creditor's name and mailing address      As of the petition filing date, the claim is:                 $71.27

**s546**  JAMES D BROWNLIE                   Check all that apply.
475 17TH ST # 980
DENVER, CO  80202-4019                 ☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred                  Basis for the claim:   ROYALTY PAYMENT IN SUSPENSE

Last 4 digts of account number

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.252** Nonpriority creditor's name and mailing address      As of the petition filing date, the claim is:                 $15,000.00

**s179**  JAMES D MALLOREY                   Check all that apply.
6563 S SAULSBURY CT
LITTLETON, CO  80123-3614               ☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred                  Basis for the claim:   MONEY LOANED - NOTEHOLDER

Last 4 digts of account number

Is the claim subject to offset?
☑ No
☐ Yes

---

**PetroShare Corp.**

19-17633

Debtor Name

Case Number (if known)

| Part 2: | All Creditors with **NONPRIORITY** Unsecured Claims |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.  If no additional PRIORITY creditors exist, do not fill out or submit this page.

**Amount of Claim**

| 3.253 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $15,000.00 |
|---|---|---|---|

s156    **JAMES GREENWELL**
4989 E OXFORD AVE
ENGLEWOOD, CO  80113-5116

Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Date or dates debt was incurred

Basis for the claim:   MONEY LOANED - NOTEHOLDER

Last 4 digts of account number

Is the claim subject to offset?
- [x] No
- [ ] Yes

---

| 3.254 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $100,000.00 |
|---|---|---|---|

s114    **JAMES H SINCLAIR**
PO BOX 1288
OURAY, CO  81427-1288

Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Date or dates debt was incurred

Basis for the claim:   MONEY LOANED - NOTEHOLDER

Last 4 digts of account number

Is the claim subject to offset?
- [x] No
- [ ] Yes

---

| 3.255 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $40.12 |
|---|---|---|---|

s594    **JAMES L & NANCY VINCENT**
13188 CLAYTON WAY
THORNTON, CO  80241

Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Date or dates debt was incurred

Basis for the claim:   ROYALTY PAYMENT IN SUSPENSE

Last 4 digts of account number

Is the claim subject to offset?
- [x] No
- [ ] Yes

---

| 3.256 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $25,000.00 |
|---|---|---|---|

s191    **JAMES M NEWCOMB**
1077 RACE ST # 1001
DENVER, CO  80206-2827

Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Date or dates debt was incurred

Basis for the claim:   MONEY LOANED - NOTEHOLDER

Last 4 digts of account number

Is the claim subject to offset?
- [x] No
- [ ] Yes

---

**PetroShare Corp.**                                                            **19-17633**

Debtor Name                                                            Case Number (if known)

| **Part 2:** | **All Creditors with NONPRIORITY Unsecured Claims** |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.                **Amount of Claim**

---

**3.257**  Nonpriority creditor's name and mailing address               As of the petition filing date, the claim is:            $7,913.03

s392   JAMES M WORTZ IRREVOCABLE TRUST          Check all that apply.
       PEGGY WORTZ TRUSTEE                               ☐ Contingent
       PO BOX 488                                        ☐ Unliquidated
       RIVERSIDE, CA  92502-0488                         ☐ Disputed

       Date or dates debt was incurred          Basis for the claim:   ROYALTY PAYMENT IN SUSPENSE

       Last 4 digts of account number
                                                Is the claim subject to offset?
                                                ☑ No
                                                ☐ Yes

---

**3.258**  Nonpriority creditor's name and mailing address               As of the petition filing date, the claim is:            $2,310.36

s413   JAMES R & SANDRA C BARCLAY               Check all that apply.
       15126 COLEMAN AVENUE                             ☐ Contingent
       FT LUPTON, CO  80621                             ☐ Unliquidated
                                                        ☐ Disputed

       Date or dates debt was incurred          Basis for the claim:   ROYALTY PAYMENT IN SUSPENSE

       Last 4 digts of account number
                                                Is the claim subject to offset?
                                                ☑ No
                                                ☐ Yes

---

**3.259**  Nonpriority creditor's name and mailing address               As of the petition filing date, the claim is:            $58.94

s564   JANICE ANN LARSON                        Check all that apply.
       12625 BRIDLE BIT RD                              ☐ Contingent
       COLORADO SPRINGS, CO  80908                      ☐ Unliquidated
                                                        ☐ Disputed

       Date or dates debt was incurred          Basis for the claim:   ROYALTY PAYMENT IN SUSPENSE

       Last 4 digts of account number
                                                Is the claim subject to offset?
                                                ☑ No
                                                ☐ Yes

---

**3.260**  Nonpriority creditor's name and mailing address               As of the petition filing date, the claim is:            $40,000.00

s143   JASON DAWKINS                            Check all that apply.
       5540 E 4TH AVE                                   ☐ Contingent
       DENVER, CO  80220-5230                           ☐ Unliquidated
                                                        ☐ Disputed

       Date or dates debt was incurred          Basis for the claim:   MONEY LOANED - NOTEHOLDER

       Last 4 digts of account number
                                                Is the claim subject to offset?
                                                ☑ No
                                                ☐ Yes

---

**PetroShare Corp.**                                                                                    **19-17633**

Debtor Name                                                                                    Case Number (if known)

| **Part 2:** | **All Creditors with NONPRIORITY Unsecured Claims** |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the
previous page.  If no additional PRIORITY creditors exist, do not fill out or submit this page.          **Amount of Claim**

---

| 3.261 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $50,000.00 |
|---|---|---|---|

s205      JASON REID
          10 MESA LN
          COLORADO SPRINGS, CO  80906-3123

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred                    Basis for the claim:   MONEY LOANED - NOTEHOLDER

Last 4 digts of account number

Is the claim subject to offset?
☑ No
☐ Yes

---

| 3.262 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $72.51 |
|---|---|---|---|

s541      JDK OIL AND GAS LLC
          3470 WILD OAK BAY BLVD #147
          BRADENTON, FL  34210

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred                    Basis for the claim:   ROYALTY PAYMENT IN SUSPENSE

Last 4 digts of account number

Is the claim subject to offset?
☑ No
☐ Yes

---

| 3.263 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $22.38 |
|---|---|---|---|

s639      JEAN ETTE A JOHNSON
          9910 E 157TH AVE
          BRIGHTON, CO  80601

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred                    Basis for the claim:   ROYALTY PAYMENT IN SUSPENSE

Last 4 digts of account number

Is the claim subject to offset?
☑ No
☐ Yes

---

| 3.264 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $200,000.00 |
|---|---|---|---|

s228      JEFF WIEPKING
          106 GLENMOOR LN
          ENGLEWOOD, CO  80113-7172

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred                    Basis for the claim:   MONEY LOANED - NOTEHOLDER

Last 4 digts of account number

Is the claim subject to offset?
☑ No
☐ Yes

---

**PetroShare Corp.**                                                      **19-17633**

Debtor Name                                                      Case Number (if known)

| Part 2: | All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the
previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.          **Amount of Claim**

---

| 3.265 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $200.00 |
|---|---|---|---|

s347      JEFFREY J B MORGAN
          9465 E 161ST PL
          BRIGHTON, CO  80602-7516

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred                          Basis for the claim:   TRADE PAYABLE

Last 4 digts of account number

Is the claim subject to offset?
☑ No
☐ Yes

---

| 3.266 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $100,000.00 |
|---|---|---|---|

s126      JEFFREY P AMEN
          5400 AUTUMN DR
          GREENWOOD VILLAGE, CO  80111-3424

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred                          Basis for the claim:   MONEY LOANED - NOTEHOLDER

Last 4 digts of account number

Is the claim subject to offset?
☑ No
☐ Yes

---

| 3.267 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $24.00 |
|---|---|---|---|

s637      JEFFREY W HERRING
          711 KNOBCONE PL
          6 E 7TH ST
          LOVELAND, CO  80538

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred                          Basis for the claim:   ROYALTY PAYMENT IN SUSPENSE

Last 4 digts of account number

Is the claim subject to offset?
☑ No
☐ Yes

---

| 3.268 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $12,550.00 |
|---|---|---|---|

s130      JENNIFER J BISHOP TRUST DATED 12/18/2000
          15510 W 64TH PL UNIT A
          ARVADA, CO  80007-6463

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred                          Basis for the claim:   MONEY LOANED - NOTEHOLDER

Last 4 digts of account number

Is the claim subject to offset?
☑ No
☐ Yes

---

Official Form 206E/F                **Schedule E/F: Creditors Who Have Unsecured Claims**                page 68 of 152

**PetroShare Corp.**

**19-17633**

Debtor Name

Case Number (if known)

| Part 2: | All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.  If no additional PRIORITY creditors exist, do not fill out or submit this page.

**Amount of Claim**

---

| 3.269 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $9.52 |
|---|---|---|---|

**s675**

JERRY R & KAY D MURRAY
3129 JAMES WAY
GUTHRIE, OK  73044

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Last 4 digts of account number

Basis for the claim:   ROYALTY PAYMENT IN SUSPENSE

Is the claim subject to offset?
☑ No
☐ Yes

---

| 3.270 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $777.94 |
|---|---|---|---|

**s451**

JF COMPANIES LLC
TONI SERRA - AGENT
9033 EAST EASTER PLACE STE 112
CENTENNIAL, CO  80112-2105

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Last 4 digts of account number

Basis for the claim:   ROYALTY PAYMENT IN SUSPENSE

Is the claim subject to offset?
☑ No
☐ Yes

---

| 3.271 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $25,000.00 |
|---|---|---|---|

**s122**

JIM DANDY INVESTMENT CO LLC
JAMES M BENNER
1950 VICTOR PL #110
COLORADO SPRINGS, CO  80915-1538

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Last 4 digts of account number

Basis for the claim:   MONEY LOANED - NOTEHOLDER

Is the claim subject to offset?
☑ No
☐ Yes

---

| 3.272 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $14,867.65 |
|---|---|---|---|

**s380**

JOAN E CAYWOOD & CATHERINE MCINTOSH &
MICHAEL T MCINTOSH
15781 ELMIRA ST
BRIGHTON, CO  80602

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Last 4 digts of account number

Basis for the claim:   ROYALTY PAYMENT IN SUSPENSE

Is the claim subject to offset?
☑ No
☐ Yes

---

Schedule E/F: Creditors Who Have Unsecured Claims

**PetroShare Corp.**                                                                    **19-17633**

Debtor Name                                                                    Case Number (if known)

| Part 2: | All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the
previous page.  If no additional PRIORITY creditors exist, do not fill out or submit this page.           **Amount of Claim**

---

**3.273**   Nonpriority creditor's name and mailing address          As of the petition filing date, the claim is:                  $17.78

s651      JOAN T MEDINA &                                    Check all that apply.
          GARY E MEDINA
          9985 E 158TH PL                                    ☐ Contingent
          BRIGHTON, CO  80602                                ☐ Unliquidated
                                                             ☐ Disputed

          Date or dates debt was incurred                    Basis for the claim:   ROYALTY PAYMENT IN SUSPENSE

          Last 4 digts of account number

                                                             Is the claim subject to offset?
                                                             ☑ No
                                                             ☐ Yes

---

**3.274**   Nonpriority creditor's name and mailing address          As of the petition filing date, the claim is:                  $271.82

s480      JOANN WAGNER                                       Check all that apply.
          2529 COUNTY ROAD 21
          FORT LUPTON, CO  80621-8438                        ☐ Contingent
                                                             ☐ Unliquidated
                                                             ☐ Disputed

          Date or dates debt was incurred                    Basis for the claim:   ROYALTY PAYMENT IN SUSPENSE

          Last 4 digts of account number

                                                             Is the claim subject to offset?
                                                             ☑ No
                                                             ☐ Yes

---

**3.275**   Nonpriority creditor's name and mailing address          As of the petition filing date, the claim is:                  $691.63

s454      JOANNA LAROSE AND THOMAS C LAROSE                  Check all that apply.
          15265 BOSTON ST
          BRIGHTON, CO  80602                                ☐ Contingent
                                                             ☐ Unliquidated
                                                             ☐ Disputed

          Date or dates debt was incurred                    Basis for the claim:   ROYALTY PAYMENT IN SUSPENSE

          Last 4 digts of account number

                                                             Is the claim subject to offset?
                                                             ☑ No
                                                             ☐ Yes

---

**3.276**   Nonpriority creditor's name and mailing address          As of the petition filing date, the claim is:                  $94.90

s516      JOANNA SAKATA LIVING TRUST                         Check all that apply.
          JOANNA SAKATA TTEE
          PO BOX 508                                         ☐ Contingent
          BRIGHTON, CO  80601                                ☐ Unliquidated
                                                             ☐ Disputed

          Date or dates debt was incurred                    Basis for the claim:   ROYALTY PAYMENT IN SUSPENSE

          Last 4 digts of account number

                                                             Is the claim subject to offset?
                                                             ☑ No
                                                             ☐ Yes

---

**PetroShare Corp.**                                                                    **19-17633**

Debtor Name                                                                    Case Number (if known)

| **Part 2:** | **All Creditors with NONPRIORITY Unsecured Claims** |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the
previous page.  If no additional PRIORITY creditors exist, do not fill out or submit this page.                    **Amount of Claim**

---

| 3.277 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $48.41 |
|---|---|---|---|

s585   JOE R BUSTAMANTE JR &
       CLARICE L BUSTAMANTE
       16470 YORK STREET
       BRIGHTON, CO  80601

Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Date or dates debt was incurred                    Basis for the claim:   ROYALTY PAYMENT IN SUSPENSE

Last 4 digts of account number

Is the claim subject to offset?
- [x] No
- [ ] Yes

---

| 3.278 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $36.98 |
|---|---|---|---|

s609   JOHN D DECKER
       AND STACIE M DECKER
       16569 FILLMORE ST
       BRIGHTON, CO  80602

Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Date or dates debt was incurred                    Basis for the claim:   ROYALTY PAYMENT IN SUSPENSE

Last 4 digts of account number

Is the claim subject to offset?
- [x] No
- [ ] Yes

---

| 3.279 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $150,000.00 |
|---|---|---|---|

s153   JOHN D GIBBS
       16 E ST SW
       ARDMORE, OK  73401-4751

Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Date or dates debt was incurred                    Basis for the claim:   MONEY LOANED - NOTEHOLDER

Last 4 digts of account number

Is the claim subject to offset?
- [x] No
- [ ] Yes

---

| 3.280 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $10,000.00 |
|---|---|---|---|

s171   JOHN EDWARD KAISER LIVING TRUST
       9009 W HARVARD
       LAKEWOOD, CO  80227-6107

Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Date or dates debt was incurred                    Basis for the claim:   MONEY LOANED - NOTEHOLDER

Last 4 digts of account number

Is the claim subject to offset?
- [x] No
- [ ] Yes

---

**PetroShare Corp.**                                                      **19-17633**

Debtor Name                                                      Case Number (if known)

| Part 2: | All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the
previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.        **Amount of Claim**

---

| 3.281 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $50,000.00 |
|---|---|---|---|

s173   JOHN J AND LAURIE A KOPEL
       6129 S CATHAY CT
       AURORA, CO  80016-3828

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred        Basis for the claim:   MONEY LOANED - NOTEHOLDER

Last 4 digts of account number

Is the claim subject to offset?
☑ No
☐ Yes

---

| 3.282 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $322.88 |
|---|---|---|---|

s471   JOHN J APPELHANZ
       5980 MONACO ST
       COMMERCE CITY, CO  80022

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred        Basis for the claim:   ROYALTY PAYMENT IN SUSPENSE

Last 4 digts of account number

Is the claim subject to offset?
☑ No
☐ Yes

---

| 3.283 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $25,000.00 |
|---|---|---|---|

s169   JOHN JENKINS
       602 GOLDEN EAGLE CIR
       GOLDEN, CO  80401-0909

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred        Basis for the claim:   MONEY LOANED - NOTEHOLDER

Last 4 digts of account number

Is the claim subject to offset?
☑ No
☐ Yes

---

| 3.284 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $19.01 |
|---|---|---|---|

s648   JOHN ROSS MARTIN III
       108 S DELMONT DR E
       CONROE, TX  77301-1331

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred        Basis for the claim:   ROYALTY PAYMENT IN SUSPENSE

Last 4 digts of account number

Is the claim subject to offset?
☑ No
☐ Yes

---

**PetroShare Corp.**

Debtor Name

**19-17633**

Case Number (if known)

| **Part 2:** | **All Creditors with NONPRIORITY Unsecured Claims** |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.  If no additional PRIORITY creditors exist, do not fill out or submit this page.

**Amount of Claim**

---

| 3.285 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.30 |

s713   JOHN V GOFORTH & HEATHER E GOFORTH
9788 E 159TH PL
BRIGHTON, CO  80602

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Last 4 digts of account number

Basis for the claim:   ROYALTY PAYMENT IN SUSPENSE

Is the claim subject to offset?
☑ No
☐ Yes

---

| 3.286 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $85.29 |

s526   JOHN W & MARY HASSELL
22453 ARBOR DALE
MURRIETA, CA  92562

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Last 4 digts of account number

Basis for the claim:   ROYALTY PAYMENT IN SUSPENSE

Is the claim subject to offset?
☑ No
☐ Yes

---

| 3.287 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $52.64 |

s579   JOHN WILLIAM WEIGANDT
10390 E 168TH AVE
BRIGHTON, CO  80602-6600

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Last 4 digts of account number

Basis for the claim:   ROYALTY PAYMENT IN SUSPENSE

Is the claim subject to offset?
☑ No
☐ Yes

---

| 3.288 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $100,000.00 |

s231   JON B KRULJAC
8873 E BAYOU GULCH RD
PARKER, CO  80134-5115

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Last 4 digts of account number

Basis for the claim:   MONEY LOANED - NOTEHOLDER

Is the claim subject to offset?
☑ No
☐ Yes

---

**PetroShare Corp.**
_____
Debtor Name

**19-17633**
_____
Case Number (if known)

| Part 2: | All Creditors with NONPRIORITY Unsecured Claims |
|---------|--------------------------------------------------|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the
previous page.  If no additional PRIORITY creditors exist, do not fill out or submit this page.

