| UNITED STATES BANKRUPTCY COURT DISTRICT OF COLORADO | | | |
|---|---|---|---|
| Debtor 1: | PetroShare Corp., *et al.* <br> Name | Case #: | 19-17633-KHT |
| | | Chapter: | 11 |

## Local Bankruptcy Form 9070-1.1
## List of Witnesses and Exhibits

**The Official Committee of Unsecured Creditors** hereby designates the following witnesses and exhibits for the hearing or trial set for **October 2, 2019, at 11:00 a.m. and 1:30 p.m.** at the U.S. Bankruptcy Court, U.S. Custom House, 721 19th Street, Courtroom D, Fifth Floor, Denver, Colorado 80202.

### Part 1  Witnesses

Party **will call** the following witnesses:

| Witness name | Nature of testimony |
|---|---|
| | |
| | |
| | |

Party **may call** the following witnesses:

| Witness name | Nature of testimony |
|---|---|
| John Baumgartner, Stout Risius Ross | Mr. Baumgartner may testify regarding cash collateral and budget matters; Mr. Baumgartner may also testify in respect of certain retention applications. |
| Any witness listed or called by any party | |

### Part 2  Exhibits

| Exhibit number | Description | Offered (Yes/No) | Admitted (Yes/No) | Additional comments (electronic, video, paper, etc.) |
|---|---|---|---|---|
| A | Proposed Second Interim Cash Collateral Budget (to be filed) | | | |
| B | Proposed First Interim Cash Collateral Budget [Dkt. No. 27-1] | | | |
| C | First Interim Cash Collateral Order [Dkt. No. 73] | | | |
| D | First Day Declaration of Drew McManigle [Dkt. No. 29-1] | | | |
| E | Gordian Engagement Agreement dated September 4, 2019 [Dkt. No. 45-2] | | | |

| | | | |
|---|---|---|---|
| | Any exhibit offered or listed by another party | | |
| | Any exhibit for purposes of rebuttal or impeachment | | |

## Part 3  Signature

Dated: September 27, 2019

**Norton Rose Fulbright US LLP**

*/s/ Jason L. Boland*
Jason L. Boland (SBT 24040542)
1301 McKinney Street, Suite 5100
Houston, Texas 77010-3095
Telephone: (713) 651-5151
Facsimile: (713) 651-5246
jason.boland@nortonrosefulbright.com

-and-

Ryan E. Manns (SBT 24041391)
2200 Ross Avenue, Suite 3600
Dallas, Texas 75201
Telephone: (214) 855-8304
Facsimile: (214) 855-8200
ryan.manns@nortonrosefulbright.com

*Proposed Counsel to the Official Committee of Unsecured Creditors*