April 16, 2021

Bankruptcy Court
721 9th St.
Denver, CO 80202

FILED
CLERK OF COURT
MAY - 6 2021
U.S. BANKRUPTCY COURT
DISTRICT OF COLORADO

To Whom it may concern,

I, Thomas O'Brien am writing to you because I do not want my claim to be objected. I am owed $92.48 and I would like to receive that money.

Thank you,

Thomas O'Brien

Copy also sent to:
Timothy L. Wesntworth
1113 Vine St. #240
Houston, TX 77002

Regarding case # 19-17633 (KHT)