**Amount of Claim**

---

| 3.289 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $50,000.00 |
|-------|--------------------------------------------------|------------------------------------------------|------------|

s96   **JON LEE-ALEXANDER HUNT**
      **ADDRESS UNAVAILABLE AT TIME OF FILING**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:   MONEY LOANED - NOTEHOLDER

Last 4 digts of account number

Is the claim subject to offset?
☑ No
☐ Yes

---

| 3.290 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $50,000.00 |
|-------|--------------------------------------------------|------------------------------------------------|------------|

s170  **JON P JUNG**
      **7458 W CHENANGO PL**
      **LITTLETON, CO  80123-6312**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:   MONEY LOANED - NOTEHOLDER

Last 4 digts of account number

Is the claim subject to offset?
☑ No
☐ Yes

---

| 3.291 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $472.77 |
|-------|--------------------------------------------------|------------------------------------------------|---------|

s462  **JONI VOLOSHIN**
      **700 TAYLOR ST**
      **PO BOX 900**
      **CRAIG, CO  81625**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:   ROYALTY PAYMENT IN SUSPENSE

Last 4 digts of account number

Is the claim subject to offset?
☑ No
☐ Yes

---

| 3.292 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $17.57 |
|-------|--------------------------------------------------|------------------------------------------------|--------|

s652  **JOSEPH D MCCANN**
      **16429 FILLMORE STREET**
      **BRIGHTON, CO  80602**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:   ROYALTY PAYMENT IN SUSPENSE

Last 4 digts of account number

Is the claim subject to offset?
☑ No
☐ Yes

---

**PetroShare Corp.**                                                              **19-17633**
_____                                          _____
Debtor Name                                                                  Case Number (if known)

| Part 2: | All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the
previous page.  If no additional PRIORITY creditors exist, do not fill out or submit this page.                    **Amount of Claim**

| | | |
|---|---|---|
| 3.293 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $25,000.00 |
| s136 | JOSEPH F BRUNO<br>4717 W 105TH WAY<br>WESTMINSTER, CO  80031-1970 | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date or dates debt was incurred | Basis for the claim:   MONEY LOANED - NOTEHOLDER | |
| | Last 4 digts of account number | Is the claim subject to offset?<br>☑ No<br>☐ Yes | |

| | | |
|---|---|---|
| 3.294 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $322.88 |
| s472 | JOSHUA JOHN WILLIAM ROBERTS AND YVETTE<br>RENAE ROBERTS<br>9261 E 153RD AVE<br>BRIGHTON, CO  80602-5617 | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date or dates debt was incurred | Basis for the claim:   ROYALTY PAYMENT IN SUSPENSE | |
| | Last 4 digts of account number | Is the claim subject to offset?<br>☑ No<br>☐ Yes | |

| | | |
|---|---|---|
| 3.295 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $71.27 |
| s545 | JPFP FAMILY LLC<br>ATTN: PAMELA PARKER JONES<br>PO BOX 51<br>BROOMFIELD, CO  80038-0051 | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date or dates debt was incurred | Basis for the claim:   ROYALTY PAYMENT IN SUSPENSE | |
| | Last 4 digts of account number | Is the claim subject to offset?<br>☑ No<br>☐ Yes | |

| | | |
|---|---|---|
| 3.296 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $6.50 |
| s679 | JUDITH ANN JOHNSON<br>8948 FOX DRIVE #201<br>THORNTON, CO  80260 | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date or dates debt was incurred | Basis for the claim:   ROYALTY PAYMENT IN SUSPENSE | |
| | Last 4 digts of account number | Is the claim subject to offset?<br>☑ No<br>☐ Yes | |

**PetroShare Corp.**

Debtor Name

**19-17633**

Case Number (if known)

| Part 2: | All Creditors with NONPRIORITY Unsecured Claims |
| --- | --- |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.  If no additional PRIORITY creditors exist, do not fill out or submit this page.

**Amount of Claim**

---

| 3.297 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $4.15 |
| --- | --- | --- | --- |

**s686**

JUDITH K CROSS
8537 WOODLAKE CIRCLE
FORT WORTH, TX  76179

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Last 4 digts of account number

Basis for the claim:   ROYALTY PAYMENT IN SUSPENSE

Is the claim subject to offset?
☑ No
☐ Yes

---

| 3.298 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $2.04 |
| --- | --- | --- | --- |

**s698**

JULIE E FURMAN
15442 W 73RD PL
ARVADA, CO  80007

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Last 4 digts of account number

Basis for the claim:   ROYALTY PAYMENT IN SUSPENSE

Is the claim subject to offset?
☑ No
☐ Yes

---

| 3.299 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $58.94 |
| --- | --- | --- | --- |

**s565**

JULIE MAE MUSSELMAN
17735 EAST CORNELL DR
AURORA, CO  80013

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Last 4 digts of account number

Basis for the claim:   ROYALTY PAYMENT IN SUSPENSE

Is the claim subject to offset?
☑ No
☐ Yes

---

| 3.300 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $903.73 |
| --- | --- | --- | --- |

**s441**

JULIE S SEROWSKI
9152 E 152ND AVE
BRIGHTON, CO  80602

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Last 4 digts of account number

Basis for the claim:   ROYALTY PAYMENT IN SUSPENSE

Is the claim subject to offset?
☑ No
☐ Yes

---

**PetroShare Corp.**                                                    **19-17633**

Debtor Name                                                    Case Number (if known)

| Part 2: | All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the
previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

Amount of Claim

---

**3.301** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $12,500.00
**s134** | JUSTIN BORUS<br>3200 CHERRY CREEK DR S #670<br>DENVER, CO  80209-3267 | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |

Date or dates debt was incurred              Basis for the claim:   MONEY LOANED - NOTEHOLDER

Last 4 digts of account number

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.302** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $5.06
**s683** | KAILY MORGAN SMITH IRREV TR<br>DTD 10/10/90 MICHAEL SMITH<br>370 17TH STREET SUITE 3400<br>DENVER, CO  80202 | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |

Date or dates debt was incurred              Basis for the claim:   ROYALTY PAYMENT IN SUSPENSE

Last 4 digts of account number

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.303** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $57.00
**s570** | KALCEVIC LAND COMPANY<br>PO BOX 816<br>BYERS, CO  80103 | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |

Date or dates debt was incurred              Basis for the claim:   ROYALTY PAYMENT IN SUSPENSE

Last 4 digts of account number

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.304** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $2.39
**s695** | KAROLYNN J SMITHERMAN<br>617 POWELL<br>WICHITA, KS  67230 | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |

Date or dates debt was incurred              Basis for the claim:   ROYALTY PAYMENT IN SUSPENSE

Last 4 digts of account number

Is the claim subject to offset?
☑ No
☐ Yes

---

Official Form 206E/F              Schedule E/F: Creditors Who Have Unsecured Claims              page 77 of 152

**PetroShare Corp.**                                                **19-17633**

Debtor Name                                                    Case Number (if known)

| **Part 2:** | **All Creditors with NONPRIORITY Unsecured Claims** |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the
previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.                    **Amount of Claim**

---

| 3.305 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $11.64 |
|---|---|---|---|

s669   KATHRYN A MAY AND
MICHAEL R PEACOCK
9987 E 159TH AVE
BRIGHTON, CO 80602-5686

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:   ROYALTY PAYMENT IN SUSPENSE

Last 4 digts of account number

Is the claim subject to offset?
☑ No
☐ Yes

---

| 3.306 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $6.94 |
|---|---|---|---|

s678   KATHRYN GRAHAM
16810 EMBERS AVE
FARMINGTON, MN 55024

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:   ROYALTY PAYMENT IN SUSPENSE

Last 4 digts of account number

Is the claim subject to offset?
☑ No
☐ Yes

---

| 3.307 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $25,000.00 |
|---|---|---|---|

s200   KATHY PUDELKO
8926 COACHMAN
WHITTIER, CA 90605-2206

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:   MONEY LOANED - NOTEHOLDER

Last 4 digts of account number

Is the claim subject to offset?
☑ No
☐ Yes

---

| 3.308 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $63.17 |
|---|---|---|---|

s554   KAWNIPI BAY OPERATING CO LLC
PO BOX 3251
LITTLETON, CO 80161

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:   ROYALTY PAYMENT IN SUSPENSE

Last 4 digts of account number

Is the claim subject to offset?
☑ No
☐ Yes

---

**PetroShare Corp.**
_____
Debtor Name

**19-17633**
_____
Case Number (if known)

| Part 2: | All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.  If no additional PRIORITY creditors exist, do not fill out or submit this page.

**Amount of Claim**

| | | | |
|---|---|---|---|
| 3.309 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.08 |
| s727 | KCV INVESTMENTS LLC<br>3 BOBCAT LANE<br>LITTLETON, CO  80127 | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date or dates debt was incurred | Basis for the claim:   ROYALTY PAYMENT IN SUSPENSE | |
| | Last 4 digts of account number | Is the claim subject to offset?<br>☑ No<br>☐ Yes | |

| | | | |
|---|---|---|---|
| 3.310 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $23,279.70 |
| s301 | KEARNEY, MCWILLIAMS & DAVIS PLLC<br>410 PIERCE ST STE 241<br>HOUSTON, TX  77002-8722 | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date or dates debt was incurred | Basis for the claim:   TRADE PAYABLE | |
| | Last 4 digts of account number | Is the claim subject to offset?<br>☑ No<br>☐ Yes | |

| | | | |
|---|---|---|---|
| 3.311 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $23.44 |
| s638 | KEITH N PIERCE<br>501 S 3RD AVE<br>BRIGHTON, CO  80601 | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date or dates debt was incurred | Basis for the claim:   ROYALTY PAYMENT IN SUSPENSE | |
| | Last 4 digts of account number | Is the claim subject to offset?<br>☑ No<br>☐ Yes | |

| | | | |
|---|---|---|---|
| 3.312 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $87.74 |
| s524 | KENNETH R WAGNER<br>648 WELD COUNTY ROAD 19<br>BRIGHTON, CO  80601 | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date or dates debt was incurred | Basis for the claim:   ROYALTY PAYMENT IN SUSPENSE | |
| | Last 4 digts of account number | Is the claim subject to offset?<br>☑ No<br>☐ Yes | |

**PetroShare Corp.**                                                                    **19-17633**

Debtor Name                                                                    Case Number (if known)

| **Part 2:** | **All Creditors with NONPRIORITY Unsecured Claims** |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the
previous page.  If no additional PRIORITY creditors exist, do not fill out or submit this page.                    **Amount of Claim**

---

| 3.313 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,698.63 |
|---|---|---|---|
| s422 | KENNETH W BAUMAN & JULIE S BAUMAN<br>9781 E 157TH AVE<br>BRIGHTON, CO  80602 | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |

Date or dates debt was incurred          Basis for the claim:   ROYALTY PAYMENT IN SUSPENSE

Last 4 digts of account number

Is the claim subject to offset?
☑ No
☐ Yes

---

| 3.314 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $49,500.00 |
|---|---|---|---|
| s203 | KENNETH W READY<br>312 BASILWOOD WAY<br>HIGHLANDS RANCH, CO  80126-5685 | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |

Date or dates debt was incurred          Basis for the claim:   MONEY LOANED - NOTEHOLDER

Last 4 digts of account number

Is the claim subject to offset?
☑ No
☐ Yes

---

| 3.315 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $50,000.00 |
|---|---|---|---|
| s210 | KENNETH W SCHMIDT JR<br>16489 E BERRY AVE<br>CENTENNIAL, CO  80015-4051 | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |

Date or dates debt was incurred          Basis for the claim:   MONEY LOANED - NOTEHOLDER

Last 4 digts of account number

Is the claim subject to offset?
☑ No
☐ Yes

---

| 3.316 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $9,000.00 |
|---|---|---|---|
| s103 | KENT J LUND & ELIZABETH A LUND JTWROS<br>203 S PONTIAC ST<br>DENVER, CO  80230-6954 | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |

Date or dates debt was incurred          Basis for the claim:   MONEY LOANED - NOTEHOLDER

Last 4 digts of account number

Is the claim subject to offset?
☑ No
☐ Yes

---

**PetroShare Corp.**

**19-17633**

Debtor Name

Case Number (if known)

| Part 2: | All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the
previous page.  If no additional PRIORITY creditors exist, do not fill out or submit this page.

**Amount of Claim**

---

| 3.317 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $17.17 |
|---|---|---|---|

s656    KENT LOCKHART
PO BOX 26
BRANSCOMB, CA  95417

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:    ROYALTY PAYMENT IN SUSPENSE

Last 4 digts of account number

Is the claim subject to offset?
☑ No
☐ Yes

---

| 3.318 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $664.85 |
|---|---|---|---|

s455    KETAL OIL PRODUCING CO
PROFIT SHARING PLAN
657 HALLELUJAH TR
KELLER, TX  76248

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:    ROYALTY PAYMENT IN SUSPENSE

Last 4 digts of account number

Is the claim subject to offset?
☑ No
☐ Yes

---

| 3.319 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $25,000.00 |
|---|---|---|---|

s113    KEVIN BROWNE & JESSICA BROWNE
15027 W 50TH PLACE
GOLDEN, CO  80403-1780

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:    MONEY LOANED - NOTEHOLDER

Last 4 digts of account number

Is the claim subject to offset?
☑ No
☐ Yes

---

| 3.320 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $37.27 |
|---|---|---|---|

s599    KEVIN G GOOD
3270 ARBUTUS ST
GOLDEN, CO  80401-1681

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:    ROYALTY PAYMENT IN SUSPENSE

Last 4 digts of account number

Is the claim subject to offset?
☑ No
☐ Yes

---

**PetroShare Corp.**                                                    **19-17633**

Debtor Name                                                    Case Number (if known)

| **Part 2:** | **All Creditors with NONPRIORITY Unsecured Claims** |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the
previous page.  If no additional PRIORITY creditors exist, do not fill out or submit this page.          **Amount of Claim**

| 3.321 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $50,000.00 |
|---|---|---|---|
| s214 | KEVIN J SHIELDS<br>609 DARLINGTON RD<br>MEDIA, PA  19063-5605 | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date or dates debt was incurred | Basis for the claim:   MONEY LOANED - NOTEHOLDER | |
| | Last 4 digts of account number | Is the claim subject to offset?<br>☑ No<br>☐ Yes | |

| 3.322 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $24.00 |
|---|---|---|---|
| s636 | KEVIN S HERRING (DECEASED)<br>731 YAMPA<br>CRAIG, CO  81625 | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date or dates debt was incurred | Basis for the claim:   ROYALTY PAYMENT IN SUSPENSE | |
| | Last 4 digts of account number | Is the claim subject to offset?<br>☑ No<br>☐ Yes | |

| 3.323 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $10,000.00 |
|---|---|---|---|
| s155 | KIM J GLOYSTEIN<br>7430 S INDIAN LAKE DR<br>VICKSBURG, MI  49097-8343 | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date or dates debt was incurred | Basis for the claim:   MONEY LOANED - NOTEHOLDER | |
| | Last 4 digts of account number | Is the claim subject to offset?<br>☑ No<br>☐ Yes | |

| 3.324 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $19,848.00 |
|---|---|---|---|
| s305 | KINETIC ENERGY SERVICES LLC<br>PO BOX 530<br>MILLIKEN, CO  80543-0530 | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date or dates debt was incurred | Basis for the claim:   TRADE PAYABLE | |
| | Last 4 digts of account number | Is the claim subject to offset?<br>☑ No<br>☐ Yes | |

**PetroShare Corp.**                                                                    **19-17633**

Debtor Name                                                                    Case Number (if known)

| **Part 2:** | **All Creditors with NONPRIORITY Unsecured Claims** |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.  If no additional PRIORITY creditors exist, do not fill out or submit this page.                                        **Amount of Claim**

| | | |
|---|---|---|
| 3.325 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $26,000.00 |
| s172 | KIRK KELP<br>510 E 2ND ST<br>WHITE DEER, TX  79097 | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date or dates debt was incurred | Basis for the claim:   MONEY LOANED - NOTEHOLDER | |
| | Last 4 digts of account number | Is the claim subject to offset?<br>☑ No<br>☐ Yes | |

| | | |
|---|---|---|
| 3.326 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $30,000.00 |
| s123 | KLAUS H WEISENBERG<br>4849 PROCTOR AVE<br>OAKLAND, CA  94618-2542 | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date or dates debt was incurred | Basis for the claim:   MONEY LOANED - NOTEHOLDER | |
| | Last 4 digts of account number | Is the claim subject to offset?<br>☑ No<br>☐ Yes | |

| | | |
|---|---|---|
| 3.327 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $22,088.22 |
| s303 | KLX ENERGY SERVICES LLC<br>28099 NETWORK PLACE<br>CHICAGO, IL  60673-1280 | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date or dates debt was incurred | Basis for the claim:   TRADE PAYABLE | |
| | Last 4 digts of account number | Is the claim subject to offset?<br>☑ No<br>☐ Yes | |

| | | |
|---|---|---|
| 3.328 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,129.76 |
| s436 | KP KAUFFMAN COMPANY INC<br>1675 BROADWAY SUITE 2800<br>DENVER, CO  80202 | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date or dates debt was incurred | Basis for the claim:   ROYALTY PAYMENT IN SUSPENSE | |
| | Last 4 digts of account number | Is the claim subject to offset?<br>☑ No<br>☐ Yes | |

| Part 2: | All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

**Amount of Claim**

| 3.329 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.18 |
|---|---|---|---|

**s717**
KRETSCH LIVING TRUST
BARBARA H KRETSCH TSTE
7785 WEST FIFTH AVE
LAKEWOOD, CO  80226-1427

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:   ROYALTY PAYMENT IN SUSPENSE

Last 4 digts of account number

Is the claim subject to offset?
☑ No
☐ Yes

---

| 3.330 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $29.55 |
|---|---|---|---|

**s628**
L J G CORPORATION
PO BOX 935
CONROE, TX  77305-0935

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:   ROYALTY PAYMENT IN SUSPENSE

Last 4 digts of account number

Is the claim subject to offset?
☑ No
☐ Yes

---

| 3.331 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $33.81 |
|---|---|---|---|

**s619**
LARRY L RULE
PO BOX 189
BRIGHTON, CO  80601

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:   ROYALTY PAYMENT IN SUSPENSE

Last 4 digts of account number

Is the claim subject to offset?
☑ No
☐ Yes

---

| 3.332 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.23 |
|---|---|---|---|

**s716**
LARRY W DEVILLIER
3492 BAYOU GERIMOND RD
PORT BARRE, LA  70577

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:   ROYALTY PAYMENT IN SUSPENSE

Last 4 digts of account number

Is the claim subject to offset?
☑ No
☐ Yes

---

**PetroShare Corp.**

Debtor Name

**19-17633**

Case Number (if known)

| Part 2: | All Creditors with NONPRIORITY Unsecured Claims |
| --- | --- |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

**Amount of Claim**

| 3.333 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $75,000.00 |
| --- | --- | --- | --- |

s141   LAURENCE CHANG
737 DETROIT ST
DENVER, CO 80206-3833

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Last 4 digts of account number

Basis for the claim:   MONEY LOANED - NOTEHOLDER

Is the claim subject to offset?
☑ No
☐ Yes

| 3.334 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $2.79 |
| --- | --- | --- | --- |

s693   LAWRENCE BRANDT NAUMANN & TERESA JOAN NAUMANN
10042 E 157TH PL
BRIGHTON, CO 80602

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Last 4 digts of account number

Basis for the claim:   ROYALTY PAYMENT IN SUSPENSE

Is the claim subject to offset?
☑ No
☐ Yes

| 3.335 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $313.26 |
| --- | --- | --- | --- |

s473   LAWRENCE D MARLATT
2227 FRANKLIN STREET
DENVER, CO 80205

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Last 4 digts of account number

Basis for the claim:   ROYALTY PAYMENT IN SUSPENSE

Is the claim subject to offset?
☑ No
☐ Yes

| 3.336 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $36.07 |
| --- | --- | --- | --- |

s611   LC SHEPARD
901 LONGMIRE RD #8
CONROE, TX 77304-1800

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Last 4 digts of account number

Basis for the claim:   ROYALTY PAYMENT IN SUSPENSE

Is the claim subject to offset?
☑ No
☐ Yes

**PetroShare Corp.**                                                                    **19-17633**

Debtor Name                                                                    Case Number (if known)

| Part 2: | All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the
previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.          **Amount of Claim**

| | | | |
|---|---|---|---|
| 3.337 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $55.37 |
| s574 | LEANN DILORENZO<br>3902 PYRAMID CT<br>SUPERIOR, CO 80027 | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date or dates debt was incurred | Basis for the claim: ROYALTY PAYMENT IN SUSPENSE | |
| | Last 4 digts of account number | Is the claim subject to offset?<br>☑ No<br>☐ Yes | |

| | | | |
|---|---|---|---|
| 3.338 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $90.93 |
| s519 | LENA MAE GRANT IRREVOCABLE TRUST U/A<br>DTD 11/11/98, ERROL J MCBRIDE, TRUSTEE<br>4880 W DIVISION RD<br>CRAWFORDSVILLE, IN 47933 | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date or dates debt was incurred | Basis for the claim: ROYALTY PAYMENT IN SUSPENSE | |
| | Last 4 digts of account number | Is the claim subject to offset?<br>☑ No<br>☐ Yes | |

| | | | |
|---|---|---|---|
| 3.339 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $4,946.36 |
| s321 | LIBCO ENTERPRISES, INC.<br>PO BOX 200581<br>EVANS, CO 80620-0581 | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date or dates debt was incurred | Basis for the claim: TRADE PAYABLE | |
| | Last 4 digts of account number | Is the claim subject to offset?<br>☑ No<br>☐ Yes | |

| | | | |
|---|---|---|---|
| 3.340 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | UNKNOWN |
| s46 | LIBERTY OILFIELD SERVICES, LLC<br>C/O DAVIS GRAHAM & STUBBS LLP<br>ATTN: KYLER K BURGI<br>1550 17TH STREET, SUITE 500<br>DENVER, CO 80202-1500 | Check all that apply.<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed | |
| | Date or dates debt was incurred | Basis for the claim: LITIGATION | |
| | Last 4 digts of account number | Is the claim subject to offset?<br>☑ No<br>☐ Yes | |

| Part 2: | All Creditors with NONPRIORITY Unsecured Claims | |
|---|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.  If no additional PRIORITY creditors exist, do not fill out or submit this page.

**Amount of Claim**

---

| 3.341 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $58.94 |
|---|---|---|---|

s562   LILLIE KAY GREENWALD CLOUD
121 COOL SPRING LANE
QUINCY, FL  32351

Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Date or dates debt was incurred

Basis for the claim:   ROYALTY PAYMENT IN SUSPENSE

Last 4 digts of account number

Is the claim subject to offset?
- [x] No
- [ ] Yes

---

| 3.342 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.03 |
|---|---|---|---|

s732   LINCOLN ENERGY PARTNERS II, LLC
3400 S BROADWAY STE 100
ENGLEWOOD, CO  80113-2525

Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Date or dates debt was incurred

Basis for the claim:   ROYALTY PAYMENT IN SUSPENSE

Last 4 digts of account number

Is the claim subject to offset?
- [x] No
- [ ] Yes

---

| 3.343 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $30.57 |
|---|---|---|---|

s626   LINDA BURGER TENNANT
3206 WHITEWOOD WAY
CASTLE HAYNE, NC  28429

Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Date or dates debt was incurred

Basis for the claim:   ROYALTY PAYMENT IN SUSPENSE

Last 4 digts of account number

Is the claim subject to offset?
- [x] No
- [ ] Yes

---

| 3.344 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $57.02 |
|---|---|---|---|

s568   LINDA JO CAMPBELL
3206 SOUTH COUNTY ROAD 29
LOVELAND, CO  80537

Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Date or dates debt was incurred

Basis for the claim:   ROYALTY PAYMENT IN SUSPENSE

Last 4 digts of account number

Is the claim subject to offset?
- [x] No
- [ ] Yes

---

**PetroShare Corp.**                                                                                  **19-17633**

Debtor Name                                                                          Case Number (if known)

| Part 2: | All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the
previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.                    **Amount of Claim**

| 3.345 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $35.12 |
|---|---|---|---|

s613  LINDY LOU STEPHENS
1076 SOUTH 935 ROAD
EL DORADO SPRINGS, MO 64744

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred                    Basis for the claim:  ROYALTY PAYMENT IN SUSPENSE

Last 4 digts of account number

Is the claim subject to offset?
☑ No
☐ Yes

---

| 3.346 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $60.28 |
|---|---|---|---|

s558  LISA M COLBECK
9500 WELD COUNTY ROAD 4
BRIGHTON, CO 80603

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred                    Basis for the claim:  ROYALTY PAYMENT IN SUSPENSE

Last 4 digts of account number

Is the claim subject to offset?
☑ No
☐ Yes

---

| 3.347 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.28 |
|---|---|---|---|

s714  LONNIE JANE REESE
9525 EAST RASHAD WAY
TUCSON, AZ 85748

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred                    Basis for the claim:  ROYALTY PAYMENT IN SUSPENSE

Last 4 digts of account number

Is the claim subject to offset?
☑ No
☐ Yes

---

| 3.348 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $431.56 |
|---|---|---|---|

s463  LOPEZ LAND INVESTMENTS INC
7501 VILLAGE SQUARE DR NO 205
CASTLE PINES, CO 80108

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred                    Basis for the claim:  ROYALTY PAYMENT IN SUSPENSE

Last 4 digts of account number

Is the claim subject to offset?
☑ No
☐ Yes

---

Official Form 206E/F                    Schedule E/F: Creditors Who Have Unsecured Claims                    page 88 of 152

**PetroShare Corp.**

**19-17633**

Debtor Name

Case Number (if known)

| Part 2: | All Creditors with NONPRIORITY Unsecured Claims |
| --- | --- |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the
previous page.  If no additional PRIORITY creditors exist, do not fill out or submit this page.

**Amount of Claim**

---

**3.349**

s501

Nonpriority creditor's name and mailing address

**LORENA STEAKLEY**
**C/O WR SELLERS**
**BOX 1323**
**CONROE, TX  77305**

Date or dates debt was incurred

Last 4 digts of account number

As of the petition filing date, the claim is:

Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   ROYALTY PAYMENT IN SUSPENSE

Is the claim subject to offset?
☑ No
☐ Yes

$106.90

---

**3.350**

s576

Nonpriority creditor's name and mailing address

**LORENE M LEARY**
**1232 ST JOHN PLACE**
**FORT COLLINS, CO  80525**

Date or dates debt was incurred

Last 4 digts of account number

As of the petition filing date, the claim is:

Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   ROYALTY PAYMENT IN SUSPENSE

Is the claim subject to offset?
☑ No
☐ Yes

$53.71

---

**3.351**

s403

Nonpriority creditor's name and mailing address

**LORETTA W MOORE TRUST**
**CLARICE E SHOOK, TRUSTEE**
**1036 JUNKINS LOOP**
**WESTCLIFFE, CO  81252**

Date or dates debt was incurred

Last 4 digts of account number

As of the petition filing date, the claim is:

Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   ROYALTY PAYMENT IN SUSPENSE

Is the claim subject to offset?
☑ No
☐ Yes

$3,452.69

---

**3.352**

s226

Nonpriority creditor's name and mailing address

**LORI MCMAHON**
**4812 WILLIAM ST**
**OMAHA, NE  68106-2536**

Date or dates debt was incurred

Last 4 digts of account number

As of the petition filing date, the claim is:

Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   MONEY LOANED - NOTEHOLDER

Is the claim subject to offset?
☑ No
☐ Yes

$25,000.00

---

**PetroShare Corp.**                                                                    **19-17633**

Debtor Name                                                               Case Number (if known)

| Part 2: | All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the
previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.                    **Amount of Claim**

| 3.353 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $36.98 |
|---|---|---|---|

**s607**  LUE XIONG & GONG VANG
16520 FILLMORE STREET
BRIGHTON, CO 80602

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Last 4 digts of account number

Basis for the claim:  ROYALTY PAYMENT IN SUSPENSE

Is the claim subject to offset?
☑ No
☐ Yes

---

| 3.354 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $12.00 |
|---|---|---|---|

**s666**  LYNNE M HOWELL
2581 E 166TH AVENUE
BRIGHTON, CO 80602

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Last 4 digts of account number

Basis for the claim:  ROYALTY PAYMENT IN SUSPENSE

Is the claim subject to offset?
☑ No
☐ Yes

---

| 3.355 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $246,115.00 |
|---|---|---|---|

**s287**  M & M EXCAVATION CO
25490 COUNTY ROAD 58
GREELEY, CO 80631-9750

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Last 4 digts of account number

Basis for the claim:  TRADE PAYABLE

Is the claim subject to offset?
☑ No
☐ Yes

---

| 3.356 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $831.61 |
|---|---|---|---|

**s448**  M ALISON KUHN WIPPICH
UNKNOWN
UNKNOWN, TX 77777

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Last 4 digts of account number

Basis for the claim:  ROYALTY PAYMENT IN SUSPENSE

Is the claim subject to offset?
☑ No
☐ Yes

---

**PetroShare Corp.**

Debtor Name

| **Part 2:** | **All Creditors with NONPRIORITY Unsecured Claims** |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.  If no additional PRIORITY creditors exist, do not fill out or submit this page.                    **Amount of Claim**

| | | | |
|---|---|---|---|
| 3.357 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $18.79 |
| s649 | MABLE MCMICHAEL TRUST<br>8537 WOODLAKE CIRCLE<br>FORT WORTH, TX  76179 | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date or dates debt was incurred | Basis for the claim:   ROYALTY PAYMENT IN SUSPENSE | |
| | Last 4 digts of account number | Is the claim subject to offset?<br>☑ No<br>☐ Yes | |

| | | | |
|---|---|---|---|
| 3.358 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.02 |
| s735 | MADANT ENERGY LLC<br>PO BOX 103310<br>DENVER, CO  80250 | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date or dates debt was incurred | Basis for the claim:   ROYALTY PAYMENT IN SUSPENSE | |
| | Last 4 digts of account number | Is the claim subject to offset?<br>☑ No<br>☐ Yes | |

| | | | |
|---|---|---|---|
| 3.359 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $26.00 |
| s355 | MANAGER OF FINANCE<br>ADDRESS UNAVAILABLE AT TIME OF FILING | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date or dates debt was incurred | Basis for the claim:   TRADE PAYABLE | |
| | Last 4 digts of account number | Is the claim subject to offset?<br>☑ No<br>☐ Yes | |

| | | | |
|---|---|---|---|
| 3.360 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $48,000.00 |
| s127 | MARGARET M BATHGATE<br>6376 E TUFTS AVE<br>ENGLEWOOD, CO  80111-1163 | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date or dates debt was incurred | Basis for the claim:   MONEY LOANED - NOTEHOLDER | |
| | Last 4 digts of account number | Is the claim subject to offset?<br>☑ No<br>☐ Yes | |

**PetroShare Corp.**

**19-17633**

Debtor Name

Case Number (if known)

| Part 2: | All Creditors with NONPRIORITY Unsecured Claims |
|---------|------------------------------------------------|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

**Amount of Claim**

| | | | |
|---|---|---|---|
| 3.361 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $71.99 |
| s543 | MARGIE P LECUYER<br>3511A FAIRWAY DRIVE<br>HAYS, KS 67601 | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date or dates debt was incurred | Basis for the claim:  ROYALTY PAYMENT IN SUSPENSE | |
| | Last 4 digts of account number | Is the claim subject to offset?<br>☑ No<br>☐ Yes | |

| | | | |
|---|---|---|---|
| 3.362 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $11,817.19 |
| s387 | MARILEE BERGSTROM<br>15245 EMPORIA ST<br>BRIGHTON, CO 80602 | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date or dates debt was incurred | Basis for the claim:  ROYALTY PAYMENT IN SUSPENSE | |
| | Last 4 digts of account number | Is the claim subject to offset?<br>☑ No<br>☐ Yes | |

| | | | |
|---|---|---|---|
| 3.363 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $40,000.00 |
| s181 | MARIO J MAPELLI<br>4183 S EUDORA ST<br>ENGLEWOOD, CO 80113-5006 | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date or dates debt was incurred | Basis for the claim:  MONEY LOANED - NOTEHOLDER | |
| | Last 4 digts of account number | Is the claim subject to offset?<br>☑ No<br>☐ Yes | |

| | | | |
|---|---|---|---|
| 3.364 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $832.15 |
| s443 | MARK A KUHN<br>1473 N CADDY CT<br>WICHITA, KS 67212-1283 | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date or dates debt was incurred | Basis for the claim:  ROYALTY PAYMENT IN SUSPENSE | |
| | Last 4 digts of account number | Is the claim subject to offset?<br>☑ No<br>☐ Yes | |

| Part 2: | All Creditors with NONPRIORITY Unsecured Claims |
|---------|--------------------------------------------------|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.  If no additional PRIORITY creditors exist, do not fill out or submit this page.

**Amount of Claim**

---

**3.365** Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $2.04

s699  MARK A THOMPSON
3853 HORIUCHI ST
BRIGHTON, CO  80601-4621

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:   ROYALTY PAYMENT IN SUSPENSE

Last 4 digts of account number

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.366** Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,680.96

s425  MARK R LONG & JANE LONG
10046 E 159TH AVE
BRIGHTON, CO  80602

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:   ROYALTY PAYMENT IN SUSPENSE

Last 4 digts of account number

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.367** Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $123.65

s498  MARK S BELLA AND LINDA S BELLA
3804 GOLDEN LEAF POINT SW
GAINESVILLE, GA  30504

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:   ROYALTY PAYMENT IN SUSPENSE

Last 4 digts of account number

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.368** Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $71.27

s547  MARK S WALLACE
475 17TH ST # 980
DENVER, CO  80202-4019

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:   ROYALTY PAYMENT IN SUSPENSE

Last 4 digts of account number

Is the claim subject to offset?
☑ No
☐ Yes

---

**PetroShare Corp.**                                                    **19-17633**

Debtor Name                                                    Case Number (if known)

| Part 2: | All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the
previous page.  If no additional PRIORITY creditors exist, do not fill out or submit this page.           **Amount of Claim**

---

**3.369** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $21.35

**s644** | MARK STEVEN WORTZ
307 WESTERN DR
SANTA CRUZ, CA  95060

Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Last 4 digts of account number

Basis for the claim:   ROYALTY PAYMENT IN SUSPENSE

Is the claim subject to offset?
- ☑ No
- ☐ Yes

---

**3.370** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $50.64

**s580** | MARNELL V LOWE &
RICHARD T MODICA
292 PIONEER WAY
BRIGHTON, CO  80603

Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Last 4 digts of account number

Basis for the claim:   ROYALTY PAYMENT IN SUSPENSE

Is the claim subject to offset?
- ☑ No
- ☐ Yes

---

**3.371** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $48.07

**s587** | MARSLAND HOLT JOHNSON
C/O FROST BANK, AGENT, ACCT #WE179
MINERAL ASSET MANAGEMENT, T-6
PO BOX 1600
SAN ANTONIO, TX  78296-1600

Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Last 4 digts of account number

Basis for the claim:   ROYALTY PAYMENT IN SUSPENSE

Is the claim subject to offset?
- ☑ No
- ☐ Yes

---

**3.372** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $31.31

**s624** | MARTIN ALLEN SCOTT CAMPBELL
2962 LAKE DR
LOVELAND, CO  80538

Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Last 4 digts of account number

Basis for the claim:   ROYALTY PAYMENT IN SUSPENSE

Is the claim subject to offset?
- ☑ No
- ☐ Yes

---

**PetroShare Corp.**                                                    **19-17633**

Debtor Name                                                    Case Number (if known)

| **Part 2:** | **All Creditors with NONPRIORITY Unsecured Claims** |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.  If no additional PRIORITY creditors exist, do not fill out or submit this page.

**Amount of Claim**

| | | | |
|---|---|---|---|
| 3.373 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $3,424.57 |
| s405 | **MARY ANTHONY**<br>**10041 E 157TH AVE**<br>**BRIGHTON, CO  80601** | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date or dates debt was incurred | **Basis for the claim:   ROYALTY PAYMENT IN SUSPENSE** | |
| | Last 4 digts of account number | **Is the claim subject to offset?**<br>☑ No<br>☐ Yes | |

| | | | |
|---|---|---|---|
| 3.374 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $221.32 |
| s482 | **MARY J HERRERA**<br>**15985 ALTON ST**<br>**BRIGHTON, CO  80602-8689** | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date or dates debt was incurred | **Basis for the claim:   ROYALTY PAYMENT IN SUSPENSE** | |
| | Last 4 digts of account number | **Is the claim subject to offset?**<br>☑ No<br>☐ Yes | |

| | | | |
|---|---|---|---|
| 3.375 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $0.04 |
| s730 | **MARY J JETTE**<br>**8871 TAHOE CT**<br>**BOULDER, CO  80301** | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date or dates debt was incurred | **Basis for the claim:   ROYALTY PAYMENT IN SUSPENSE** | |
| | Last 4 digts of account number | **Is the claim subject to offset?**<br>☑ No<br>☐ Yes | |

| | | | |
|---|---|---|---|
| 3.376 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $34.16 |
| s615 | **MARY V PETERSON TRUST**<br>**DATED 6/21/2001**<br>**87 BROOKGREEN CIRCLE SOUTH**<br>**MONTGOMERY, TX  77356** | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date or dates debt was incurred | **Basis for the claim:   ROYALTY PAYMENT IN SUSPENSE** | |
| | Last 4 digts of account number | **Is the claim subject to offset?**<br>☑ No<br>☐ Yes | |

**PetroShare Corp.**                                                                **19-17633**

Debtor Name                                                         Case Number (if known)

| | | |
|---|---|---|
| Part 2: | **All Creditors with NONPRIORITY Unsecured Claims** | |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the
previous page.  If no additional PRIORITY creditors exist, do not fill out or submit this page.                    **Amount of Claim**

| 3.377 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $10,500.00 |
|---|---|---|---|

s148   MATTHEW DUNLAP
2222 BRADFIELD DR
LINCOLN, NE  68502-4109

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred                          Basis for the claim:   MONEY LOANED - NOTEHOLDER

Last 4 digts of account number

Is the claim subject to offset?
☑ No
☐ Yes

---

| 3.378 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $150,000.00 |
|---|---|---|---|

s163   MATTHEW HAYDEN
240 VIA RANCHO
SAN CLEMENTE, CA  92672-4539

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred                          Basis for the claim:   MONEY LOANED - NOTEHOLDER

Last 4 digts of account number

Is the claim subject to offset?
☑ No
☐ Yes

---

| 3.379 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,680.85 |
|---|---|---|---|

s427   MATTHEW NATHEN MONTANO AND ALEX
MICHELLE HUNT
11694 CLAUDE CT
NORTHGLENN, CO  80233

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred                          Basis for the claim:   ROYALTY PAYMENT IN SUSPENSE

Last 4 digts of account number

Is the claim subject to offset?
☑ No
☐ Yes

---

| 3.380 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $28.79 |
|---|---|---|---|

s629   MCCOY FAMILY TRUST
C/O CHUCK MCCOY
12508 HAY COURT
EL CAJON, CA  92021

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred                          Basis for the claim:   ROYALTY PAYMENT IN SUSPENSE

Last 4 digts of account number

Is the claim subject to offset?
☑ No
☐ Yes

---

**PetroShare Corp.**                                                              **19-17633**

Debtor Name                                                          Case Number (if known)

| Part 2: | All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the
previous page.  If no additional PRIORITY creditors exist, do not fill out or submit this page.                    **Amount of Claim**

| 3.381 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,659.15 |
|---|---|---|---|

s335    MEGHAN GRIMES
        11788 FAIRPLAY ST
        BRIGHTON, CO  80603-7225

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred                     Basis for the claim:   TRADE PAYABLE

Last 4 digts of account number

Is the claim subject to offset?
☑ No
☐ Yes

---

| 3.382 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $50,000.00 |
|---|---|---|---|

s146    MICHAEL & JULIA DONNELLY
        10361 E PRENTICE PL
        ENGLEWOOD, CO  80111-6245

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred                     Basis for the claim:   MONEY LOANED - NOTEHOLDER

Last 4 digts of account number

Is the claim subject to offset?
☑ No
☐ Yes

---

| 3.383 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $11,250.00 |
|---|---|---|---|

s217    MICHAEL A SUMPMANN
        10100 S SHADOW HILL DR
        LONE TREE, CO  80124-6809

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred                     Basis for the claim:   MONEY LOANED - NOTEHOLDER

Last 4 digts of account number

Is the claim subject to offset?
☑ No
☐ Yes

---

| 3.384 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $50,000.00 |
|---|---|---|---|

s106    MICHAEL B OWENS
        12853 S ROBINSON RANCH DR
        PARKER, CO  80134-5976

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred                     Basis for the claim:   MONEY LOANED - NOTEHOLDER

Last 4 digts of account number

Is the claim subject to offset?
☑ No
☐ Yes

---

**PetroShare Corp.**

**19-17633**

Debtor Name

Case Number (if known)

| Part 2: | All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

**Amount of Claim**

---

| 3.385 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $9.96 |
|---|---|---|---|
| s672 | MICHAEL D LEHMAN AND JACQUELINE N LEHMAN<br>9900 E 157TH AVE<br>BRIGHTON, CO 80602 | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |

Date or dates debt was incurred

Basis for the claim: ROYALTY PAYMENT IN SUSPENSE

Last 4 digts of account number

Is the claim subject to offset?
☑ No
☐ Yes

---

| 3.386 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $75,250.00 |
|---|---|---|---|
| s147 | MICHAEL E DONNELLY<br>3920 S BIRCH ST<br>ENGLEWOOD, CO 80113-5032 | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |

Date or dates debt was incurred

Basis for the claim: MONEY LOANED - NOTEHOLDER

Last 4 digts of account number

Is the claim subject to offset?
☑ No
☐ Yes

---

| 3.387 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $415.03 |
|---|---|---|---|
| s464 | MICHAEL K O`NEIL AND MELISSA P O`NEIL<br>15211 CLINTON ST<br>BRIGHTON, CO 80602 | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |

Date or dates debt was incurred

Basis for the claim: ROYALTY PAYMENT IN SUSPENSE

Last 4 digts of account number

Is the claim subject to offset?
☑ No
☐ Yes

---

| 3.388 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $25.69 |
|---|---|---|---|
| s635 | MICHAEL M APPELL<br>231 EAST 76TH STREET<br>NEW YORK CITY, NY 10021 | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |

Date or dates debt was incurred

Basis for the claim: ROYALTY PAYMENT IN SUSPENSE

Last 4 digts of account number

Is the claim subject to offset?
☑ No
☐ Yes

---

**PetroShare Corp.**                                                    **19-17633**

Debtor Name                                                    Case Number (if known)

| Part 2: | All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.                                                    Amount of Claim

| 3.389 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $125,000.00 |
|---|---|---|---|
| s230 | MICHAEL S BARISH IRA ROLLOVER<br>200 COLUMBINE ST #800<br>DENVER, CO 80206-4734 | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date or dates debt was incurred | Basis for the claim: MONEY LOANED - NOTEHOLDER | |
| | Last 4 digts of account number | Is the claim subject to offset?<br>☑ No<br>☐ Yes | |

| 3.390 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $50,000.00 |
|---|---|---|---|
| s99 | MICHAEL S BARISH<br>200 COLUMBINE ST #800<br>DENVER, CO 80206-4734 | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date or dates debt was incurred | Basis for the claim: MONEY LOANED - NOTEHOLDER | |
| | Last 4 digts of account number | Is the claim subject to offset?<br>☑ No<br>☐ Yes | |

| 3.391 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $478.14 |
|---|---|---|---|
| s461 | MICHAEL S SMITH<br>F/A/O<br>COLORADO NATIONAL BANK<br>PO BOX 5548<br>DENVER, CO 80217-5548 | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date or dates debt was incurred | Basis for the claim: ROYALTY PAYMENT IN SUSPENSE | |
| | Last 4 digts of account number | Is the claim subject to offset?<br>☑ No<br>☐ Yes | |

| 3.392 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $95.81 |
|---|---|---|---|
| s511 | MICHELLE M GALLOWAY<br>PO BOX 1535<br>JOHNSON CITY, TX 78636 | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date or dates debt was incurred | Basis for the claim: ROYALTY PAYMENT IN SUSPENSE | |
| | Last 4 digts of account number | Is the claim subject to offset?<br>☑ No<br>☐ Yes | |

**PetroShare Corp.**                                                                    **19-17633**

Debtor Name                                                                    Case Number (if known)

| Part 2: | All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

**Amount of Claim**

| 3.393 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $26,994.23 |
|---|---|---|---|

s374    MILNEX RESOURCES CORP
        JEFFREY D LAVENHAR
        6140 S GUN CLUB RD # K6-164
        AURORA, CO  80138

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Last 4 digts of account number

Basis for the claim:   ROYALTY PAYMENT IN SUSPENSE

Is the claim subject to offset?
☑ No
☐ Yes

---

| 3.394 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $103.41 |
|---|---|---|---|

s504    MOLLY B INMAN TRUST
        C/O JOHN E NATION, TRUSTEE
        13610 S 177TH WEST AVE
        KELLYVILLE, OK  74039-3701

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Last 4 digts of account number

Basis for the claim:   ROYALTY PAYMENT IN SUSPENSE

Is the claim subject to offset?
☑ No
☐ Yes

---

| 3.395 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $20,800.00 |
|---|---|---|---|

s304    MORNING GUN EXPLORATION LLC
        1601 ARAPAHOE ST
        DENVER, CO  80202-2030

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Last 4 digts of account number

Basis for the claim:   TRADE PAYABLE

Is the claim subject to offset?
☑ No
☐ Yes

---

| 3.396 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $150.00 |
|---|---|---|---|

s349    MOSS ADAMS LLP
        PO BOX 101822
        PASADENA, CA  91189-1822

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Last 4 digts of account number

Basis for the claim:   TRADE PAYABLE

Is the claim subject to offset?
☑ No
☐ Yes

**PetroShare Corp.**

**19-17633**

Debtor Name

Case Number (if known)

| Part 2: | All Creditors with NONPRIORITY Unsecured Claims |
| --- | --- |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

**Amount of Claim**

---

| 3.397 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $5.00 |
| --- | --- | --- | --- |

s40  MYFAX
J2 CLOUD SERVICES, INC.
6922 HOLLYWOOD BOULEVARD
5TH FLOOR
LOS ANGELES, CA 90028

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Last 4 digts of account number

Basis for the claim:  UTILITIES
TELECOMMUNICATION SERVICES

Is the claim subject to offset?
☑ No
☐ Yes

---

| 3.398 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $38.87 |
| --- | --- | --- | --- |

s595  MYRA L ARMSTRONG
2591 KRAMERIA
DENVER, CO 80207

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Last 4 digts of account number

Basis for the claim:  ROYALTY PAYMENT IN SUSPENSE

Is the claim subject to offset?
☑ No
☐ Yes

---

| 3.399 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $19,187.80 |
| --- | --- | --- | --- |

s306  NGL WATER SOLUTIONS DJ LLC
3773 CHERRY CREEK N DR STE 1000
DENVER, CO 80209-3820

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Last 4 digts of account number

Basis for the claim:  TRADE PAYABLE

Is the claim subject to offset?
☑ No
☐ Yes

---

| 3.400 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $5.74 |
| --- | --- | --- | --- |

s357  NOBLE ENERGY INC
PO BOX 731670
DALLAS, TX 75373-1670

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Last 4 digts of account number

Basis for the claim:  TRADE PAYABLE

Is the claim subject to offset?
☑ No
☐ Yes

---

**PetroShare Corp.**                                                                      **19-17633**

Debtor Name                                                                              Case Number (if known)

| **Part 2:** | **All Creditors with NONPRIORITY Unsecured Claims** |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the
previous page.  If no additional PRIORITY creditors exist, do not fill out or submit this page.                    **Amount of Claim**

| 3.401 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $11,082.17 |
|---|---|---|---|
| s388 | NORTH VALLEY BANK FOR THE ACCOUNT OF<br>WENDY A POWERS & JOHN F POWERS II<br>1210 E 1ST AVE<br>BRIGHTON, CO  80020 | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date or dates debt was incurred | Basis for the claim:   ROYALTY PAYMENT IN SUSPENSE | |
| | Last 4 digts of account number | Is the claim subject to offset?<br>☑ No<br>☐ Yes | |

| 3.402 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $60,000.00 |
|---|---|---|---|
| s213 | ORVAL LEE SEAMAN JR & YVONNE DEE SEAMAN<br>945 GRALAND LN<br>HIGHLANDS RANCH, CO  80126-5571 | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date or dates debt was incurred | Basis for the claim:   MONEY LOANED - NOTEHOLDER | |
| | Last 4 digts of account number | Is the claim subject to offset?<br>☑ No<br>☐ Yes | |

| 3.403 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $4,028.30 |
|---|---|---|---|
| s402 | OSCAR SOLIS, JR<br>15730 DALLAS ST<br>BRIGHTON, CO  80602 | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date or dates debt was incurred | Basis for the claim:   ROYALTY PAYMENT IN SUSPENSE | |
| | Last 4 digts of account number | Is the claim subject to offset?<br>☑ No<br>☐ Yes | |

| 3.404 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $103.41 |
|---|---|---|---|
| s503 | PARKER M INMAN TRUST<br>C/O JOHN E NATION, TRUSTEE<br>13610 S 177TH WEST AVE<br>KELLYVILLE, OK  74039-3701 | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date or dates debt was incurred | Basis for the claim:   ROYALTY PAYMENT IN SUSPENSE | |
| | Last 4 digts of account number | Is the claim subject to offset?<br>☑ No<br>☐ Yes | |

**PetroShare Corp.**

Debtor Name

**19-17633**

Case Number (if known)

| Part 2: | All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

Amount of Claim

---

| 3.405 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $199.05 |
|---|---|---|---|

s485   PATRICK G & DONNA L GERAGHTY
16480 FILLMORE ST ROUTE 2
BRIGHTON, CO  80601

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:   ROYALTY PAYMENT IN SUSPENSE

Last 4 digts of account number

Is the claim subject to offset?
☑ No
☐ Yes

---

| 3.406 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $20.59 |
|---|---|---|---|

s646   PATRICK TROSTEL
3400 E 168TH AVE
BRIGHTON, CO  80602

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:   ROYALTY PAYMENT IN SUSPENSE

Last 4 digts of account number

Is the claim subject to offset?
☑ No
☐ Yes

---

| 3.407 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $49.08 |
|---|---|---|---|

s584   PATRICK W BELLINGER
PO BOX 9335
ST LOUIS, MO  63117

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:   ROYALTY PAYMENT IN SUSPENSE

Last 4 digts of account number

Is the claim subject to offset?
☑ No
☐ Yes

---

| 3.408 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $40,000.00 |
|---|---|---|---|

s180   PAUL D MANISCALCO
9635 MAROON CIRCLE
SUITE 400
ENGLEWOOD, CO  80112-6149

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:   MONEY LOANED - NOTEHOLDER

Last 4 digts of account number

Is the claim subject to offset?
☑ No
☐ Yes

---

**PetroShare Corp.**

Debtor Name

**19-17633**

Case Number (if known)

| Part 2: | All Creditors with NONPRIORITY Unsecured Claims |
| --- | --- |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.  If no additional PRIORITY creditors exist, do not fill out or submit this page.

**Amount of Claim**

---

| 3.409 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $11.66 |
| --- | --- | --- | --- |

s667 | PAUL DANIEL GANN
10082 E 157TH PL
BRIGHTON, CO  80602

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Last 4 digts of account number

Basis for the claim:   ROYALTY PAYMENT IN SUSPENSE

Is the claim subject to offset?
☑ No
☐ Yes

---

| 3.410 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $36.38 |
| --- | --- | --- | --- |

s610 | PAUL E EDWARDS
7900 EAST 168TH AVENUE
BRIGHTON, CO  80602

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Last 4 digts of account number

Basis for the claim:   ROYALTY PAYMENT IN SUSPENSE

Is the claim subject to offset?
☑ No
☐ Yes

---

| 3.411 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $25,000.00 |
| --- | --- | --- | --- |

s162 | PAUL HARRIS
2427 N WILDERNESS LN
FAYETTEVILLE, AR  72703

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Last 4 digts of account number

Basis for the claim:   MONEY LOANED - NOTEHOLDER

Is the claim subject to offset?
☑ No
☐ Yes

---

| 3.412 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $95.81 |
| --- | --- | --- | --- |

s512 | PAUL J YOUNGER
6937 SADDLEBACK AVENUE
FIRESTONE, CO  80504-6715

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Last 4 digts of account number

Basis for the claim:   ROYALTY PAYMENT IN SUSPENSE

Is the claim subject to offset?
☑ No
☐ Yes

---

**PetroShare Corp.**

**19-17633**

Debtor Name

Case Number (if known)

| **Part 2:** | **All Creditors with NONPRIORITY Unsecured Claims** |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the
previous page.  If no additional PRIORITY creditors exist, do not fill out or submit this page.

**Amount of Claim**

| | | |
|---|---|---|
| 3.413 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $95.81 |
| s513 | PAULA JEAN YOUNGER<br>2350 MONACO PARKWAY<br>DENVER, CO  80207 | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date or dates debt was incurred | Basis for the claim:   ROYALTY PAYMENT IN SUSPENSE | |
| | Last 4 digts of account number | Is the claim subject to offset?<br>☑ No<br>☐ Yes | |

| | | |
|---|---|---|
| 3.414 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $578.31 |
| s339 | PCS FERGUSON INC<br>PO BOX 732131<br>DALLAS, TX  75373-2131 | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date or dates debt was incurred | Basis for the claim:   TRADE PAYABLE | |
| | Last 4 digts of account number | Is the claim subject to offset?<br>☑ No<br>☐ Yes | |

| | | |
|---|---|---|
| 3.415 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,129.76 |
| s437 | PETER SURETTE AND JAN SURETTE<br>15226 AKRON ST<br>BRIGHTON, CO  80602-5614 | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date or dates debt was incurred | Basis for the claim:   ROYALTY PAYMENT IN SUSPENSE | |
| | Last 4 digts of account number | Is the claim subject to offset?<br>☑ No<br>☐ Yes | |

| | | |
|---|---|---|
| 3.416 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $200,000.00 |
| s197 | PETROLEUM EXPLORATION & MANAGEMENT LLC<br>PO BOX 366<br>GILCREST, CO  80623-0366 | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date or dates debt was incurred | Basis for the claim:   MONEY LOANED - NOTEHOLDER | |
| | Last 4 digts of account number | Is the claim subject to offset?<br>☑ No<br>☐ Yes | |

**PetroShare Corp.**

**19-17633**

Debtor Name

Case Number (if known)

| Part 2: | All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

Amount of Claim

---

| 3.417 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $77.12 |
|---|---|---|---|

s534  PETRUST CORP OF AMERICA
C/O CATOICO RESOURCE MGMT LP
PO BOX 53567
MIDLAND, TX  79710

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Last 4 digts of account number

Basis for the claim:  ROYALTY PAYMENT IN SUSPENSE

Is the claim subject to offset?
☑ No
☐ Yes

---

| 3.418 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.03 |
|---|---|---|---|

s731  PEYTON ENERGY LP
6850 TPC DR STE 202
MCKINNEY, TX  75070

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Last 4 digts of account number

Basis for the claim:  ROYALTY PAYMENT IN SUSPENSE

Is the claim subject to offset?
☑ No
☐ Yes

---

| 3.419 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $832.15 |
|---|---|---|---|

s447  PHILIP M KUHN
314 HIGHLAND MALL BLVD STE 494
AUSTIN, TX  78752-3732

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Last 4 digts of account number

Basis for the claim:  ROYALTY PAYMENT IN SUSPENSE

Is the claim subject to offset?
☑ No
☐ Yes

---

| 3.420 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $500,000.00 |
|---|---|---|---|

s198  PINNACLE FAMILY OFFICE INVESTMENTS LP
5910 N CENTRAL EXPY STE1475
DALLAS, TX  75206-0905

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Last 4 digts of account number

Basis for the claim:  MONEY LOANED - NOTEHOLDER

Is the claim subject to offset?
☑ No
☐ Yes

---

**PetroShare Corp.**                                                                    **19-17633**

Debtor Name                                                                    Case Number (if known)

| Part 2: | All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.  If no additional PRIORITY creditors exist, do not fill out or submit this page.

**Amount of Claim**

| | | |
|---|---|---|
| 3.421 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $146.83 |

s496   PIRTLE PROPERTIES LP
FARMERS NATIONAL CO, AGENT
5110 SOUTH YALE STE 400
TULSA, OK  74135-7483

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred                    Basis for the claim:   ROYALTY PAYMENT IN SUSPENSE

Last 4 digts of account number

Is the claim subject to offset?
☑ No
☐ Yes

---

3.422   Nonpriority creditor's name and mailing address     As of the petition filing date, the claim is:     $28.31

s631   PLAYA PETROLEUM LLC
410 17TH ST STE 1600
DENVER, CO  80202-4415

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred                    Basis for the claim:   ROYALTY PAYMENT IN SUSPENSE

Last 4 digts of account number

Is the claim subject to offset?
☑ No
☐ Yes

---

3.423   Nonpriority creditor's name and mailing address     As of the petition filing date, the claim is:     $4.99

s684   PRIME MERIDIAN OIL & GAS LLC
PO BOX 101595
DENVER, CO  80250

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred                    Basis for the claim:   ROYALTY PAYMENT IN SUSPENSE

Last 4 digts of account number

Is the claim subject to offset?
☑ No
☐ Yes

---

3.424   Nonpriority creditor's name and mailing address     As of the petition filing date, the claim is:     $356.25

s343   PROGRESSIVE PCS INC
PO BOX 863
LAFAYETTE, CO  80026-0863

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred                    Basis for the claim:   TRADE PAYABLE

Last 4 digts of account number

Is the claim subject to offset?
☑ No
☐ Yes

**PetroShare Corp.**                                                                              **19-17633**

Debtor Name                                                          Case Number (if known)

| Part 2: | All Creditors with NONPRIORITY Unsecured Claims |
|---------|-------------------------------------------------|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the
previous page.  If no additional PRIORITY creditors exist, do not fill out or submit this page.                    **Amount of Claim**

| 3.425 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $47.33 |
|-------|--------------------------------------------------|-----------------------------------------------|--------|

s588   PROVIDENCE ENERGY PARTNERS III LP
       16400 N DALLAS PARKWAY STE 400
       DALLAS, TX  75248-2643

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Last 4 digts of account number

Basis for the claim:   ROYALTY PAYMENT IN SUSPENSE

Is the claim subject to offset?
☑ No
☐ Yes

---

| 3.426 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | UNKNOWN |
|-------|--------------------------------------------------|-----------------------------------------------|---------|

s47    PROVIDENCE WATTENBURG, LLC
       C/O BEATTY & WOZNIACK, P C
       ATTN: TYLER L WEIDLICH
       216 SIXTEENTH STREET, SUITE 1100
       DENVER, CO  80202-5115

Check all that apply.
☑ Contingent
☑ Unliquidated
☑ Disputed

Date or dates debt was incurred

Last 4 digts of account number

Basis for the claim:   LITIGATION

Is the claim subject to offset?
☑ No
☐ Yes

---

| 3.427 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,965.00 |
|-------|--------------------------------------------------|-----------------------------------------------|-----------|

s333   PROVIDENCE WATTENBURG, LP
       ATTN: LUKE ALLEN
       16400 NORTH DALLAS PARKWAY
       SUITE 400
       DALLAS, TX  75248-2643

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Last 4 digts of account number

Basis for the claim:   TRADE PAYABLE

Is the claim subject to offset?
☑ No
☐ Yes

---

| 3.428 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $88.40 |
|-------|--------------------------------------------------|-----------------------------------------------|--------|

s521   PVH COLORADO FAMILY LP
       MATTHEW R HOOVLER GP
       1019 8TH ST STE 105
       GOLDEN, CO  80401

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Last 4 digts of account number

Basis for the claim:   ROYALTY PAYMENT IN SUSPENSE

Is the claim subject to offset?
☑ No
☐ Yes

---

**PetroShare Corp.**

**19-17633**

Debtor Name

Case Number (if known)

| Part 2: | All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

Amount of Claim

---

**3.429**  Nonpriority creditor's name and mailing address

**s433**

RAISA II LLC
PO BOX 987
DENVER, CO 80201-0987

As of the petition filing date, the claim is:

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$1,471.05

Date or dates debt was incurred

Last 4 digts of account number

Basis for the claim: ROYALTY PAYMENT IN SUSPENSE

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.430**  Nonpriority creditor's name and mailing address

**s193**

RAJNIKANT N PATEL
462 CAMINO ELEVADO
BONITA, CA 91902-2552

As of the petition filing date, the claim is:

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$25,000.00

Date or dates debt was incurred

Last 4 digts of account number

Basis for the claim: MONEY LOANED - NOTEHOLDER

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.431**  Nonpriority creditor's name and mailing address

**s697**

RALPH E THOMPSON JR AND CAROL J THOMPSON
490 POPPY DR
BRIGHTON, CO 80601

As of the petition filing date, the claim is:

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$2.04

Date or dates debt was incurred

Last 4 digts of account number

Basis for the claim: ROYALTY PAYMENT IN SUSPENSE

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.432**  Nonpriority creditor's name and mailing address

**s311**

RAM SWAB SERVICES LLC
2154 W EISENHOWER BLVD
LOVELAND, CO 80537-3146

As of the petition filing date, the claim is:

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$11,744.66

Date or dates debt was incurred

Last 4 digts of account number

Basis for the claim: TRADE PAYABLE

Is the claim subject to offset?
☑ No
☐ Yes

---

**PetroShare Corp.**                                                    **19-17633**

Debtor Name                                                    Case Number (if known)

| Part 2: | All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the
previous page.  If no additional PRIORITY creditors exist, do not fill out or submit this page.          **Amount of Claim**

---

| 3.433 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $75,000.00 |
|---|---|---|---|

s212   RANDAL & MARGARET SCHOLL
       12254 WOODMONT DR
       COLORADO SPRINGS, CO  80921-3782

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred            Basis for the claim:   MONEY LOANED - NOTEHOLDER

Last 4 digts of account number

Is the claim subject to offset?
☑ No
☐ Yes

---

| 3.434 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $15.50 |
|---|---|---|---|

s661   RANDY LEE CAMPBELL & CHRISTEL J CAMPBELL
       9786 E 159TH PL
       BRIGHTON, CO  80602

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred            Basis for the claim:   ROYALTY PAYMENT IN SUSPENSE

Last 4 digts of account number

Is the claim subject to offset?
☑ No
☐ Yes

---

| 3.435 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $25,000.00 |
|---|---|---|---|

s124   RBC CAPITAL MARKETS LLC CUST
       FBO NICHOLAS ARTHUR IRA
       60 S 6TH STREET
       MINNEAPOLIS, MN  55402-4413

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred            Basis for the claim:   MONEY LOANED - NOTEHOLDER

Last 4 digts of account number

Is the claim subject to offset?
☑ No
☐ Yes

---

| 3.436 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $25,000.00 |
|---|---|---|---|

s125   RBC CAPITAL MARKETS LLC CUST
       FBO NICHOLAS ARTHUR ROTH IRA
       60 S 6TH STREET
       MINNEAPOLIS, MN  55402-4413

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred            Basis for the claim:   MONEY LOANED - NOTEHOLDER

Last 4 digts of account number

Is the claim subject to offset?
☑ No
☐ Yes

---

**PetroShare Corp.**                                                                              **19-17633**

Debtor Name                                                                              Case Number (if known)

| Part 2: | All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.  If no additional PRIORITY creditors exist, do not fill out or submit this page.                                    **Amount of Claim**

| | | |
|---|---|---|
| **3.437** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $25,000.00 |
| s121 | RDA REALTY LLC<br>1947 E MARILYN ROAD<br>PHOENIX, AZ  85022-3943 | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date or dates debt was incurred | Basis for the claim:   MONEY LOANED - NOTEHOLDER | |
| | Last 4 digts of account number | Is the claim subject to offset?<br>☑ No<br>☐ Yes | |

| | | |
|---|---|---|
| **3.438** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.94 |
| s706 | RDS OIL PROPERTIES<br>C/O RALPH KINCAID<br>6700 HARVARD<br>RAYTOWN, MO  64133 | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date or dates debt was incurred | Basis for the claim:   ROYALTY PAYMENT IN SUSPENSE | |
| | Last 4 digts of account number | Is the claim subject to offset?<br>☑ No<br>☐ Yes | |

| | | |
|---|---|---|
| **3.439** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $25,000.00 |
| s157 | REBECCA L GREGAREK ROTH IRA #T20003280<br>6901 S YOSEMITE ST STE 26<br>CENTENNIAL, CO  80112-1442 | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date or dates debt was incurred | Basis for the claim:   MONEY LOANED - NOTEHOLDER | |
| | Last 4 digts of account number | Is the claim subject to offset?<br>☑ No<br>☐ Yes | |

| | | |
|---|---|---|
| **3.440** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $10.57 |
| s671 | RED DOG OIL AND GAS INC<br>1119 MAREN COVE<br>FT COLLINS, CO  80525 | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date or dates debt was incurred | Basis for the claim:   ROYALTY PAYMENT IN SUSPENSE | |
| | Last 4 digts of account number | Is the claim subject to offset?<br>☑ No<br>☐ Yes | |

**PetroShare Corp.**

Debtor Name

| Part 2: | All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

Amount of Claim

---

**3.441**  Nonpriority creditor's name and mailing address

s625  REGAN GRADKE
424 S MAIN ST
BOERNE, TX 78006

As of the petition filing date, the claim is:                    $30.71

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:   ROYALTY PAYMENT IN SUSPENSE

Last 4 digts of account number

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.442**  Nonpriority creditor's name and mailing address

s438  REND M NAGRASSUS
15921 ELMIRA ST
BRIGHTON, CO 80601

As of the petition filing date, the claim is:                    $980.57

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:   ROYALTY PAYMENT IN SUSPENSE

Last 4 digts of account number

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.443**  Nonpriority creditor's name and mailing address

s417  RHONDA MITCHELL
3680 E 168TH AVE
BRIGHTON, CO 80602-6659

As of the petition filing date, the claim is:                    $1,745.54

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:   ROYALTY PAYMENT IN SUSPENSE

Last 4 digts of account number

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.444**  Nonpriority creditor's name and mailing address

s707  RICHARD B COLVIN
PO BOX 785
HUNT, TX 78024-0785

As of the petition filing date, the claim is:                    $0.82

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:   ROYALTY PAYMENT IN SUSPENSE

Last 4 digts of account number

Is the claim subject to offset?
☑ No
☐ Yes

---

**PetroShare Corp.**                                                                    **19-17633**

Debtor Name                                                                    Case Number (if known)

---

| Part 2: | All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.  If no additional PRIORITY creditors exist, do not fill out or submit this page.                    **Amount of Claim**

---

| 3.445 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.56 |
|---|---|---|---|

s709    RICHARD E WEINBERG
PO BOX 458
BELLAIRE, TX  77402-0458

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Last 4 digts of account number

Basis for the claim:   ROYALTY PAYMENT IN SUSPENSE

Is the claim subject to offset?
☑ No
☐ Yes

---

| 3.446 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $36.98 |
|---|---|---|---|

s608    RICHARD F DURAN JR &
KIMBERLY K DURRAN
16580 FILLMORE STREET
BRIGHTON, CO  80602-7608

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Last 4 digts of account number

Basis for the claim:   ROYALTY PAYMENT IN SUSPENSE

Is the claim subject to offset?
☑ No
☐ Yes

---

| 3.447 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.14 |
|---|---|---|---|

s719    RICHARD J ROOS JR
15940 ELMIRA ST
BRIGHTON, CO  80602

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Last 4 digts of account number

Basis for the claim:   ROYALTY PAYMENT IN SUSPENSE

Is the claim subject to offset?
☑ No
☐ Yes

---

| 3.448 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $576.39 |
|---|---|---|---|

s458    RICHARD L MAYER AND JILL A MAYER
15250 BOSTON ST
BRIGHTON, CO  80602

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Last 4 digts of account number

Basis for the claim:   ROYALTY PAYMENT IN SUSPENSE

Is the claim subject to offset?
☑ No
☐ Yes

---

| Part 2: | All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

**Amount of Claim**

| | | | |
|---|---|---|---|
| 3.449 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $25,000.00 |
| s168 | RICHARD M IRVINE<br>2886 CARRIAGE MANOR POINT<br>COLORADO SPRINGS, CO  8096 | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date or dates debt was incurred | Basis for the claim:   MONEY LOANED - NOTEHOLDER | |
| | Last 4 digts of account number | Is the claim subject to offset?<br>☑ No<br>☐ Yes | |

| | | | |
|---|---|---|---|
| 3.450 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $530.29 |
| s459 | RICHARD P LANE AND DIANNA B LANE<br>9685 EAST 153RD AVE<br>BRIGHTON, CO  80602 | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date or dates debt was incurred | Basis for the claim:   ROYALTY PAYMENT IN SUSPENSE | |
| | Last 4 digts of account number | Is the claim subject to offset?<br>☑ No<br>☐ Yes | |

| | | | |
|---|---|---|---|
| 3.451 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $9,000.00 |
| s165 | RICHARD T HUEBNER<br>16318 E BERRY AVE<br>CENTENNIAL, CO  80015-4050 | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date or dates debt was incurred | Basis for the claim:   MONEY LOANED - NOTEHOLDER | |
| | Last 4 digts of account number | Is the claim subject to offset?<br>☑ No<br>☐ Yes | |

| | | | |
|---|---|---|---|
| 3.452 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $37.39 |
| s597 | RICK D & MARY WEAVER<br>16560 YORK STREET<br>BRIGHTON, CO  80601-7600 | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date or dates debt was incurred | Basis for the claim:   ROYALTY PAYMENT IN SUSPENSE | |
| | Last 4 digts of account number | Is the claim subject to offset?<br>☑ No<br>☐ Yes | |

**PetroShare Corp.**

Debtor Name

**19-17633**

Case Number (if known)

| **Part 2:** | **All Creditors with NONPRIORITY Unsecured Claims** |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.  If no additional PRIORITY creditors exist, do not fill out or submit this page.

Amount of Claim

---

| 3.453 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.08 |

s726

RICK ENGLER & JOE TROTTER
9849 E 159TH PL
BRIGHTON, CO  80602

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Last 4 digts of account number

Basis for the claim:   ROYALTY PAYMENT IN SUSPENSE

Is the claim subject to offset?
☑ No
☐ Yes

---

| 3.454 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $25,000.00 |

s207

RIEDY ENTERPRISES INC
1932 ASPEN CIR STE R
GRAND ISLAND, NE  68803-2474

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Last 4 digts of account number

Basis for the claim:   MONEY LOANED - NOTEHOLDER

Is the claim subject to offset?
☑ No
☐ Yes

---

| 3.455 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $12,043.70 |

s386

ROBERT C BERGSTROM AND MARILEE E
BERGSTROM
15265 EMPORIA ST
BRIGHTON, CO  80602

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Last 4 digts of account number

Basis for the claim:   ROYALTY PAYMENT IN SUSPENSE

Is the claim subject to offset?
☑ No
☐ Yes

---

| 3.456 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $40,000.00 |

s224

ROBERT J ZAPPA
11601 E CORTEZ DR
SCOTTSDALE, AZ  85259-2602

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Last 4 digts of account number

Basis for the claim:   MONEY LOANED - NOTEHOLDER

Is the claim subject to offset?
☑ No
☐ Yes

---

**PetroShare Corp.**                                                                                  **19-17633**

Debtor Name                                                                          Case Number (if known)

| Part 2: | All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the
previous page.  If no additional PRIORITY creditors exist, do not fill out or submit this page.          **Amount of Claim**

---

| 3.457 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $35.71 |
|---|---|---|---|

s612    **ROBERT K SULLIVAN**
        **2 S PHELPS AVE**
        **ARLINGTON HEIGHTS, IL  60004**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred                 Basis for the claim:   ROYALTY PAYMENT IN SUSPENSE

Last 4 digts of account number

Is the claim subject to offset?
☑ No
☐ Yes

---

| 3.458 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $20,200.00 |
|---|---|---|---|

s138    **ROBERT L AND CECILIA S BURRELL**
        **2306 S COLUMBINE ST**
        **DENVER, CO  80210-5422**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred                 Basis for the claim:   MONEY LOANED - NOTEHOLDER

Last 4 digts of account number

Is the claim subject to offset?
☑ No
☐ Yes

---

| 3.459 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $930.29 |
|---|---|---|---|

s440    **ROBERT L POEBLA**
        **16522 JOSEPHINE STREET**
        **BRIGHTON, CO  80601-7617**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred                 Basis for the claim:   ROYALTY PAYMENT IN SUSPENSE

Last 4 digts of account number

Is the claim subject to offset?
☑ No
☐ Yes

---

| 3.460 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.28 |
|---|---|---|---|

s715    **ROBERT LUNDI CRAMER ESTATE**
        **THOMAS CRAMER - ADMIN**
        **4722 38TH STREET**
        **LUBBOCK, TX  79414**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred                 Basis for the claim:   ROYALTY PAYMENT IN SUSPENSE

Last 4 digts of account number

Is the claim subject to offset?
☑ No
☐ Yes

---

**PetroShare Corp.**                                                    **19-17633**

Debtor Name                                                    Case Number (if known)

| Part 2: | All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the
previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.          **Amount of Claim**

| | | | |
|---|---|---|---|
| **3.461** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $198.59 |
| s486 | ROBERT LYNN COFFIN AND JOLENE J SANDER<br>15083 LINDARK ST<br>BRIGHTON, CO 80603 | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date or dates debt was incurred | Basis for the claim: ROYALTY PAYMENT IN SUSPENSE | |
| | Last 4 digts of account number | Is the claim subject to offset?<br>☑ No<br>☐ Yes | |

| | | | |
|---|---|---|---|
| **3.462** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $30,000.00 |
| s192 | ROBERT M NIEDER<br>8 GLENMOOR CIR<br>ENGLEWOOD, CO 80113-7121 | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date or dates debt was incurred | Basis for the claim: MONEY LOANED - NOTEHOLDER | |
| | Last 4 digts of account number | Is the claim subject to offset?<br>☑ No<br>☐ Yes | |

| | | | |
|---|---|---|---|
| **3.463** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $13,674.98 |
| s382 | ROBERT MORRIS HARDAWAY TR<br>1ST NAT`L BANK DENVER TR<br>PO BOX 5808-067<br>DENVER, CO 80217 | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date or dates debt was incurred | Basis for the claim: ROYALTY PAYMENT IN SUSPENSE | |
| | Last 4 digts of account number | Is the claim subject to offset?<br>☑ No<br>☐ Yes | |

| | | | |
|---|---|---|---|
| **3.464** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $156.49 |
| s495 | ROBERT S PIRTLE<br>PO BOX 1310<br>TYLER, TX 75710-1310 | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date or dates debt was incurred | Basis for the claim: ROYALTY PAYMENT IN SUSPENSE | |
| | Last 4 digts of account number | Is the claim subject to offset?<br>☑ No<br>☐ Yes | |

**PetroShare Corp.**

Debtor Name

| Part 2: | All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

Amount of Claim

---

| 3.465 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $15.60 |
|---|---|---|---|

s660 ROBERT STUART & CHERYL STUART
9940 E 157TH AVE
BRIGHTON, CO 80602

Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim: ROYALTY PAYMENT IN SUSPENSE

Last 4 digts of account number

Is the claim subject to offset?
- ☑ No
- ☐ Yes

---

| 3.466 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $12,500.00 |
|---|---|---|---|

s183 ROBERT V MCGANN
444 E 84TH ST #7F
NEW YORK, NY 10028-6241

Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim: MONEY LOANED - NOTEHOLDER

Last 4 digts of account number

Is the claim subject to offset?
- ☑ No
- ☐ Yes

---

| 3.467 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $168.00 |
|---|---|---|---|

s492 ROBIN D HERRING
848 E 11TH ST
CRAIG, CO 81625

Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim: ROYALTY PAYMENT IN SUSPENSE

Last 4 digts of account number

Is the claim subject to offset?
- ☑ No
- ☐ Yes

---

| 3.468 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $76.38 |
|---|---|---|---|

s536 ROC EXPLORATION
PO BOX 2038
EVERGREEN, CO 80437-2038

Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim: ROYALTY PAYMENT IN SUSPENSE

Last 4 digts of account number

Is the claim subject to offset?
- ☑ No
- ☐ Yes

---

**PetroShare Corp.**

**19-17633**

Debtor Name

Case Number (if known)

| Part 2: | All Creditors with NONPRIORITY Unsecured Claims |
|---------|------------------------------------------------|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.  If no additional PRIORITY creditors exist, do not fill out or submit this page.

Amount of Claim

---

| 3.469 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $214,430.43 |
|-------|--------------------------------------------------|-----------------------------------------------|-------------|

s290   ROCKY MOUNTAIN MIDSTREAM LLC
ONE WILLIAMS CENTER
TULSA, OK  74172-0140

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:   TRADE PAYABLE

Last 4 digts of account number

Is the claim subject to offset?
☑ No
☐ Yes

---

| 3.470 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $14,453.22 |
|-------|--------------------------------------------------|-----------------------------------------------|------------|

s381   ROCKY MOUNTAIN PRODUCTION CO
C/O AMOCO PRODUCTION CO
657 HALLELUJAH TRAIL
KELLER, TX  76248

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:   ROYALTY PAYMENT IN SUSPENSE

Last 4 digts of account number

Is the claim subject to offset?
☑ No
☐ Yes

---

| 3.471 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $20,000.00 |
|-------|--------------------------------------------------|-----------------------------------------------|------------|

s100   RODNEY D CERNY
1605 N 141ST AVE
OMAHA, NE  68154-3861

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:   MONEY LOANED - NOTEHOLDER

Last 4 digts of account number

Is the claim subject to offset?
☑ No
☐ Yes

---

| 3.472 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $5.43 |
|-------|--------------------------------------------------|-----------------------------------------------|-------|

s680   ROGER L HUTSON
15010 ECHO DRIVE
GOLDEN, CO  80401

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:   ROYALTY PAYMENT IN SUSPENSE

Last 4 digts of account number

Is the claim subject to offset?
☑ No
☐ Yes

---

**PetroShare Corp.**

**19-17633**

Debtor Name

Case Number (if known)

| Part 2: | All Creditors with NONPRIORITY Unsecured Claims |
|---------|--------------------------------------------------|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.  If no additional PRIORITY creditors exist, do not fill out or submit this page.

**Amount of Claim**

---

| 3.473 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $20,000.00 |
|-------|--------------------------------------------------|------------------------------------------------|------------|

s222

RONALD J WILLIS
4205 QUAIL LN
GRAND ISLAND, NE  68801-8507

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:   MONEY LOANED - NOTEHOLDER

Last 4 digts of account number

Is the claim subject to offset?
☑ No
☐ Yes

---

| 3.474 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $61,743.40 |
|-------|--------------------------------------------------|------------------------------------------------|------------|

s371

RONNA L FINLEY
11865 BRADBURN BLVD
WESTMINSTER, CO  80031

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:   ROYALTY PAYMENT IN SUSPENSE

Last 4 digts of account number

Is the claim subject to offset?
☑ No
☐ Yes

---

| 3.475 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $29.62 |
|-------|--------------------------------------------------|------------------------------------------------|--------|

s627

ROSE REVOCABLE TRUST DTD 8/15/2013
STEVEN LEONARD & JANET LOUISE ROSE
5333 E PALO VERDE DRIVE
PARADISE VALLEY, AZ  85253

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:   ROYALTY PAYMENT IN SUSPENSE

Last 4 digts of account number

Is the claim subject to offset?
☑ No
☐ Yes

---

| 3.476 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $368.88 |
|-------|--------------------------------------------------|------------------------------------------------|---------|

s468

RUBEN D LUJAN AND TAMMY K LUJAN
15251 CLINTON ST
BRIGHTON, CO  80602-5668

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:   ROYALTY PAYMENT IN SUSPENSE

Last 4 digts of account number

Is the claim subject to offset?
☑ No
☐ Yes

---

**PetroShare Corp.**

**19-17633**

Debtor Name

Case Number (if known)

| Part 2: | All Creditors with NONPRIORITY Unsecured Claims |
| --- | --- |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

**Amount of Claim**

| | | |
| --- | --- | --- |
| 3.477 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $59.24 |

s561  RULE BROTHERS A PARTNERSHIP
PO BOX 217
BRUSH, CO  80723

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:   ROYALTY PAYMENT IN SUSPENSE

Last 4 digts of account number

Is the claim subject to offset?
☑ No
☐ Yes

| | | |
| --- | --- | --- |
| 3.478 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $50,000.00 |

s209  RUSS JONES
8055 E TUFTS AVE #1400
DENVER, CO  80237-2834

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:   MONEY LOANED - NOTEHOLDER

Last 4 digts of account number

Is the claim subject to offset?
☑ No
☐ Yes

| | | |
| --- | --- | --- |
| 3.479 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $159.06 |

s494  SALLY L FOSTER
10418 RAINBOW CIRCLE
FOUNTAIN VALLEY, CA  92708

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:   ROYALTY PAYMENT IN SUSPENSE

Last 4 digts of account number

Is the claim subject to offset?
☑ No
☐ Yes

| | | |
| --- | --- | --- |
| 3.480 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $6,300.00 |

s166  SAMUEL HUEBNER
11417 CLOVE WAY
PARKER, CO  80134-8807

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:   MONEY LOANED - NOTEHOLDER

Last 4 digts of account number

Is the claim subject to offset?
☑ No
☐ Yes

**PetroShare Corp.**

Debtor Name

| Part 2: | All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.  If no additional PRIORITY creditors exist, do not fill out or submit this page.

**Amount of Claim**

---

**3.481**

**s377**

Nonpriority creditor's name and mailing address

**SANDRA KAY EGGING**
**264 PECAN VALLEY RD**
**CENTER POINT, TX  78010-5518**

As of the petition filing date, the claim is:

Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Last 4 digts of account number

Basis for the claim:   ROYALTY PAYMENT IN SUSPENSE

Is the claim subject to offset?
- ☑ No
- ☐ Yes

$17,804.99

---

**3.482**

**s445**

Nonpriority creditor's name and mailing address

**SARI A REYNOLDS**
**1009 MAIN ST**
**HAYS, KS  67601-3616**

As of the petition filing date, the claim is:

Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Last 4 digts of account number

Basis for the claim:   ROYALTY PAYMENT IN SUSPENSE

Is the claim subject to offset?
- ☑ No
- ☐ Yes

$832.15

---

**3.483**

**s696**

Nonpriority creditor's name and mailing address

**SC ENERGY LTD**
**131 E EXCHANGE AVE**
**SUITE 207**
**FORT WORTH, TX  76164**

As of the petition filing date, the claim is:

Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Last 4 digts of account number

Basis for the claim:   ROYALTY PAYMENT IN SUSPENSE

Is the claim subject to offset?
- ☑ No
- ☐ Yes

$2.14

---

**3.484**

**s101**

Nonpriority creditor's name and mailing address

**SCOTT C CHANDLER**
**7903 S FRANKLIN COURT**
**LITTLETON, CO  80122-3255**

As of the petition filing date, the claim is:

Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Last 4 digts of account number

Basis for the claim:   MONEY LOANED - NOTEHOLDER

Is the claim subject to offset?
- ☑ No
- ☐ Yes

$12,500.00

---

**PetroShare Corp.**                                                    **19-17633**

Debtor Name                                                    Case Number (if known)

| Part 2: | All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.  If no additional PRIORITY creditors exist, do not fill out or submit this page.

**Amount of Claim**

| 3.485 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $12,495.96 |
|---|---|---|---|

s385    SCOTT LANE SWETKOVICH
        PO BOX 2833
        RUNNING SPRINGS, CA  92382-2833

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:   ROYALTY PAYMENT IN SUSPENSE

Last 4 digts of account number

Is the claim subject to offset?
☑ No
☐ Yes

---

| 3.486 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $25,000.00 |
|---|---|---|---|

s164    SCOTT T & SARA J HOPE TRUST DTD 12/23/08
        3287 GREENSBOROUGH DR
        HIGHLANDS RANCH, CO  80129-1547

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:   MONEY LOANED - NOTEHOLDER

Last 4 digts of account number

Is the claim subject to offset?
☑ No
☐ Yes

---

| 3.487 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,938.39 |
|---|---|---|---|

s416    SEAN HOLDREN AND SAMANTHA HOLDREN
        9249 E 15ND AVE
        BRIGHTON, CO  80602-5616

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:   ROYALTY PAYMENT IN SUSPENSE

Last 4 digts of account number

Is the claim subject to offset?
☑ No
☐ Yes

---

| 3.488 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $143,437.36 |
|---|---|---|---|

s291    SELECT ENERGY SERVICES LLC
        PO BOX 203997
        DALLAS, TX  75320-3997

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:   TRADE PAYABLE

Last 4 digts of account number

Is the claim subject to offset?
☑ No
☐ Yes

---

**PetroShare Corp.**

19-17633

Debtor Name

Case Number (if known)

| Part 2: | All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

Amount of Claim

---

**3.489** Nonpriority creditor's name and mailing address

**s687**
SELTZER FARMS INC
9390 EAST 168TH AVE
BRIGHTON, CO 80602-6606

As of the petition filing date, the claim is:

Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

$4.08

Date or dates debt was incurred

Basis for the claim: ROYALTY PAYMENT IN SUSPENSE

Last 4 digts of account number

Is the claim subject to offset?
- ☑ No
- ☐ Yes

---

**3.490** Nonpriority creditor's name and mailing address

**s688**
SELTZER ROBERT L FAMILY TR
SELTZER JA SELTZER
33641 WCR 83
BRIGGSDALE, CO 80611

As of the petition filing date, the claim is:

Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

$4.08

Date or dates debt was incurred

Basis for the claim: ROYALTY PAYMENT IN SUSPENSE

Last 4 digts of account number

Is the claim subject to offset?
- ☑ No
- ☐ Yes

---

**3.491** Nonpriority creditor's name and mailing address

**s603**
SERGIO C & GLORIA SOLORIO
PO BOX 28
GILCREST, CO 80623

As of the petition filing date, the claim is:

Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

$36.98

Date or dates debt was incurred

Basis for the claim: ROYALTY PAYMENT IN SUSPENSE

Last 4 digts of account number

Is the claim subject to offset?
- ☑ No
- ☐ Yes

---

**3.492** Nonpriority creditor's name and mailing address

**s665**
SEYMOUR ROBERTS
3510 TURTLE CREEK BLVD #5C
DALLAS, TX 75219

As of the petition filing date, the claim is:

Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

$12.41

Date or dates debt was incurred

Basis for the claim: ROYALTY PAYMENT IN SUSPENSE

Last 4 digts of account number

Is the claim subject to offset?
- ☑ No
- ☐ Yes

---

**PetroShare Corp.**                                                                    **19-17633**

Debtor Name                                                                    Case Number (if known)

| **Part 2:** | **All Creditors with NONPRIORITY Unsecured Claims** |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the
previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.                **Amount of Claim**

---

**3.493** Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $15,000.00

s196 SHANE & KATHRINE PETERSEN
4815 CARAVELLE DR
FORT COLLINS, CO 80526-3855

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred | Basis for the claim: MONEY LOANED - NOTEHOLDER

Last 4 digts of account number | Is the claim subject to offset?
☑ No
☐ Yes

---

**3.494** Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $3.02

s690 SHAUN L DECHANT
10040 E 157TH AVE
BRIGHTON, CO 80601

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred | Basis for the claim: ROYALTY PAYMENT IN SUSPENSE

Last 4 digts of account number | Is the claim subject to offset?
☑ No
☐ Yes

---

**3.495** Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $2.53

s694 SHEILA J ONEILL
15700 COLORADO BLVD
BRIGHTON, CO 80602-7806

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred | Basis for the claim: ROYALTY PAYMENT IN SUSPENSE

Last 4 digts of account number | Is the claim subject to offset?
☑ No
☐ Yes

---

**3.496** Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.01

s736 SIERRA ECHO RESOURCES
12105 LAKE STONE DRIVE
AUSTIN, TX 78738

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred | Basis for the claim: ROYALTY PAYMENT IN SUSPENSE

Last 4 digts of account number | Is the claim subject to offset?
☑ No
☐ Yes

---

Official Form 206E/F          Schedule E/F: Creditors Who Have Unsecured Claims          page 125 of 152

**PetroShare Corp.**

Debtor Name

**19-17633**

Case Number (if known)

| Part 2: | All Creditors with NONPRIORITY Unsecured Claims |
|---------|--------------------------------------------------|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.  If no additional PRIORITY creditors exist, do not fill out or submit this page.

Amount of Claim

---

| 3.497 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $14.60 |
|-------|--------------------------------------------------|-----------------------------------------------|--------|

s356

SKLD TITLE SERVICES INC
9540 E JEWELL AVE STE A
DENVER, CO  80247-5714

Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Last 4 digts of account number

Basis for the claim:   TRADE PAYABLE

Is the claim subject to offset?
☑ No
☐ Yes

---

| 3.498 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $31,507.80 |

s372

SMITH INTERNATIONAL
ATTN: LINDA RICHEY
PO BOX 732136
DALLAS, TX  75373-2136

Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Last 4 digts of account number

Basis for the claim:   ROYALTY PAYMENT IN SUSPENSE

Is the claim subject to offset?
☑ No
☐ Yes

---

| 3.499 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.02 |

s733

SONIC MINERAL LP
PO BOX 1240
GRAHAM, TX  76450

Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Last 4 digts of account number

Basis for the claim:   ROYALTY PAYMENT IN SUSPENSE

Is the claim subject to offset?
☑ No
☐ Yes

---

| 3.500 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $50,000.00 |

s206

SONYA E RHEINHEIMER LIVING TRUST
6129 S CATHAY CT
AURORA, CO  80016-3828

Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Last 4 digts of account number

Basis for the claim:   MONEY LOANED - NOTEHOLDER

Is the claim subject to offset?
☑ No
☐ Yes

---

| Part 2: | All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.  If no additional PRIORITY creditors exist, do not fill out or submit this page.

**Amount of Claim**

| | | |
|---|---|---|
| 3.501 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: |
| s505 | **SOUTHWEST MINERAL GROUP**<br>PO BOX 153220<br>LUFKIN, TX  75915-3220 | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |

$99.71

Date or dates debt was incurred

Last 4 digts of account number

Basis for the claim:   ROYALTY PAYMENT IN SUSPENSE

Is the claim subject to offset?
☑ No
☐ Yes

---

| | | |
|---|---|---|
| 3.502 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: |
| s725 | **STANLEY D BRANDT & MARGARET A BRANDT**<br>9983 E 157TH PL<br>BRIGHTON, CO  80602 | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |

$0.11

Date or dates debt was incurred

Last 4 digts of account number

Basis for the claim:   ROYALTY PAYMENT IN SUSPENSE

Is the claim subject to offset?
☑ No
☐ Yes

---

| | | |
|---|---|---|
| 3.503 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: |
| s401 | **STEFANIE K HAMILTON**<br>9190 E 159TH AVE<br>BRIGHTON, CO  80602 | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |

$4,150.30

Date or dates debt was incurred

Last 4 digts of account number

Basis for the claim:   ROYALTY PAYMENT IN SUSPENSE

Is the claim subject to offset?
☑ No
☐ Yes

---

| | | |
|---|---|---|
| 3.504 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: |
| s354 | **STEPHEN J FOLEY**<br>9635 MAROON CIRCLE<br>SUITE 400<br>ENGLEWOOD, CO  80112-6149 | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |

$31.00

Date or dates debt was incurred

Last 4 digts of account number

Basis for the claim:   TRADE PAYABLE

Is the claim subject to offset?
☑ No
☐ Yes

| **Part 2:** | **All Creditors with NONPRIORITY Unsecured Claims** |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

**Amount of Claim**

| | | |
|---|---|---|
| 3.505 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | $100,000.00 |

s232    **STEPHEN J FOLEY**
**ADDRESS UNAVAILABLE AT TIME OF FILING**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim: **MONEY LOANED - NOTEHOLDER**

Last 4 digts of account number

Is the claim subject to offset?
☑ No
☐ Yes

---

| | | |
|---|---|---|
| 3.506 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | $150,000.00 |

s182    **STEPHEN MCCONAHEY**
**1050 GREEN OAKS DR**
**GREENWOOD VILLAGE, CO 80121-1325**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim: **MONEY LOANED - NOTEHOLDER**

Last 4 digts of account number

Is the claim subject to offset?
☑ No
☐ Yes

---

| | | |
|---|---|---|
| 3.507 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | $25,869.87 |

s299    **STEPTOE & JOHNSON PLLC**
**PO BOX 247**
**BRIDGEPORT, WV 26330-0247**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim: **TRADE PAYABLE**

Last 4 digts of account number

Is the claim subject to offset?
☑ No
☐ Yes

---

| | | |
|---|---|---|
| 3.508 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | $25,000.00 |

s208    **STEVE & KAREN RILEY**
**5479 E MINERAL CIR**
**CENTENNIAL, CO 80122-3895**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim: **MONEY LOANED - NOTEHOLDER**

Last 4 digts of account number

Is the claim subject to offset?
☑ No
☐ Yes

| Part 2: | All Creditors with NONPRIORITY Unsecured Claims |
|---------|---------|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

**Amount of Claim**

---

**3.509**

s571

Nonpriority creditor's name and mailing address

STEVE G & ARMELA DOYLE
2671 E 166TH AVE
BRIGHTON, CO 80601

Date or dates debt was incurred

Last 4 digts of account number

As of the petition filing date, the claim is:

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   ROYALTY PAYMENT IN SUSPENSE

Is the claim subject to offset?
☑ No
☐ Yes

$55.51

---

**3.510**

s559

Nonpriority creditor's name and mailing address

STEVEN A CAMPBELL
1904 GREENBRIAR CT
JOHNSTOWN, CO 80534

Date or dates debt was incurred

Last 4 digts of account number

As of the petition filing date, the claim is:

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   ROYALTY PAYMENT IN SUSPENSE

Is the claim subject to offset?
☑ No
☐ Yes

$59.97

---

**3.511**

s131

Nonpriority creditor's name and mailing address

STEVEN C BISHOP
503 DEERWOOD DR
LONGMONT, CO 80504-8813

Date or dates debt was incurred

Last 4 digts of account number

As of the petition filing date, the claim is:

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   MONEY LOANED - NOTEHOLDER

Is the claim subject to offset?
☑ No
☐ Yes

$12,550.00

---

**3.512**

s145

Nonpriority creditor's name and mailing address

STEVEN D DERRICK
1106 CHESTNUT HILL CIR
MARIETTA, GA 30064-4609

Date or dates debt was incurred

Last 4 digts of account number

As of the petition filing date, the claim is:

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   MONEY LOANED - NOTEHOLDER

Is the claim subject to offset?
☑ No
☐ Yes

$15,000.00

---

**PetroShare Corp.**                                                                                    **19-17633**

Debtor Name                                                                          Case Number (if known)

---

| **Part 2:** | **All Creditors with NONPRIORITY Unsecured Claims** |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the
previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.                    **Amount of Claim**

---

| 3.513 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $8,501.76 |
|---|---|---|---|
| s391 | STEVEN L COMBS AND VALERIE SHORT<br>9205 E 159TH AVE<br>BRIGHTON, CO  80602-8676 | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date or dates debt was incurred<br><br>Last 4 digts of account number | Basis for the claim:   ROYALTY PAYMENT IN SUSPENSE<br><br>Is the claim subject to offset?<br>☑ No<br>☐ Yes | |

---

| 3.514 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $95.81 |
|---|---|---|---|
| s514 | STEVEN YOUNGER<br>14312 EAST MONTGOMERY CT<br>SCOTTSDALE, AZ  85262 | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date or dates debt was incurred<br><br>Last 4 digts of account number | Basis for the claim:   ROYALTY PAYMENT IN SUSPENSE<br><br>Is the claim subject to offset?<br>☑ No<br>☐ Yes | |

---

| 3.515 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $31,801.60 |
|---|---|---|---|
| s297 | STREAM-FLO USA LLC<br>3215 PAGE RD<br>LONGVIEW, TX  75605-6201 | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date or dates debt was incurred<br><br>Last 4 digts of account number | Basis for the claim:   TRADE PAYABLE<br><br>Is the claim subject to offset?<br>☑ No<br>☐ Yes | |

---

| 3.516 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $5.16 |
|---|---|---|---|
| s681 | STREVER ENERGY CORP<br>5811 W 68TH AVENUE<br>ARVADA, CO  80003 | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date or dates debt was incurred<br><br>Last 4 digts of account number | Basis for the claim:   ROYALTY PAYMENT IN SUSPENSE<br><br>Is the claim subject to offset?<br>☑ No<br>☐ Yes | |

---

**PetroShare Corp.**

**19-17633**

Debtor Name

Case Number (if known)

| Part 2: | All Creditors with NONPRIORITY Unsecured Claims |
|---------|--------------------------------------------------|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.  If no additional PRIORITY creditors exist, do not fill out or submit this page.

**Amount of Claim**

| 3.517 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $13,854.96 |
|-------|--------------------------------------------------|-----------------------------------------------|------------|

**s309**     SUMMIT CASING EQUIPMENT
PO BOX 207050
DALLAS, TX  75320-7050

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:   TRADE PAYABLE

Last 4 digts of account number

Is the claim subject to offset?
☑ No
☐ Yes

---

| 3.518 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,050.00 |
|-------|--------------------------------------------------|-----------------------------------------------|-----------|

**s338**     SUMMIT OILFIELD SERVICES INC
PO BOX 280
EATON, CO  80615-0280

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:   TRADE PAYABLE

Last 4 digts of account number

Is the claim subject to offset?
☑ No
☐ Yes

---

| 3.519 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $122.61 |
|-------|--------------------------------------------------|-----------------------------------------------|---------|

**s499**     SUSAN K HARRIS AND JAMES MCCULLEY
10060 EAST 155TH PLACE
BRIGHTON, CO  80602

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:   ROYALTY PAYMENT IN SUSPENSE

Last 4 digts of account number

Is the claim subject to offset?
☑ No
☐ Yes

---

| 3.520 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $2.85 |
|-------|--------------------------------------------------|-----------------------------------------------|-------|

**s691**     SUSAN L FINDLING & DAVID BRUNS
9844 E 158TH PL
BRIGHTON, CO  80602

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:   ROYALTY PAYMENT IN SUSPENSE

Last 4 digts of account number

Is the claim subject to offset?
☑ No
☐ Yes

---

**PetroShare Corp.**                                                    **19-17633**

Debtor Name                                                    Case Number (if known)

| Part 2: | All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.  If no additional PRIORITY creditors exist, do not fill out or submit this page.                    **Amount of Claim**

---

| 3.521 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $11.64 |
|---|---|---|---|

**s668**     SUSPENSE ACCOUNT-THE HEIRS OF
GEORGE W PIRTLE DEC
UNKNOWN ADDRESS
UNKNOWN, CO

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred           Basis for the claim:   ROYALTY PAYMENT IN SUSPENSE

Last 4 digts of account number

Is the claim subject to offset?
☑ No
☐ Yes

---

| 3.522 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $97.93 |
|---|---|---|---|

**s508**     TAD A KOSTYCZ
3200 E 168TH AVE
BRIGHTON, CO  80602-6658

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred           Basis for the claim:   ROYALTY PAYMENT IN SUSPENSE

Last 4 digts of account number

Is the claim subject to offset?
☑ No
☐ Yes

---

| 3.523 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $5.06 |
|---|---|---|---|

**s682**     TARA MARIELLE SMITH IRREV TR
DTD 10/10/90 MICHAEL SMITH
370 17TH STREET SUITE 3400
DENVER, CO  80202

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred           Basis for the claim:   ROYALTY PAYMENT IN SUSPENSE

Last 4 digts of account number

Is the claim subject to offset?
☑ No
☐ Yes

---

| 3.524 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $346,612.09 |
|---|---|---|---|

**s285**     TASMAN GEOSCIENCES INC
6899 PECOS STREET, UNITC
DENVER, CO  80221-7089

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred           Basis for the claim:   TRADE PAYABLE

Last 4 digts of account number

Is the claim subject to offset?
☑ No
☐ Yes

---

**PetroShare Corp.**                                                              **19-17633**

Debtor Name                                                                Case Number (if known)

| Part 2: | All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.  If no additional PRIORITY creditors exist, do not fill out or submit this page.                    **Amount of Claim**

---

| 3.525 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $37.39 |
|---|---|---|---|

**s598**   TAYLER E GREEN
14430 SCOTT DR
BRIGHTON, CO  80601

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:   ROYALTY PAYMENT IN SUSPENSE

Last 4 digts of account number

Is the claim subject to offset?
☑ No
☐ Yes

---

| 3.526 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $199.54 |
|---|---|---|---|

**s484**   TERESA ANN HUBSCHER-YOUNGER
30 DANIELLE DRIVE
GRAFTON, MA  01519

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:   ROYALTY PAYMENT IN SUSPENSE

Last 4 digts of account number

Is the claim subject to offset?
☑ No
☐ Yes

---

| 3.527 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $36.98 |
|---|---|---|---|

**s604**   TERESA OSNES
2195 E EGBERT ST APT 103
BRIGHTON, CO  80601

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:   ROYALTY PAYMENT IN SUSPENSE

Last 4 digts of account number

Is the claim subject to offset?
☑ No
☐ Yes

---

| 3.528 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $5,537.47 |
|---|---|---|---|

**s394**   TERRY L THOMPSON
15725 HAVANA ST
BRIGHTON, CO  80601

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:   ROYALTY PAYMENT IN SUSPENSE

Last 4 digts of account number

Is the claim subject to offset?
☑ No
☐ Yes

---

**PetroShare Corp.**

**19-17633**

Debtor Name

Case Number (if known)

| Part 2: | All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.  If no additional PRIORITY creditors exist, do not fill out or submit this page.

Amount of Claim

---

| 3.529 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $190,105.94 |
|---|---|---|---|

s369　THE PETRAM GROUP, LLC
999 18TH ST STE 1650S
DENVER, CO  80202

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:　ROYALTY PAYMENT IN SUSPENSE

Last 4 digts of account number

Is the claim subject to offset?
☑ No
☐ Yes

---

| 3.530 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $14.22 |
|---|---|---|---|

s663　THERESA V BLEIDT
1703 DESTINO COURT
PORT ORANGE, FL  32128

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:　ROYALTY PAYMENT IN SUSPENSE

Last 4 digts of account number

Is the claim subject to offset?
☑ No
☐ Yes

---

| 3.531 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $6.97 |
|---|---|---|---|

s676　THOMAS ALLEN KOWACH
AND MICHAEL KOWACH (DECEASED)
2220 ROSE LN #111
RIVERTON, WY  82501

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:　ROYALTY PAYMENT IN SUSPENSE

Last 4 digts of account number

Is the claim subject to offset?
☑ No
☐ Yes

---

| 3.532 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $36.98 |
|---|---|---|---|

s606　THOMAS D & BEVERLY A FAUX
16526 ELIZABETH ST
BRIGHTON, CO  80601

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:　ROYALTY PAYMENT IN SUSPENSE

Last 4 digts of account number

Is the claim subject to offset?
☑ No
☐ Yes

---

**PetroShare Corp.**                                                                                       **19-17633**

Debtor Name                                                                      Case Number (if known)

| Part 2: | All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.                **Amount of Claim**

---

| 3.533 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $10,000.00 |
|---|---|---|---|

**s98**   THOMAS D WOLF
5751 E NASSAU PL
ENGLEWOOD, CO  80111-1021

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred                Basis for the claim:   MONEY LOANED - NOTEHOLDER

Last 4 digts of account number

Is the claim subject to offset?
☑ No
☐ Yes

---

| 3.534 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $221.32 |
|---|---|---|---|

**s481**   THOMAS J HERRERA
15985 ALTON ST
BRIGHTON, CO  80602-8689

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred                Basis for the claim:   ROYALTY PAYMENT IN SUSPENSE

Last 4 digts of account number

Is the claim subject to offset?
☑ No
☐ Yes

---

| 3.535 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $15,000.00 |
|---|---|---|---|

**s215**   THOMAS M AND SANDRA L SHIPLEY
3127 S CATHAY CIR
AURORA, CO  80013-2324

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred                Basis for the claim:   MONEY LOANED - NOTEHOLDER

Last 4 digts of account number

Is the claim subject to offset?
☑ No
☐ Yes

---

| 3.536 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $92.48 |
|---|---|---|---|

**s518**   THOMAS OBRIEN
2631 EAST 166TH AVENUE
BRIGHTON, CO  80602

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred                Basis for the claim:   ROYALTY PAYMENT IN SUSPENSE

Last 4 digts of account number

Is the claim subject to offset?
☑ No
☐ Yes

---

**PetroShare Corp.**                                                                    **19-17633**

Debtor Name                                                                     Case Number (if known)

| Part 2: | All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.                **Amount of Claim**

---

| 3.537 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $30,000.00 |
|---|---|---|---|

s116     THOMAS P BRENNAN LIVING TRUST
         13184 CAKE BREAD HEIGHTS
         COLORADO SPRINGS, CO  80921-2921

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred               Basis for the claim:   MONEY LOANED - NOTEHOLDER

Last 4 digts of account number

Is the claim subject to offset?
☑ No
☐ Yes

---

| 3.538 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $55.51 |
|---|---|---|---|

s572     TIMOTHY A & REUBEN J STERKEL &
         MARGARET M STERKEL
         16730 STEEL STREET
         BRIGHTON, CO  80601-7656

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred               Basis for the claim:   ROYALTY PAYMENT IN SUSPENSE

Last 4 digts of account number

Is the claim subject to offset?
☑ No
☐ Yes

---

| 3.539 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $17.57 |
|---|---|---|---|

s653     TIMOTHY J & DENISE M KAUFMAN
         16469 FILLMORE ST
         BRIGHTON, CO  80602

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred               Basis for the claim:   ROYALTY PAYMENT IN SUSPENSE

Last 4 digts of account number

Is the claim subject to offset?
☑ No
☐ Yes

---

| 3.540 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,821.75 |
|---|---|---|---|

s407     TODD CREEK FARMS HOMEOWNERS' ASSOCIATION
         C/O HOMESTEAD MANAGEMENT COMPANY
         ATTN: WILL SUCH, TARA RITENOUR
         1499 W 121ST AVE STE 100
         WESTMINSTER, CO  80234-3513

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred               Basis for the claim:   ROYALTY PAYMENT IN SUSPENSE

Last 4 digts of account number

Is the claim subject to offset?
☑ No
☐ Yes

---

**PetroShare Corp.**                **19-17633**

Debtor Name                  Case Number (if known)

| Part 2: | All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.  If no additional PRIORITY creditors exist, do not fill out or submit this page.

                      **Amount of Claim**

---

**3.541** Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $54,750.00

**s137** **TODD R BURMEISTER**
   **10661 WEATHERSFIELD CT**
   **HIGHLANDS RANCH, CO  80129-1846**

Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Date or dates debt was incurred

Last 4 digts of account number

Basis for the claim:   MONEY LOANED - NOTEHOLDER

Is the claim subject to offset?
- [x] No
- [ ] Yes

---

**3.542** Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $51,643.40

**s294** **TOL CONSULTING LLC**
   **PO BOX 2407**
   **ELK CITY, OK  73648-2407**

Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Date or dates debt was incurred

Last 4 digts of account number

Basis for the claim:   TRADE PAYABLE

Is the claim subject to offset?
- [x] No
- [ ] Yes

---

**3.543** Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $80.47

**s532** **TOM S YAMAMOTO**
   **15960 ELMIRA ST**
   **BRIGHTON, CO  80602**

Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Date or dates debt was incurred

Last 4 digts of account number

Basis for the claim:   ROYALTY PAYMENT IN SUSPENSE

Is the claim subject to offset?
- [x] No
- [ ] Yes

---

**3.544** Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $3,806.25

**s325** **TOTAL STREAM SYSTEMS LLC**
   **4733 GEORGINA DR**
   **BILLINGS, MT  59106-2966**

Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Date or dates debt was incurred

Last 4 digts of account number

Basis for the claim:   TRADE PAYABLE

Is the claim subject to offset?
- [x] No
- [ ] Yes

---

**PetroShare Corp.**                                                    **19-17633**

Debtor Name                                               Case Number (if known)

| Part 2: | All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the
previous page.  If no additional PRIORITY creditors exist, do not fill out or submit this page.          **Amount of Claim**

| | | |
|---|---|---|
| 3.545 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $5,099.00 |
| s320 | TRINITY PETROLEUM MANAGEMENT LLC<br>1670 BROADWAY STE 2000<br>DENVER, CO  80202-4808 | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date or dates debt was incurred | Basis for the claim:   TRADE PAYABLE | |
| | Last 4 digts of account number | Is the claim subject to offset?<br>☑ No<br>☐ Yes | |

| | | |
|---|---|---|
| 3.546 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,500.00 |
| s336 | TRI-STATE TOWING & RECOVERY LLC<br>1247 PACTORY DRIVE<br>FORT LUPTON, CO  80621 | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date or dates debt was incurred | Basis for the claim:   TRADE PAYABLE | |
| | Last 4 digts of account number | Is the claim subject to offset?<br>☑ No<br>☐ Yes | |

| | | |
|---|---|---|
| 3.547 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $8,800.00 |
| s313 | TRK ENTERPRISES INC<br>PO BOX 867<br>PINE BLUFFS, WY  82082-0867 | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date or dates debt was incurred | Basis for the claim:   TRADE PAYABLE | |
| | Last 4 digts of account number | Is the claim subject to offset?<br>☑ No<br>☐ Yes | |

| | | |
|---|---|---|
| 3.548 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,540.53 |
| s430 | TROY STUART<br>9940 E 157TH AVE<br>BRIGHTON, CO  80602 | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date or dates debt was incurred | Basis for the claim:   ROYALTY PAYMENT IN SUSPENSE | |
| | Last 4 digts of account number | Is the claim subject to offset?<br>☑ No<br>☐ Yes | |

| Part 2: | All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

**Amount of Claim**

---

**3.549** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $112.97

**s500** | TROY T CUNNINGHAM
15460 GALENA ST
BRIGHTON, CO 80602

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Last 4 digts of account number

Basis for the claim:   ROYALTY PAYMENT IN SUSPENSE

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.550** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $22.17

**s641** | TRUDELL LARRY L
12240 E 116TH CIR
HENDERSON, CO 80640

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Last 4 digts of account number

Basis for the claim:   ROYALTY PAYMENT IN SUSPENSE

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.551** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $210.00

**s346** | UEC LLC
PO BOX 5101
DENVER, CO 80217-5101

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Last 4 digts of account number

Basis for the claim:   TRADE PAYABLE

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.552** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $3,335.00

**s329** | UELS LLC
85 S 200 E
VERNAL, UT 84078

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Last 4 digts of account number

Basis for the claim:   TRADE PAYABLE

Is the claim subject to offset?
☑ No
☐ Yes

---

**PetroShare Corp.**

Debtor Name

**19-17633**

Case Number (if known)

| Part 2: | All Creditors with NONPRIORITY Unsecured Claims |
|---------|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.  If no additional PRIORITY creditors exist, do not fill out or submit this page.

Amount of Claim

---

**3.553** Nonpriority creditor's name and mailing address

s219   ULTIMATE INVESTMENTS CORP INC
1198 FINN AVE
LONE TREE, CO  80124-9503

Date or dates debt was incurred

Last 4 digts of account number

As of the petition filing date, the claim is:

Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Basis for the claim:   MONEY LOANED - NOTEHOLDER

Is the claim subject to offset?
- [x] No
- [ ] Yes

$200,000.00

---

**3.554** Nonpriority creditor's name and mailing address

s41   UNCC
16361 TABLE MOUNTAIN PKWY
GOLDEN, CO  80403-1826

Date or dates debt was incurred

Last 4 digts of account number

As of the petition filing date, the claim is:

Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Basis for the claim:   UTILITIES
TELECOMMUNICATION SERVICES

Is the claim subject to offset?
- [x] No
- [ ] Yes

$225.00

---

**3.555** Nonpriority creditor's name and mailing address

s341   UNCC
16361 TABLE MOUNTAIN PKWY
GOLDEN, CO  80403-1826

Date or dates debt was incurred

Last 4 digts of account number

As of the petition filing date, the claim is:

Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Basis for the claim:   TRADE PAYABLE

Is the claim subject to offset?
- [x] No
- [ ] Yes

$528.24

---

**3.556** Nonpriority creditor's name and mailing address

s36   UNITED POWER INCORPORATED
PO BOX 173703
DENVER, CO  80217-3703

Date or dates debt was incurred

Last 4 digts of account number

As of the petition filing date, the claim is:

Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Basis for the claim:   UTILITIES
ELECTRICITY SERVICES

Is the claim subject to offset?
- [x] No
- [ ] Yes

$1,850.00

---

| Part 2: | **All Creditors with NONPRIORITY Unsecured Claims** |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

**Amount of Claim**

---

| 3.557 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $13,173.93 |
|---|---|---|---|

**s383**   UNKNOWN SUSPENSE
NO ADDRESS

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:   ROYALTY PAYMENT IN SUSPENSE

Last 4 digts of account number

Is the claim subject to offset?
☑ No
☐ Yes

---

| 3.558 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $8,492.50 |
|---|---|---|---|

**s314**   UPSTREAM PETROLEUM MANAGEMENT
7000 S YOSEMITE ST, STE 290B
ENGLEWOOD, CO  80112-2006

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:   TRADE PAYABLE

Last 4 digts of account number

Is the claim subject to offset?
☑ No
☐ Yes

---

| 3.559 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,726.25 |
|---|---|---|---|

**s420**   V F NEUHAUS JR FAMILY TRUST
MCALLEN NATIONAL BANK, TRUSTEE
1801 S MCCOLL RD
MCALLEN, TX  78503

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:   ROYALTY PAYMENT IN SUSPENSE

Last 4 digts of account number

Is the claim subject to offset?
☑ No
☐ Yes

---

| 3.560 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $3,452.10 |
|---|---|---|---|

**s404**   V F NEUHAUS MARITAL DEDUCTION TRUST
MCALLEN NATIONAL BANK & GRACE NEUHAUS
RICHARDS, CO-TRUSTEES
1801 S MCCOLL RD
MCALLEN, TX  78503

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:   ROYALTY PAYMENT IN SUSPENSE

Last 4 digts of account number

Is the claim subject to offset?
☑ No
☐ Yes

---

**PetroShare Corp.**

**19-17633**

Debtor Name

Case Number (if known)

| **Part 2:** | **All Creditors with NONPRIORITY Unsecured Claims** |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.  If no additional PRIORITY creditors exist, do not fill out or submit this page.

**Amount of Claim**

---

| 3.561 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $65,000.00 |

s220   **VAN WAGNER FAMILY PARTNERSHIP**
**9405 KILMER WAY**
**ARVADA, CO  80007-7883**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:   MONEY LOANED - NOTEHOLDER

Last 4 digts of account number

Is the claim subject to offset?
☑ No
☐ Yes

---

| 3.562 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $150.00 |

s42   **VERIZON**
**PO BOX 489**
**NEWARK, NJ  07101-0489**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:   UTILITIES
TELECOMMUNICATION SERVICES

Last 4 digts of account number

Is the claim subject to offset?
☑ No
☐ Yes

---

| 3.563 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $27,500.00 |

s150   **VICKI EDWARDS-BARONE**
**12946 W 81ST PL**
**ARVADA, CO  80005-2966**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:   MONEY LOANED - NOTEHOLDER

Last 4 digts of account number

Is the claim subject to offset?
☑ No
☐ Yes

---

| 3.564 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,472.06 |

s432   **VICTOR L SHAW & MARYLIN C SHAW**
**9789 E 159TH PL**
**BRIGHTON, CO  80601**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:   ROYALTY PAYMENT IN SUSPENSE

Last 4 digts of account number

Is the claim subject to offset?
☑ No
☐ Yes

---

**PetroShare Corp.**

Debtor Name

| Part 2: | All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.  If no additional PRIORITY creditors exist, do not fill out or submit this page.

**Amount of Claim**

| 3.565 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $4,150.30 |
|---|---|---|---|

s400   VINCENT J HAMILTON
9190 E 159TH AVE
BRIGHTON, CO  80602

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Last 4 digts of account number

Basis for the claim:   ROYALTY PAYMENT IN SUSPENSE

Is the claim subject to offset?
☑ No
☐ Yes

| 3.566 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $62.15 |
|---|---|---|---|

s556   VIRGINIA KAHN COOGLER
PO BOX 250
CONROE, TX  77305

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Last 4 digts of account number

Basis for the claim:   ROYALTY PAYMENT IN SUSPENSE

Is the claim subject to offset?
☑ No
☐ Yes

| 3.567 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,799.87 |
|---|---|---|---|

s334   VIRITON
7150 E HAMPDEN AVE SUITE301
DENVER, CO  80224-3028

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Last 4 digts of account number

Basis for the claim:   TRADE PAYABLE

Is the claim subject to offset?
☑ No
☐ Yes

| 3.568 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $380.16 |
|---|---|---|---|

s465   WALTER D TRUJILLO - DECEASED
6814 LORRAINE DRIVE
COUNTRYSIDE, IL  60525-4808

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Last 4 digts of account number

Basis for the claim:   ROYALTY PAYMENT IN SUSPENSE

Is the claim subject to offset?
☑ No
☐ Yes

**PetroShare Corp.**                                                                                        **19-17633**

Debtor Name                                                                                        Case Number (if known)

| Part 2: | All Creditors with NONPRIORITY Unsecured Claims |
|---------|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the
previous page.  If no additional PRIORITY creditors exist, do not fill out or submit this page.                **Amount of Claim**

---

| 3.569 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $116.20 |
|---|---|---|---|
| s351 | WAYNE A MITCHELL LLC<br>PO BOX 10<br>BENNETT, CO  80102-0010 | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |

Date or dates debt was incurred                Basis for the claim:   TRADE PAYABLE

Last 4 digts of account number

Is the claim subject to offset?
☑ No
☐ Yes

---

| 3.570 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $250,000.00 |
|---|---|---|---|
| s104 | WAYNE L LAUFER REVOCABLE TRUST<br>1907 B YACHT HAVEN RD<br>FRIDAY HARBOR, WA  98250-8135 | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |

Date or dates debt was incurred                Basis for the claim:   MONEY LOANED - NOTEHOLDER

Last 4 digts of account number

Is the claim subject to offset?
☑ No
☐ Yes

---

| 3.571 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $4,847.91 |
|---|---|---|---|
| s322 | WB SUPPLY COMPANY<br>PO BOX 206620<br>DALLAS, TX  75320-6620 | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |

Date or dates debt was incurred                Basis for the claim:   TRADE PAYABLE

Last 4 digts of account number

Is the claim subject to offset?
☑ No
☐ Yes

---

| 3.572 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $687,985.93 |
|---|---|---|---|
| s281 | WEATHERFORD ARTIFICIAL<br>PO BOX 301003<br>DALLAS, TX  75303-1003 | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |

Date or dates debt was incurred                Basis for the claim:   TRADE PAYABLE

Last 4 digts of account number

Is the claim subject to offset?
☑ No
☐ Yes

---

**PetroShare Corp.**

Debtor Name

**19-17633**

Case Number (if known)

| Part 2: | All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

**Amount of Claim**

---

**3.573**   Nonpriority creditor's name and mailing address

s330   WELLS FARGO
PO BOX 6426
CAROL STREAM, IL 60197-6426

As of the petition filing date, the claim is:

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Last 4 digts of account number

Basis for the claim:   TRADE PAYABLE

Is the claim subject to offset?
☑ No
☐ Yes

$2,852.09

---

**3.574**   Nonpriority creditor's name and mailing address

s375   WILDFLOWER TRUST
JAMES R DENNY AND VICTORIA W DENNY TTEES
15285 BOSTON ST
BRIGHTON, CO 80602-5613

As of the petition filing date, the claim is:

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Last 4 digts of account number

Basis for the claim:   ROYALTY PAYMENT IN SUSPENSE

Is the claim subject to offset?
☑ No
☐ Yes

$21,757.76

---

**3.575**   Nonpriority creditor's name and mailing address

s618   WILLIAM A CORCILIUS
4200 E 168TH AVE
BRIGHTON, CO 80601-6601

As of the petition filing date, the claim is:

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Last 4 digts of account number

Basis for the claim:   ROYALTY PAYMENT IN SUSPENSE

Is the claim subject to offset?
☑ No
☐ Yes

$34.10

---

**3.576**   Nonpriority creditor's name and mailing address

s112   WILLIAM B LLOYD
1990 WOLFENSBERGER CT
CASTLE ROCK, CO 80109-9699

As of the petition filing date, the claim is:

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Last 4 digts of account number

Basis for the claim:   MONEY LOANED - NOTEHOLDER

Is the claim subject to offset?
☑ No
☐ Yes

$50,000.00

---

**PetroShare Corp.**                                                                 **19-17633**

Debtor Name                                                      Case Number (if known)

| Part 2: | All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the
previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

**Amount of Claim**

---

| 3.577 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.02 |
|---|---|---|---|

s734     WILLIAM B PRESTON LIVING TRUST
         U/A 08/26/97
         11904 ARBOR STREET SUITE 200
         OMAHA, NE  68144

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred          Basis for the claim:   ROYALTY PAYMENT IN SUSPENSE

Last 4 digts of account number

Is the claim subject to offset?
☑ No
☐ Yes

---

| 3.578 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $81.17 |
|---|---|---|---|

s531     WILLIAM B URBAN III
         3265 E HINSDALE PLACE
         CENTENNIAL, CO  80122

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred          Basis for the claim:   ROYALTY PAYMENT IN SUSPENSE

Last 4 digts of account number

Is the claim subject to offset?
☑ No
☐ Yes

---

| 3.579 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $169.80 |
|---|---|---|---|

s491     WILLIAM BERNARD KAHN
         2413 E VILLAGE GREEN CIR
         CONROE, TX  77304-3304

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred          Basis for the claim:   ROYALTY PAYMENT IN SUSPENSE

Last 4 digts of account number

Is the claim subject to offset?
☑ No
☐ Yes

---

| 3.580 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $832.15 |
|---|---|---|---|

s444     WILLIAM D KUHN
         400 W CENTRAL AVE APT 411
         WICHITA, KS  67203-4012

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred          Basis for the claim:   ROYALTY PAYMENT IN SUSPENSE

Last 4 digts of account number

Is the claim subject to offset?
☑ No
☐ Yes

---

| Part 2: | All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

**Amount of Claim**

---

| 3.581 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $600,000.00 |
|---|---|---|---|

**s186**   WILLIAM D MORELAND
1655 E LAYTON DR
ENGLEWOOD, CO 80113-7000

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim: MONEY LOANED - NOTEHOLDER

Last 4 digts of account number

Is the claim subject to offset?
☑ No
☐ Yes

---

| 3.582 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $21.35 |
|---|---|---|---|

**s643**   WILLIAM HOWARD WORTZ
25030 LOMA PRIETA AVE
LOS GATOS, CA 95033

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim: ROYALTY PAYMENT IN SUSPENSE

Last 4 digts of account number

Is the claim subject to offset?
☑ No
☐ Yes

---

| 3.583 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $15.27 |
|---|---|---|---|

**s662**   WILLIAM P & SHERRI L BUNN
16610 STEELE ST
BRIGHTON, CO 80601

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim: ROYALTY PAYMENT IN SUSPENSE

Last 4 digts of account number

Is the claim subject to offset?
☑ No
☐ Yes

---

| 3.584 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $30,000.00 |
|---|---|---|---|

**s117**   WILLIAM R GIVAN
10553 SKYREACH RD
HIGHLANDS RANCH, CO 80126-5635

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim: MONEY LOANED - NOTEHOLDER

Last 4 digts of account number

Is the claim subject to offset?
☑ No
☐ Yes

---

**PetroShare Corp.**

Debtor Name

**19-17633**

Case Number (if known)

| Part 2: | All Creditors with NONPRIORITY Unsecured Claims |
|---------|--------------------------------------------------|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.  If no additional PRIORITY creditors exist, do not fill out or submit this page.

**Amount of Claim**

---

**3.585** Nonpriority creditor's name and mailing address

s221

WILLIAM T AHLBORG JR LIVING TRUST
9427 E 51ST DR
DENVER, CO  80238-3791

As of the petition filing date, the claim is:

Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

$30,000.00

Date or dates debt was incurred

Last 4 digts of account number

Basis for the claim:   MONEY LOANED - NOTEHOLDER

Is the claim subject to offset?
- ☑ No
- ☐ Yes

---

**3.586** Nonpriority creditor's name and mailing address

s655

WINFRIED C & TRACY L PAUL
1356 SMOKEY DRIVE
FRUITA, CO  81521

As of the petition filing date, the claim is:

Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

$17.39

Date or dates debt was incurred

Last 4 digts of account number

Basis for the claim:   ROYALTY PAYMENT IN SUSPENSE

Is the claim subject to offset?
- ☑ No
- ☐ Yes

---

**3.587** Nonpriority creditor's name and mailing address

s450

WOLF RESOURCES HOLDING I LLC
621 17TH ST STE 1601
DENVER, CO  80203

As of the petition filing date, the claim is:

Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

$783.89

Date or dates debt was incurred

Last 4 digts of account number

Basis for the claim:   ROYALTY PAYMENT IN SUSPENSE

Is the claim subject to offset?
- ☑ No
- ☐ Yes

---

**3.588** Nonpriority creditor's name and mailing address

s490

WR SELLERS
PO BOX 1323
CONROE, TX  77305

As of the petition filing date, the claim is:

Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

$179.81

Date or dates debt was incurred

Last 4 digts of account number

Basis for the claim:   ROYALTY PAYMENT IN SUSPENSE

Is the claim subject to offset?
- ☑ No
- ☐ Yes

---

| Part 2: | All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.  If no additional PRIORITY creditors exist, do not fill out or submit this page.

**Amount of Claim**

---

| 3.589 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $72.51 |
|---|---|---|---|

**s540**

YORKSTREET HOLDINGS LLC
C/O CHAMPLIN EXPLORATION INC
PO DRAWER 3488
ENID, OK  73702-3488

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:   ROYALTY PAYMENT IN SUSPENSE

Last 4 digts of account number

Is the claim subject to offset?
☑ No
☐ Yes

---

| 3.590 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $840.84 |
|---|---|---|---|

**s442**

YOSHIO YAMAMOTO
10039 EAST 159TH PLACE
BRIGHTON, CO  80601-8605

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:   ROYALTY PAYMENT IN SUSPENSE

Last 4 digts of account number

Is the claim subject to offset?
☑ No
☐ Yes

---

| 3.591 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,282.00 |
|---|---|---|---|

**s337**

ZDSCADA LP
1918 SYBIL LN
TYLER, TX  75703-1858

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:   TRADE PAYABLE

Last 4 digts of account number

Is the claim subject to offset?
☑ No
☐ Yes

---

| 3.592 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.41 |
|---|---|---|---|

**s711**

ZENITH ENERGY, LLC
PO BOX 1004
DENVER, CO  80201-1004

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:   ROYALTY PAYMENT IN SUSPENSE

Last 4 digts of account number

Is the claim subject to offset?
☑ No
☐ Yes

---

**PetroShare Corp.**

Debtor Name

**19-17633**

Case Number (if known)

| Part 2: | All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.  If no additional PRIORITY creditors exist, do not fill out or submit this page.

**Amount of Claim**

| 3.593 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $27.04 |
|---|---|---|---|

**s634**

ZEUS PETROLEUM INC
PO BOX 458
BELLAIRE, TX  77402-0458

Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Last 4 digts of account number

Basis for the claim:   ROYALTY PAYMENT IN SUSPENSE

Is the claim subject to offset?

☑ No
☐ Yes

**PetroShare Corp.**

Debtor Name

**19-17633**

Case Number (if known)

---

**Part 3:**  **List Others to Be Notified About Unsecured Claims**

List in alphabetical order any others who must be notified for claims already listed in Parts 1 and 2. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name and address | On which line in Part 1 or Part 2 did you enter the related creditor? | Last 4 digts of account number for this entity |
|---|---|---|
| DAVIS GRAHAM & STUBBS LLP<br>KYLER K. BURGI, ESQ.<br>1550 SEVENTEENTH STREET, SUITE 500<br>DENVER, CO  80202-1500 | s46 | |
| HALL,ESTILL,HARDWICK,GABLE,GOLDEN&NELSON,PC<br>STEVEN W. SOULÉ, OBA NO. 13781<br>320 SOUTH BOSTON AVENUE, SUITE 200<br>TULSA, OK  74103-3706 | s290 | |
| HOLLAND & KNIGHT LLP<br>ANDREW T. GILLESPIE (CO #49606)<br>1801 CALIFORNIA STREET<br>SUITE 5000<br>DENVER, CO  80202 | s43 | |
| LEWIS ROCA ROTHGERBER CHRISTIE LLP<br>CHAD S. CABY, ESQ.<br>BRENT R. COHEN, ESQ.<br>1200 17TH STREET, SUITE 3000<br>DENVER, CO  80202-5855 | s282 | |
| MOYE WHITE LLP<br>TIMOTHY SWANSON & VIKRAMA CHANDRASHEKAR<br>1400 16TH STREET, SIXTH FLOOR<br>DENVER, CO  80202-1486 | s285 | |

---

**Schedule E/F: Creditors Who Have Unsecured Claims**

**PetroShare Corp.**

19-17633

Debtor Name

Case Number (if known)

| Part 4: | Total Amounts of the Priority and Nonpriority Unsecured Claims |
|---|---|

**5. Add the amounts of priority and nonpriority unsecured claims.**

**Total of Claim Amounts**

**5a. Total Claims from Part 1**    5a.

$166,676.29

**PLUS UNKNOWN**

**5b. Total Claims from Part 2**    5b.    +

$14,340,583.34

**PLUS UNKNOWN**

**5c. Total of Parts 1 and 2**    5c.
Lines 5a + 5b = 5c.

$14,507,259.63

**PLUS UNKNOWN**

| Fill in this information to identify your case: | | |
|---|---|---|
| Debtor 1 | PetroShare Corp. | |
| United States Bankruptcy Court for the: | | District of  Colorado |
| | | (State of) |
| Case Number (if known):  19-17633 | | Chapter  11 |

☐ **Check if this is an amended filing**

## Official Form 206H

# SCHEDULE H - CODEBTORS

12/15

**Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.**

### 1. Do you have any codebtors?

☐ No   Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

☑ Yes

### 2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G. Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| | Column 1: Codebtor Name and Mailing Address | Column 2: Creditor Name | Check all schedules that apply: |
|---|---|---|---|
| 2.1 | CFW RESOURCES LLC<br>9635 MAROON CIR STE 400<br>ENGLEWOOD, CO  80112-6149 | 5NR WATTENBURG, LLC | ☑ D (s272)<br>☐ E/F<br>☐ G |
| 2.2 | CFW RESOURCES LLC<br>9635 MAROON CIR STE 400<br>ENGLEWOOD, CO  80112-6149 | PROVIDENCE WATTENBERG LP | ☑ D (s233)<br>☐ E/F<br>☐ G |

| Fill in this information to identify the case: |
| --- |

| Debtor name | PetroShare Corp. |
| --- | --- |
| United States Bankruptcy Court for the: | District of **Colorado** |
| | (State of) |
| Case Number (if known): **19-17633** | Chapter **11** |

☐ Check if this is an amended filing

## Official Form 206G

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES    12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, numbering the entries consecutively.

**1. Does the debtor have any executory contracts or unexpired leases?**

☐ No. Check this box and file this form with the court with the debtor's other schedules.

☑ Yes. Fill in all of the information below even if the contracts or leases are listed on Schedule A/B: Assets - Real and Personal Property (Official Form 206A/B).

| 2. List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
| --- | --- | --- |
| 2.1 | State what the contract or lease is for and the nature of the debtor's interest | EMPLOYMENT AGREEMENT | DEVIN L BROWN<br>9635 MAROON CIRCLE<br>SUITE 400<br>ENGLEWOOD, CO  80112-6149 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.2 | State what the contract or lease is for and the nature of the debtor's interest | EMPLOYMENT AGREEMENT AMENDED AND RESTATED EXECUTIVE EMPLOYMENT AGREEEMENT | FREDERICK J WITSELL<br>PO BOX 2328<br>LITTLETON, CO  80161-2328 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.3 | State what the contract or lease is for and the nature of the debtor's interest | EMPLOYMENT AGREEMENT OFFER LETTER OF EMPLOYMENT | JESSIE SPEICHER<br>2842 S GRAY WAY<br>DENVER, CO  80227-3854 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.4 | State what the contract or lease is for and the nature of the debtor's interest | MODEL FORM OPERATING AGREEMENT | KERR-MCGEE OIL & GAS ONSHORE LP<br>1201 LAKE ROBBINS DRIVE<br>THE WOODLANDS, TX  77380-1181 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.5 | State what the contract or lease is for and the nature of the debtor's interest | LEASE AGREEMENT SECOND AMENDMENT TO LEASE | M4 MAROON LLC<br>PO BOX 51467<br>LOS ANGELES, CA  90051-5767 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

| Debtor | PetroShare Corp. | Case Number (if known): | 19-17633 |
|---|---|---|---|
| | Name | | |

**Additional Page if Debtor Has More Executory Contracts or Unexpired Lease**

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2. 6 | State what the contract or lease is for and the nature of the debtor's interest | LEASE AGREEMENT FIRST AMENDMENT TO LEASE | M4 MAROON LLC PO BOX 51467 LOS ANGELES, CA  90051-5767 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2. 7 | State what the contract or lease is for and the nature of the debtor's interest | LEASE AGREEMENT THIRD AMENDMENT TO LEASE | M4 MAROON LLC PO BOX 51467 LOS ANGELES, CA  90051-5767 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2. 8 | State what the contract or lease is for and the nature of the debtor's interest | EMPLOYMENT AGREEMENT OFFER LETTER OF EMPLOYMENT | MEGHAN GRIMES 11788 FAIRPLAY ST BRIGHTON, CO  80603-7225 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2. 9 | State what the contract or lease is for and the nature of the debtor's interest | EMPLOYMENT AGREEMENT | MELISSA TEMPLE 13377 W EXPOSITION DR LAKEWOOD, CO  80228-3037 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2. 10 | State what the contract or lease is for and the nature of the debtor's interest | EXECUTIVE EMPLOYMENT AGREEMENT | PAUL D MANISCALCO 9635 MAROON CIRCLE SUITE 400 ENGLEWOOD, CO  80112-6149 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2. 11 | State what the contract or lease is for and the nature of the debtor's interest | MODEL FORM OPERATING AGREEMENT | PROVIDENCE ENERGY OPERATORS LLC C/O PETER KEMP 16400 N DALLAS PARKWAY STE 400 DALLAS, TX  75248-2643 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

Debtor  **PetroShare Corp.**                                          Case Number (if known):    19-17633

Name

<table>
<tr><td>███</td><td colspan="2">**Additional Page if Debtor Has More Executory Contracts or Unexpired Lease**</td></tr>
</table>

| | List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2. 12 | State what the contract or lease is for and the nature of the debtor's interest | MODEL FORM OPERATING AGREEMENT | PROVIDENCE ENERGY OPERATORS LLC C/O PETER KEMP 16400 N DALLAS PARKWAY STE 400 DALLAS, TX 75248-2643 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2. 13 | State what the contract or lease is for and the nature of the debtor's interest | EMPLOYMENT AGREEMENT AMENDED AND RESTATED EXECUTIVE EMPLOYMENT AGREEEMENT | STEPHEN J FOLEY 9754 SUNSET HILL DR LONE TREE, CO 80124-6720 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2. 14 | State what the contract or lease is for and the nature of the debtor's interest | EXECUTIVE EMPLOYMENT AGREEMENT | WILLIAM R GIVAN 10553 SKYREACH RD HIGHLANDS RANCH, CO 80126-5635 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2. 15 | State what the contract or lease is for and the nature of the debtor's interest | AGREEMENT GAS GATHERING, PROCESSING AND PURCHASE AGREEMENT | WILLIAMS & CO 1 WILLIAMS CENTER TULSA, OK 74172 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2. 16 | State what the contract or lease is for and the nature of the debtor's interest | AGREEMENT AMENDEMENT NO 1 TO GAS GATHERING PROCESSING AND PURCHASE AGREEMENT | WILLIAMS & CO 1 WILLIAMS CENTER TULSA, OK 74172 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2. 17 | State what the contract or lease is for and the nature of the debtor's interest | AGREEMENT CRUDE OIL PURCHASE AGREEMENT | WILLIAMS & CO 1 WILLIAMS CENTER TULSA, OK 74172 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

| Debtor | PetroShare Corp. | Case Number (if known): | 19-17633 |
| | **Name** | | |

## ▇ Additional Page if Debtor Has More Executory Contracts or Unexpired Lease

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| 2. 18 **State what the contract or lease is for and the nature of the debtor's interest** | AGREEMENT<br>AMENDMENT NO. 1 TO CRUDE OIL PURCHASE AGREEMENT | WILLIAMS & CO<br>1 WILLIAMS CENTER<br>TULSA, OK  74172 |
| **State the term remaining** | | |
| **List the contract number of any government contract** | | |

Fill in this information to identify the case and this filing:

Debtor Name  PetroShare Corp.

United States Bankruptcy Court for the: _____ District of  Colorado
                                                                        (State)

Case number (*If known*):  19-17633 _____

---

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors      12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.**

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☑ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)

☑ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

☑ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

☑ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)

☑ *Schedule H: Codebtors* (Official Form 206H)

☑ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)

☐ Amended *Schedule* _____

☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)

☐ Other document that requires a declaration_____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  09 / 20 / 2019          ✗ _____
             MM / DD / YYYY            Signature of individual signing on behalf of debtor

                                     Paul D. Maniscalco
                                     Printed name

                                     Chief Financial Officer
                                     Position or relationship to debtor

Official Form 202          **Declaration Under Penalty of Perjury for Non-Individual Debtors**